Case 4:25-cv-05601   Document 1-2   Filed on 11/20/25 in TXSD   Page 1 of 3

Filed
10/31/2025 3:37 PM
Beverley McGrew Walker
District Clerk
Fort Bend County, Texas
Jennifer Mcclain

CAUSE NO. 25-DCV-333060

| | | |
|---|---|---|
| **RAUL RODRIGUEZ - HERNANDEZ**<br>*Plaintiff(s),*<br><br>v.<br><br>**ANDREW COOK; JOHN DOE COMPANY**<br>*Defendant(s).* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE 434TH JUDICIAL DISTRICT<br>COURT<br><br><br>OF<br><br><br>FORT BEND COUNTY, TEXAS |

### RETURN OF SERVICE

I, William Hines, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on October 24, 2025, at 3:18 pm. I delivered these documents to Andrew Cook in Los Angeles County, CA on October 28, 2025 at 1:14 pm at 1413 L Ron Hubbard Way, Los Angeles, CA 90027-5903 by leaving the following documents with Jane Doe (refused name) who as Receptionist at the Church of Scientology is authorized by appointment or by law to receive service of process for Andrew Cook.

ORDER GRANTING SUBSTITUTE SERVICE
CITATION
PLAINTIFF'S ORIGINAL PETITION
Correspondence

Additional Description:
This is the church of Scientology and it is guarded 24/7. Guards do not allow posts

Unknown Female, est. age 35-45, glasses: N, Black hair, Unknown, Unknown.
Geolocation of Serve: https://google.com/maps?q=34.0975721667,-118.2942666667
Photograph: See Exhibit 1

Total Cost: $85.00

My name is William Hines, I am 18 years of age or older, and my address is 1988 Riverside Drive, Los Angeles, CA 90039, and USA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in __Los Angeles County__ , __CA__ on __10/31/2025__ .

/s/ *William Hines*
William Hines
+1 (650) 380-0055
Certification Number: 2025103086
Expiration Date: 5/12/2027

Below are my previous attempts at serving Andrew Cook:

Date / Time: October 25, 2025 10:33 pm
Address: 1413 L Ron Hubbard Way, Los Angeles, CA 90027-5903
Geolocation: https://google.com/maps?q=34.0955262134,-118.2941392402
Description: This is the church of Scientology and it is guarded 24/7. Guards do not allow posts



Exhibit 1a)