Case 4:25-cv-05601   Document 1-3   Filed on 11/20/25 in TXSD   Page 1 of 4

Filed
11/17/2025 2:31 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Kelsey Harris

CAUSE NO. 25-DCV-333060

| | | |
|---|---|---|
| RAUL RODRIGUEZ-HERNANDEZ | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | FORT BEND COUNTY, TEXAS |
| ANDREW COOK AND JOHN DOE COMPANY, | § | |
| | § | |
| Defendants. | § | 434TH JUDICIAL DISTRICT COURT |

### DEFENDANT'S ORIGINAL ANSWER
### TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Andrew Cook ("Defendant Cook") and files this Original Answer and would respectfully show the following:

#### I.   GENERAL DENIAL

1.1   Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every, all and singular, the allegations contained within Plaintiff's Original Petition and demands strict proof thereon by a preponderance of the credible evidence in accordance with the Constitution and laws of the State of Texas.

#### II.   ADDITIONAL DEFENSES

2.1   For further answer, if such be necessary, Defendant asserts the provisions contained in Chapter 33 of the Texas Civil Practice and Remedies Code.

2.2   For further answer, if such be necessary, Defendant asserts the provisions of Chapter 41 of the Texas Civil Practice and Remedies Code.

2.3   Defendant is entitled to all caps and limitations on damages pursuant to the Texas Civil Practices & Remedies Code.

**EXHIBIT C**

2.4     For further answer, if such be necessary, pursuant to Tex. Civ. Prac. Rem. Code Ann. § 41.0105, Defendant asserts that, in addition to any other limitation under law, recovery of medical or health care expenses incurred is limited to the amount actually paid or incurred by or on behalf of Plaintiff.

2.5     For further answer, if such be necessary, Defendant asserts that the occurrence and damages made the basis of this suit were proximately caused and produced by the acts and omissions of a third person or party or parties over whom Defendants had no control, nor right to control, at the time of the occurrence in question, and such conduct was the proximate and/or sole proximate, and/or producing and/or sole producing, and/or new and independent cause of the injuries or damages to Plaintiffs.

### III.
### JURY DEMAND

3.1     Defendant requests a jury trial. Defendant will rely on the jury fee tendered to the District Clerk by Plaintiff.

### IV.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant Andrew Cook prays that upon trial of this cause, Plaintiff recover nothing by this action. Defendant further requests all costs incurred herein, and such other and further relief, general or special, as it may show itself entitled to receive.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ *Stephanie M. Krueger*
**STEPHANIE M. KRUEGER**
State Bar No. 24078581
skrueger@thompsoncoe.com
**LUIS DEL VILLAR**
State Bar No. 24118366
LdelVillar@thompsoncoe.com
**ERIC CHARLES HELM**
State Bar No. 24143656
ehelm@thompsoncoe.com

4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Ph: (713) 403-8210
Fax: (713) 403-8299

**ATTORNEY FOR DEFENDANT ANDREW COOK**

## CERTIFICATE OF SERVICE

I certify that, pursuant to the Texas Rules of Civil Procedure, a true copy of the instrument to which this certificate is attached was filed and duly served on all known counsel of record via e-service on November 17, 2025.

*/s/ Stephanie M. Krueger*
**STEPHANIE M. KRUEGER**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carrie Harrison on behalf of Stephanie Krueger
Bar No. 24078581
charrison@thompsoncoe.com
Envelope ID: 108129370
Filing Code Description: Answer/Response
Filing Description: Defendant's Original Answer to Plaintiff's Original Petition
Status as of 11/18/2025 9:02 AM CST

Associated Case Party: Raul Rodriguez-Hernandez

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Roxana Ramirez | | rramirez@kpattorney.com | 11/17/2025 2:31:14 PM | SENT |
| Maria Cobena Galindo | | magalindo@kpattorney.com | 11/17/2025 2:31:14 PM | SENT |
| TX Pleadings | | txpleadings1@kpattorney.com | 11/17/2025 2:31:14 PM | SENT |
| Cephus Richard, III | | crichardIII@kpattorney.com | 11/17/2025 2:31:14 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Stephanie M.Krueger | | SKrueger@thompsoncoe.com | 11/17/2025 2:31:14 PM | SENT |
| Luis del Villar | | ldelvillar@thompsoncoe.com | 11/17/2025 2:31:14 PM | SENT |
| Eric CharlesHelm | | Ehelm@thompsoncoe.com | 11/17/2025 2:31:14 PM | SENT |