# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| RAUL RODRIGUEZ-HERNANDEZ, § | |
| § | |
| *Plaintiff,* § | |
| § | Civil Action No. _____ |
| v. § | |
| § | |
| ANDREW COOK AND CHURCH OF § | |
| SCIENTOLOGY INTERNATIONAL § | |
| *Defendants.* § | |

## INDEX OF MATTERS BEING FILED

As required by Local Rule 81, Defendant Andrew Cook provides the following index of matters being filed:

    Exhibit A    Plaintiff's Original Petition

    Exhibit B    Proof of Service Andrew Cook

    Exhibit C    Defendant's Original Answer

    Exhibit D    Index of Documents

    Exhibit E    State Court Docket Sheet

    Exhibit F    List of Counsel of Record

    Exhibit G    Civil Cover Sheet

## EXHIBIT D