# REGISTER OF ACTIONS
## CASE NO. 25-DCV-333060

| | | |
|---|---|---|
| **Raul Rodriguez-Hernandez VS. Andrew Cook and John Doe Company** § § § § | **Case Type:** | **Injury or Damage Involving Motor Vehicle** |
| | **Date Filed:** | **08/05/2025** |
| | **Location:** | **434th District Court** |

## PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Defendant or Respondent** | Cook, Andrew<br>  Los Angeles, CA 90027 | |
| **Defendant or Respondent** | John Doe Company | |
| **Plaintiff or Petitioner** | Rodriguez-Hernandez, Raul | Cephus Richard, III<br>*Retained*<br>281-500-5607(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | | |
|---|---|---|---|---|
| 08/05/2025 | **Petition**   Index # 1 | | | |
| | *Plaintiff's Original Petition* | | | |
| 08/05/2025 | **Request**   Index # 2 | | | |
| | *Request for Process* | | | |
| 08/05/2025 | **Case Information Sheet** | | | |
| | *Civil Case information sheet* | | | |
| 08/06/2025 | Jury Fee Paid   Index # 3 | | | |
| 08/08/2025 | **Issuance**   Index # 4 | | | |
| | *Citation Issued for Andrew Cook* | | | |
| 08/08/2025 | Citation | | | |
| | eServed | | | |
| |   Cook, Andrew | Served | 10/28/2025 | |
| | | Returned | 10/31/2025 | |
| 10/06/2025 | **Motion (No Fee)**   Index # 5 | | | |
| | *Plaintiff's Motion for Substitute Service* | | | |
| 10/06/2025 | **No Fee Documents**   Index # 7 | | | |
| | *Exhibits* | | | |
| 10/09/2025 | **Order**   Index # 8 | | | |
| | *Order Granting Substitute Service* | | | |
| 10/31/2025 | **Officers Return**   Index # 9 | | | |
| | *Citation Return for Andrew Cook; John Doe Company Served on 10/28/2025* | | | |

## FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Plaintiff or Petitioner** Rodriguez-Hernandez, Raul | | | |
| | Total Financial Assessment | | | 368.00 |
| | Total Payments and Credits | | | 368.00 |
| | **Balance Due as of 11/17/2025** | | | **0.00** |
| 08/05/2025 | Transaction Assessment | | | 368.00 |
| 08/05/2025 | E-filing | Receipt # 2025-41886-DCLK | Rodriguez-Hernandez, Raul | (231.00) |
| 08/05/2025 | State Credit | | | (137.00) |

EXHIBIT E