IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAUL RODRIGUEZ-HERNANDEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. _____ |
| v. | § | |
| | § | |
| ANDREW COOK AND CHURCH OF | § | |
| SCIENTOLOGY INTERNATIONAL | § | |
| *Defendants.* | § | |

## LIST OF COUNSEL OF RECORD

**ATTORNEY FOR PLAINTIFF RAUL RODRIGUEZ-HERNANDEZ**

**Cephus Richard, III**
**State Bar No. 24095194**
**5847 San Felipe Street**
**Suite 2050**
**Houston, Texas 77057**
**Telephone 281.500-5607**
**Fax: 888.400-117**
**crichardiii@kpattorney.com**
**E-Service: txpleadings1@kpattorney.com**


**ATTORNEY FOR DEFENDANT ANDREW COOK**

**THOMPSON COE COUSINS & IRONS**
**STEPHANIE M. KRUEGER**
State Bar No. 24078581
skrueger@thompsoncoe.com
**LUIS DEL VILLAR**
State Bar No. 24118366
LdelVillar@thompsoncoe.com
**ERIC CHARLES HELM**
State Bar No. 24143656
ehelm@thompsoncoe.com
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Ph: (713) 403-8210
Fax: (713) 403-8299


# EXHIBIT F