

**Texas Department of Transportation**

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | WWW.TXDOT.GOV

Mon, 20 November 2023

STATE OF TEXAS          §

This is to certify that I, Jim Markham, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Thu, 02 November 2023, which occurred in Fort bend County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

Jim Markham
Director, Crash Data & Analysis Section
Traffic Safety Division
125 East 11th Street
Austin, TX  78701-2483



OUR VALUES:  *People • Accountability • Trust • Honesty*
OUR MISSION:  *Connecting You With Texas*

An Equal Opportunity Employer

Case 4:25-cv-05601    Document 1-1 on 12/16/25 in TXSD    Page 2 of 130

ACTIVE SCHOOL ZONE

☐ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT

| Total Num. Units | 2 | Total Num. Prsns. | 2 | TxDOT Crash ID | 19849072.1 / 2023538662 |

## Texas Peace Officer's Crash Report (Form CR-3 4/1/2023)

Refer to the attached code sheet for numbered fields

Questions? Call 844/274-7457

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Texas Department of Transportation

**IDENTIFICATION & LOCATION**

| *Crash Date (MM/DD/YYYY) | 11/02/2023 | *Crash Time (24HRMM) | 2 2 0 1 | Case ID | P233061257 | Local Use | |

| *County Name | FORT BEND | | *City Name | | | ☒ Outside City Limit |

In your opinion, did this crash result in at least $1000 damage to any one person's property? ☒ Yes ☐ No | Latitude (decimal degrees) · | Longitude — (decimal degrees) · |

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. | SH | *Hwy. Num. | 99 | 2 Rdwy. Part | 1 | Block Num. | 1600 | 3 Street Prefix | | *Street Name | GRAND | 4 Street Suffix | PKWY |

| ☐ Private Drive or Road, Private Property, Parking Lot | 3 Dir. of Traffic | | ☐ Toll Road/ Toll Lane | Speed Limit | 60 | Const. Zone ☒ Yes ☐ No | Workers Present ☐ Yes ☒ No | Secondary Crash ☐ Yes ☒ No | Street Desc. |

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. | LR | Hwy. Num. | | 2 Rdwy. Part | 1 | Block Num. | 23500 | 3 Street Prefix | | Street Name | HIGHLAND KNOLLS | 4 Street Suffix | BLVD |

| Distance from Int. or Ref. Marker | 10 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | E | Ref. Marker | | Speed Limit | 35 | Street Desc. | | RRX Num. | |

**VEHICLE, DRIVER & PERSONS**

| Unit Num. | 1 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | NY | LP Num. | KLN2237 | VIN | 5 N 1 A T 3 B B 3 M C 7 9 0 4 0 6 |

| Veh. Year | | 6 Veh. Color | GRY | Veh. Make | NISSAN | Veh. Model | ROGUE | 7 Body Style | SV |

| ☐ Responder Struck (Explain in Narrative if checked) | 8 Autonomous Unit | NO | 9 Autonomous Level Engaged | NO AUTOMATION | ☐ Police, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 10 DL/ID Type | 1 | DL/ID State | CA | DL/ID Num. | B4089844 | 11 DL Class | 98 | 12 CDL End. | 98 | 13 DL Rest. | 98 | DOB (MM/DD/YYYY) | 0 4 / 1 4 / 1 9 6 9 |

| Address (Street, City, State, ZIP) | 1413 L RON HUBBARD WAY LOS ANGELES, CA 90027 |

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | COOK, ANDREW | N | 54 | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☐ Owner ☒ Lessee | Owner/Lessee Name & Address | COOK, ANDREW, 1413 L RON HUBBARD WAY LOS ANGELES, CA 90027 |

| Proof of Fin. Resp. ☐ Yes ☒ No | ☐ Expired ☐ Exempt | 28 Fin. Resp. Type | | Fin. Resp. Name | | Fin. Resp. Num. | |

| Fin. Resp. Phone Num. | | 29 Vehicle Damage Rating 1 | 1 2 - F D - 3 | 29 Vehicle Damage Rating 2 | - - | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By | | Towed To | |

---

| Unit Num. | 2 | 5 Unit Desc. | 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State | TX | LP Num. | SNS4932 | VIN | 2 F T R X 0 7 2 6 C A 9 2 1 7 1 |

| Veh. Year | 2 0 0 2 | 6 Veh. Color | | Veh. Make | FORD | Veh. Model | F150 | 7 Body Style | PK |

| ☐ Responder Struck (Explain in Narrative if checked) | 8 Autonomous Unit | NO | 9 Autonomous Level Engaged | NO AUTOMATION | ☐ Police, Fire, EMS on Emergency (Explain in Narrative if checked) |

| 10 DL/ID Type | 1 | DL/ID State | TX | DL/ID Num. | 43063356 | 11 DL Class | C | 12 CDL End. | 96 | 13 DL Rest. | 96 | DOB (MM/DD/YYYY) | 0 8 / 0 4 / 1 9 8 7 |

| Address (Street, City, State, ZIP) | 4226 GRAND OAK VIEW LOOP HOUSTON, TX 77084 |

| Person Num. | 14 Prsn. Type | 15 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 16 Injury Severity | Age | 17 Ethnicity | 18 Sex | 19 Eject. | 20 Restr. | 21 Airbag | 22 Helmet | 23 Sol. | 24 Alc. Spec. | Alc. Result | 25 Drug Spec. | 26 Drug Result | 27 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | RODRIGUEZ, RAUL | C | 36 | H | 1 | 1 | 2 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | RODRIGUEZ, RAUL, 4226 GRAND OAK VIEW LOOP HOUSTON, TX 77084 |

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 28 Fin. Resp. Type | 2 | Fin. Resp. Name | FRED LOYA INS. | Fin. Resp. Num. | 78566436595 |

| Fin. Resp. Phone Num. | (800) 880-0472 | 29 Vehicle Damage Rating 1 | 6 - B D - 3 | 29 Vehicle Damage Rating 2 | - - | Vehicle Inventoried ☐ Yes ☒ No |

| Towed By | | Towed To | |

Copy from Custodial File

PL00002

Law Enforcement and TxDOT Use ONLY.
Form CR-3    (Rev. 4/1/2023)

Case ID    P233061257

Case 4:25-cv-00601    Document 4-1    Filed 05/26/25 in TXSD    Page 3 of 130

TxDOT Crash ID    19849072.1/2023538662

Page 2 of 2

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| 2 | 1 | Refused Transport | Refused transport | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | Fail to Control Speed | L3582 |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. | ☐ 10,001+ LBS. | ☐ Transporting Hazardous Material | ☐ 9+ Capacity | CMV Disabling Damage? ☐ Yes ☐ No | 30 Veh. Oper. | 31 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

Carrier's Corp. Name | Carrier's Primary Addr. | 32 Veh. Type

| 33 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 34 HazMat Class Num. | HazMat ID Num. | 34 HazMat Class Num. | HazMat ID Num. | 35 Cargo Body Type |

| Unit Num. | ☐ RGVW ☐ GVWR | 36 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Unit Num. | ☐ RGVW ☐ GVWR | 36 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |

| Sequence of Events | 37 Seq. 1 | 37 Seq. 2 | 37 Seq. 3 | 37 Seq. 4 | Intermodal Shipping Container Permit ☐ Yes ☐ No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 38 Contributing Factors (Investigator's Opinion) | | | 39 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | | 40 Weather Cond. | 41 Light Cond. | 42 Entering Roads | 43 Roadway Type | 44 Roadway Alignment | 45 Surface Condition | 46 Traffic Control |
| 1 | 22 | | | | | 1 | 3 | 97 | 3 | 3 | 1 | 17 |

## NARRATIVE AND DIAGRAM

### Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Both units were traveling Northbound on the right lane. Due to construction the left lane was merging into the right lane. Unit 2 slowdown due to traffic ahead. Unit 1 failed to control his speed and impacted Unit 2 in the back. Construction zone with workers present in the area at the time of the crash. Unit 2 driver complained of neck, shoulder and head pain, but refused medical attention on-scene. Unit 2 driver stated he will seek medical attention at a later time. Unit 1 driver was cited for fail to control speed and fail to provide proof of financial responsibility. L3582

Indicate North

Field Diagram - Not to Scale

1600 SH 99 NB

P.O.I.

Not To Scale

## INVESTIGATOR

| | | |
|---|---|---|
| Date Notified (MM/DD/YYYY) 11/02/2023 | Time Notified (24HRMM) 2 | 0 | 3 | How Notified Dispatched |
| Date Arrived (MM/DD/YYYY) 11/02/2023 | Time Arrived (24HRMM) 2 | 0 | 7 | Report Date (MM/DD/YYYY) 11/03/2023 |
| Date Roadway Cleared (MM/DD/YYYY) 11/02/2023 | Time Roadway Cleared (24HRMM) 2 | 1 | 7 | Date Scene Cleared (MM/DD/YYYY) 11/02/2023 | Time Scene Cleared (24HRMM) 2 | 3 | 1 | 3 |
| Investigation Complete ☒ Yes ☐ No | Investigator Name (Printed) Vazquez, Fabian | ID Num. 11C31 |
| ORI Num. T X 0 7 9 0 9 0 0 | *Agency FORT BEND COUNTY CONSTABLE PRECINCT 1 | Service/ Region/DA 0 2 |

Copy from Custodian File

Photos of damaged vehicles

















**JUSTICE OF THE PEACE PRECINCT 1-1**
**22333 GRAND CORNER DR., SUITE 102**
**KATY, TEXAS 77494**
**(281) 238-1460**

Date: 08/04/2025

Name: Andrew G Cook

DOB: 04/14/1969 D.L. # California # B4089844

Case # 23-JCR11-19023

Offense: Fail to Control Speed Date Filed: 11/02/2023

Disposition: Dismissed - **Paid** - Time Served - Acquitted Date: 04/05/2024

Explanation: Paid No Trial

Case # 23-JCR11-19022

Offense: No Liability Insurance Date Filed: 11/02/2023

Disposition: **Dismissed** - Paid - Time Served - Acquitted Date: 03/28/2024

Explanation: Dismissed with Insurance verification

Case #

Offense: Date Filed:

Disposition: Dismissed - Paid - Time Served - Acquitted Date:

Explanation:

Case #

Offense: Date Filed:

Disposition: Dismissed - Paid - Time Served - Acquitted Date:

Explanation:

If additional information is needed, please contact the Court at (281) 238-1460

Thank you,

Judge Kelly N Crow
Justice of the Peace, Precinct 1-1

By:
Court Clerk

ESMERALDA ORTIZ
CASE MANAGER
FT. BEND CO. PCT. 1, PL.1

PL00011

I, Kelly N. Crow, Justice of the Peace of Fort Bend
County, Texas, do hereby certify that the foregoing
is a true, correct and full copy of the instrument
herein set out as appears of record in the Justice
Court of Fort Bend County, Texas.

This ___5th___ day of ___August___ , 20 __25__ .

KELLY N. CROW
JUSTICE OF THE PEACE

By _____ E. Ortiz
Justice Court Clerk

# PLANTIFF RAUL RODRIGUEZ HERNANDEZ'S MEDICAL AND BILLING RECORDS WITH AFFIDAVIT

## AFFIDAVIT OF MEDICAL RECORDS

Records Pertaining To: _____Rodriguez, Raul_____

  Type of Records: Any and all Medical records pertaining to the examination and/or treatment of _____Rodriguez, Raul_____ from __04/08/2024__ to the present.

  Before me, the undersigned authority, personally appeared _Natalia Chavez_, who, being duly sworn deposed as follows:

  My name is _Natalia Chavez_, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

  I am the custodian of records for _Advance Physical Therapy_, attached hereto are __44__ pages of medical records. These said pages are kept in the regular course of business, and it was in the regular course for me and any employee or representative of _Advance Physical Therapy_, with knowledge of the act, event, condition, or diagnosis, recorded to make the record or to transmit information thereof to be included in such records; and the record was made at or near the time or reasonable soon thereafter.

  The records attached hereto are originals or exact duplicates of originals and nothing has been removed from the original files before making copies.

_____
AFFIANT (Custodian of Records)

SWORN TO AND SUBSCRIBED before me on the __25th__ day of ____Sept____, 20 _25_.

_____
NOTARY PUBLIC, STATE OF _Texas_

Notary's Printed Name: _Sarah Ali_
My Commission Expires: _01-08-2029_

SARAH WAHID ALI
NOTARY PUBLIC, STATE OF TEXAS
ID# 135223817
COMM. EXP. 01-08-2029

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

## Daily Note /
## Billing Sheet



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Daily Note:** 05/23/2024
**Injury/Onset/Change of Status Date:** 11/02/2023  New Injury
**Diagnosis:**  ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter
**Visit No.:** 19
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:**  Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report.  Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:**  Independent
  **Mobility: Walking & Moving Around:**  Independent
  **Carrying, Moving & Handling Objects:**  Independent
**Current Functional Limitations:**
  **Self Care:**  Difficulty secondary to pain
  **Mobility: Walking & Moving Around:**  Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:**  Difficulty secondary to pain
**Aggravating Factors:**  Standing, Walking
**Home Health Care:**  No
**Medical History:**  No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Stepper x 10 reps | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Knee flexed hamstrings Stretch: 3 x 30 sec hold | |
| | Median Hamstrings stretch: 3 x 30 sec hold | |
| | Quads/Thomas Stretch: 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Side plank with hip abduction using loop 2 x 10 | |
| | Side plank with clams using loop 2 x 10 | |
| | | |
| | Single Leg Dead Lift: 2 x 10  10# | |
| | Standing Trunk flexed for hip extension: 2 x 10 | |
| | T-kicks on balance pad 2 x 10 per direction | |
| GP:97112 | Neuromuscular Re-Education | 2 |
| | Superman with shoulder from W's to Ys 2 x 10 reps | |
| | Quadruped hip extension 2 x 10 | |
| | Quadruped opp A/L 2 x 10 | |
| | Swimmers 2x10 | |
| | | |
| | Lateral stepping with loop: ladder 2 to 10 to 2 reps | |
| | Wall squat with loop 2 x 10 reps Double Leg | |
| | Wall squat 10 reps single leg | |
| | Pallof Press | |
| GP:97140 | Manual Therapy | 1 |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |
| | | |
| | Shotgun technique | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|

||| webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 05/23/2024

| | | |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended Interferential IFC over Lower Back with MHP | *1* |
| GP:NORCM | NO RCM BILLING | *1* |

*CPT copyright 2023 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 05/22/24: Patient exhibited no pain during session. Able to complete all activities with proper from. Mild fatigue and challenged with activities.

**Rehab Potential:** Good

**Short Term Goals:**

1: (2 Weeks)  | Patient to be independent with initial HEP. |

2: (2 Weeks)  | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |

3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |

**Long Term Goals:**

1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue PT POC.

*Alfredo Benavides*

Alfredo Benavides
License #2165055
*Initiated by Alfredo Benavides on May 23, 2024 at 5:41 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on May 24, 2024 at 8:59 am*

**ıļı webpt**

PL00016

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

### Daily Note / Billing Sheet



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Daily Note:** 05/22/2024
**Injury/Onset/Change of Status Date:** 11/02/2023  New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter
**Visit No.:** 18
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report.  Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Independent
  **Mobility: Walking & Moving Around:** Independent
  **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
  **Self Care:** Difficulty secondary to pain
  **Mobility: Walking & Moving Around:** Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | Stepper x 10 reps | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Knee flexed hamstrings Stretch: 3 x 30 sec hold | |
| | Median Hamstrings stretch: 3 x 30 sec hold | |
| | Quads/Thomas Stretch: 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Side plank with hip abduction using loop 2 x 10 | |
| | Side plank with clams using loop 2 x 10 | |
| | Single Leg Dead Lift: 2 x 10  10# | |
| | Standing Trunk flexed for hip extension: 2 x 10 | |
| | Lateral stepping with loop: ladder 2 to 10 to 2 reps | |
| | Wall squat with loop 2 x 10 reps Double Leg | |
| | Wall squat 10 reps single leg | |
| | T-kicks on balance pad 2 x 10 per direction | |
| GP:97112 | Neuromuscular Re-Education | 2 |
| | Superman with shoulder from W's to Ys 2 x 10 reps | |
| | Quadruped hip extension 2 x 10 | |
| | Quadruped opp A/L 2 x 10 | |
| | Lateral stepping with loop: ladder 2 to 10 to 2 reps | |
| | Wall squat with loop 2 x 10 reps Double Leg | |
| | Wall squat 10 reps single leg | |
| GP:97140 | Manual Therapy | 1 |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |
| | Shotgun technique | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended | 1 |

||| webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 05/22/2024

| | | |
|---|---|---|
| | Interferential | |
| | IFC over Lower Back with MHP | |
| GP:NORCM | NO RCM BILLING | *1* |

*CPT copyright 2023 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 05/22/24: Patient exhibited no pain during session. Able to complete all activities with proper from. Mild fatigue and challenged with activities.
**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks)  | Patient to be independent with initial HEP. |
2: (2 Weeks)  | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue PT POC.

*Ruben Gavia*

Ruben Gavia
License #2084128
*Initiated by Ruben Gavia on May 22, 2024 at 4:50 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on May 23, 2024 at 12:55 pm*

||| webpt

PL00018

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Daily Note:** 05/21/2024
**Injury/Onset/Change of Status Date:** 11/02/2023 New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter
**Visit No.:** 17
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report. Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Self Care:** Independent
   **Mobility: Walking & Moving Around:** Independent
   **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
   **Self Care:** Difficulty secondary to pain
   **Mobility: Walking & Moving Around:** Difficulty secondary to pain
   **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | UBE: 4 +4 | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Knee flexed hamstrings Stretch: 3 x 30 sec hold | |
| | Median Hamstrings stretch: 3 x 30 sec hold | |
| | Quads/Thomas Stretch: 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Kneeling knee flexion Stretch: 3 x 30 sec hold | |
| | Bridge Double Leg: 2 x 10 | |
| | Bridge Single Leg: 2 x 10 | |
| | Single Leg Dead Lift: 2 x 10 | |
| | Standing Trunk flexed for hip extension: 2 x 10 | |
| | Lateral stepping with loop: 3 laps | |
| | Monster walk with loop: 3 laps | |
| | Sumo walk : 2 laps | |
| | Lateral lunges : 2 x 10 | |
| | Open book with resistance : 2 x 10 | |
| GP:97112 | Neuromuscular Re-Education | 2 |
| | Rows 3 x 10 | |
| | Shoulder IR/ER 3 x 10 | |
| | Prone W/s: 3 x 10 | |
| | | |
| | S/L half moon slide YTB : 2 x 10 | |
| | Bear plank : 1 min hold | |
| | Standing marches with YTB : 2 x 10 | |
| | Superman : 10x | |
| | Step ups w/ knee drive on BOSU : 2 x 10 | |
| GP:97140 | Manual Therapy | 1 |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |
| | | |
| | Shotgun technique | |
| | | |
| | Contract/relax right hip flexor: 3 sec hold x 5 reps | |
| | | |
| | Clinician resisted hip flexion motion | |

**❚❚❚ webpt**

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 05/21/2024

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended Interferential IFC over Lower Back with MHP | 1 |
| GP:NORCM | NO RCM BILLING | 1 |

*CPT copyright 2023 American Medical Association. All rights reserved.*

Objective Findings

Patient showed good tolerance to treatment with no reproduction of pain symptoms. Demonstrated better independence with all exercises.

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 05/15/24: Limited in right hip flexor today. No major c/o pain along right hip adductors or hamstrings while performing session. Patient able to complete all activities with proper form.
**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks) | Patient to be independent with initial HEP. |
2: (2 Weeks) | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks) | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks) | Pt will have increase in Core muscle strength 4+/5 |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
  Continue PT POC.

_____
Ernest Janrae Mangabat Lucas
License #2178154
*Initiated by Ernest Janrae Mangabat Lucas on May 21, 2024 at 3:50 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on May 22, 2024 at 9:18 am*

||| webpt.

PL00020

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076



## Daily Note / Billing Sheet

| | |
|---|---|
| **Patient Name:** RODRIGUEZ, RAUL | **Date of Daily Note:** 05/16/2024 |
| **Date of Birth:** 08/03/1987 | **Injury/Onset/Change of Status Date:** 11/02/2023 New Injury |
| **Referring Physician(s):** TECHY, FERNANDO MD | **Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter |
| **Date of Original Eval:** 04/08/2024 | **Visit No.:** 16 |
| **Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter | **Insurance Name:** LOP KANNER & PINTALUGA |

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness 04/10/24: Pending MRI report.  Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
 **Self Care:** Independent
 **Mobility: Walking & Moving Around:** Independent
 **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
 **Self Care:** Difficulty secondary to pain
 **Mobility: Walking & Moving Around:** Difficulty secondary to pain
 **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | UBE: 4 +4 | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Knee flexed hamstrings Stretch: 3 x 30 sec hold | |
| | Median Hamstrings stretch: 3 x 30 sec hold | |
| | Quads/Thomas Stretch: 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Kneeling knee flexion Stretch: 3 x 30 sec hold | |
| | Bridge Double Leg: 2 x 10 | |
| | Bridge Single Leg: 2 x 10 | |
| | Single Leg Dead Lift: 2 x 10 | |
| | Standing Trunk flexed for hip extension: 2 x 10 | |
| | Lateral stepping with loop: 3 laps | |
| | Monster walk with loop: 3 laps | |
| | Sumo walk : 2 laps | |
| | Lateral lunges : 2 x 10 | |
| GP:97112 | Neuromuscular Re-Education | 2 |
| | Rows 3 x 10 | |
| | Shoulder IR/ER 3 x 10 | |
| | Prone W/s: 3 x 10 | |
| | S/L half moon slide YTB : 2 x 10 | |
| | Bear plank : 1 min hold | |
| | Standing marches with YTB : 2 x 10 | |
| | Superman : 10x | |
| | Step ups w/ knee drive on BOSU : 2 x 10 | |
| GP:97140 | Manual Therapy | 1 |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |
| | Shotgun technique | |
| | Contract/relax right hip flexor: 3 sec hold x 5 reps | |
| | Clinician resisted hip flexion motion | |

‖ webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 05/16/2024

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended Interferential IFC over Lower Back with MHP | *1* |
| GP:NORCM | NO RCM BILLING | *1* |

*CPT copyright 2023 American Medical Association. All rights reserved.*

Objective Findings

5-16-24: Patient showed good tolerance to additional LE strengthening with no reproduction of pain symptoms. Required min-mod tactile cues for form correction.

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 05/15/24: Limited in right hip flexor today. No major c/o pain along right hip adductors or hamstrings while performing session. Patient able to complete all activities with proper form.
**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks) | Patient to be independent with initial HEP. |
2: (2 Weeks) | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks) | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks) | Pt will have increase in Core muscle strength 4+/5 |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue PT POC.

_____
Ernest Janrae Mangabat Lucas
License #2178154
*Initiated by Ernest Janrae Mangabat Lucas on May 16, 2024 at 4:40 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on May 20, 2024 at 8:14 am*

||| webpt.

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Daily Note:** 05/15/2024
**Injury/Onset/Change of Status Date:** 11/02/2023 New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Visit No.:** 14
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report. Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Independent
  **Mobility: Walking & Moving Around:** Independent
  **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
  **Self Care:** Difficulty secondary to pain
  **Mobility: Walking & Moving Around:** Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | UBE: 4 +4 | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Knee flexed hamstrings Stretch: 3 x 30 sec hold | |
| | Median Hamstrings stretch: 3 x 30 sec hold | |
| | Quads/Thomas Stretch: 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Kneeling knee flexion Stretch: 3 x 30 sec hold | |
| | Bridge Double Leg: 2 x 10 | |
| | Bridge Single Leg: 2 x 10 | |
| | Single Leg Dead Lift: 2 x 10 | |
| | Standing Trunk flexed for hip extension: 2 x 10 | |
| | Lateral stepping with loop: 3 laps | |
| | Monster walk with loop: 3 laps | |
| | Sumo walk : 2 laps | |
| | Lateral lunges : 2 x 10 | |
| GP:97112 | Neuromuscular Re-Education | 2 |
| | Rows 3 x 10 | |
| | Shoulder IR/ER 3 x 10 | |
| | Prone W/s: 3 x 10 | |
| | S/L half moon slide YTB : 2 x 10 | |
| | Bear plank : 1 min hold | |
| | Standing marches with YTB : 2 x 10 | |
| GP:97140 | Manual Therapy | 1 |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |
| | Shotgun technique | |
| | Contract/relax right hip flexor: 3 sec hold x 5 reps | |
| | Clinician resisted hip flexion motion | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|

‖ webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 05/15/2024

| | | |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended Interferential IFC over Lower Back with MHP | *1* |
| GP:NORCM | NO RCM BILLING | *1* |

*CPT copyright 2023 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 05/15/24: Limited in right hip flexor today. No major c/o pain along right hip adductors or hamstrings while performing session. Patient able to complete all activities with proper form.

**Rehab Potential:** Good

**Short Term Goals:**

1: (2 Weeks)  | Patient to be independent with initial HEP. |

2: (2 Weeks)  | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |

3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |

**Long Term Goals:**

1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue PT POC.

*Ruben Gavia*

Ruben Gavia
License #2084128
*Initiated by Ruben Gavia on May 15, 2024 at 4:46 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on May 16, 2024 at 8:42 am*

**ᏔᎥ webpt**

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

### Daily Note /
### Billing Sheet



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D:
Strain of muscle, fascia and tendon of lower back, subsequent
encounter

**Date of Daily Note:** 05/14/2024
**Injury/Onset/Change of Status Date:** 11/02/2023 New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of
muscle, fascia and tendon of lower back, subsequent encounter
**Visit No.:** 14
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report.  Patient stated less pain after injections along his spine but hip flexor and adductors bother him
the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Independent
  **Mobility: Walking & Moving Around:** Independent
  **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
  **Self Care:** Difficulty secondary to pain
  **Mobility: Walking & Moving Around:** Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | UBE: 4 +4 | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Hip flexor stretch : 10 sec hold x 10 reps | |
| | Knee flexed hamstrings Stretch: 3 x 30 sec hold | |
| | Median Hamstrings stretch: 3 x 30 sec hold | |
| | Quads/Thomas Stretch: 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Kneeling knee flexion Stretch: 3 x 30 sec hold | |
| | Bridge Double Leg: 2 x 10 | |
| | Bridge Single Leg: 2 x 10 | |
| | Single Leg Dead Lift: 2 x 10 | |
| | Standing Trunk flexed for hip extension: 2 x 10 | |
| | Lateral stepping with loop: 3 laps | |
| | Monster walk with loop: 3 laps | |
| | Sumo walk : 2 laps | |
| | Lateral lunges : 2 x 10 | |
| | Curtsys - 2 x 10 | |
| GP:97112 | Neuromuscular Re-Education | 2 |
| | Rows 3 x 10 | |
| | Shoulder IR/ER 3 x 10 | |
| | Prone W/s: 3 x 10 | |
| | | |
| | S/L half moon slide YTB : 2 x 10 | |
| | Bear plank : 1 min hold | |
| | Standing marches with RTB : 2 x 10 | |
| GP:97140 | Manual Therapy | 1 |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |
| | | |
| | Shotgun technique | |
| | | |
| | Contract/relax right hip flexor: 3 sec hold x 5 reps | |
| | | |
| | Clinician resisted hip flexion motion | |

webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 05/14/2024

| **CPT® Code** | **Untimed Codes** | **Units** |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended Interferential IFC over Lower Back with MHP | *1* |
| GP:NORCM | NO RCM BILLING | *1* |

*CPT copyright 2023 American Medical Association. All rights reserved.*

Objective Findings

5-14-24: Patient showed good response to treatment today with reduced pain symptoms post session. Demonstrated better independence with all exercises requiring less cues to complete. Patient will benefit to continue hip and core strengthening to promote independence with ADLs.

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 05/08/24: Patient exhibited improve tolerance to all functional activities w/o complications after PT session.
**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks) | Patient to be independent with initial HEP. |
2: (2 Weeks) | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks) | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks) | Pt will have increase in Core muscle strength 4+/5 |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue PT POC.

_____
Ernest Janrae Mangabat Lucas
License #2178154
*Initiated by Ernest Janrae Mangabat Lucas on May 14, 2024 at 7:37 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on May 16, 2024 at 8:14 am*

||| webpt.

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

## Daily Note /
## Billing Sheet



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Daily Note:** 05/08/2024
**Injury/Onset/Change of Status Date:** 11/02/2023  New Injury
**Diagnosis:**  ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Visit No.:** 13
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:**  Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report.  Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Self Care:**  Independent
   **Mobility: Walking & Moving Around:**  Independent
   **Carrying, Moving & Handling Objects:**  Independent
**Current Functional Limitations:**
   **Self Care:**  Difficulty secondary to pain
   **Mobility: Walking & Moving Around:**  Difficulty secondary to pain
   **Carrying, Moving & Handling Objects:**  Difficulty secondary to pain
**Aggravating Factors:**  Standing, Walking
**Home Health Care:**  No
**Medical History:**  No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | UBE: 4 +4 | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Knee flexed hamstrings Stretch: 3 x 30 sec hold | |
| | Median Hamstrings stretch: 3 x 30 sec hold | |
| | Quads/Thomas Stretch: 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Kneeling knee flexion Stretch: 3 x 30 sec hold | |
| | Bridge Double Leg: 2 x 10 | |
| | Bridge Single Leg: 2 x 10 | |
| | Single Leg Dead Lift: 2 x 10 | |
| | Standing Trunk flexed for hip extension: 2 x 10 | |
| | Lateral stepping with loop: 3 laps | |
| | Monster walk with loop: 3 laps | |
| | Sumo walk : 2 laps | |
| | Lateral lunges : 2 x 10 | |
| GP:97112 | Neuromuscular Re-Education | 2 |
| | Rows 3 x 10 | |
| | Shoulder IR/ER 3 x 10 | |
| | Prone W/s: 3 x 10 | |
| | S/L half moon slide YTB : 2 x 10 | |
| | Bear plank : 1 min hold | |
| | Standing marches with YTB : 2 x 10 | |
| GP:97140 | Manual Therapy | 1 |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |
| | Shotgun technique | |
| | Contract/relax right hip flexor: 3 sec hold x 5 reps | |
| | Clinician resisted hip flexion motion | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|

ıɪ| webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 05/08/2024

| | | |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended Interferential IFC over Lower Back with MHP | *1* |
| GP:NORCM | NO RCM BILLING | *1* |

*CPT copyright 2023 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 05/08/24: Patient exhibited improve tolerance to all functional activities w/o complications after PT session.
**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks)  | Patient to be independent with initial HEP. |
2: (2 Weeks)  | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
  Continue PT POC.

*Ruben Gavia*

Ruben Gavia
License #2084128
*Initiated by Ruben Gavia on May 8, 2024 at 2:25 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on May 8, 2024 at 3:20 pm*

PL00028

**ıılı webpt**

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

### Daily Note / Billing Sheet



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Daily Note:** 05/07/2024
**Injury/Onset/Change of Status Date:** 11/02/2023 New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter
**Visit No.:** 12
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report. Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Independent
  **Mobility: Walking & Moving Around:** Independent
  **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
  **Self Care:** Difficulty secondary to pain
  **Mobility: Walking & Moving Around:** Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| |   UBE: 4 +4 | |
| |   Hamstring Stretch : 3 x 30 sec hold | |
| |   Knee flexed hamstrings Stretch: 3 x 30 sec hold | |
| |   Median Hamstrings stretch: 3 x 30 sec hold | |
| |   Quads/Thomas Stretch: 3 x 30 sec hold | |
| |   Piriformis Stretch : 3 x 30 sec hold | |
| |   Kneeling knee flexion Stretch: 3 x 30 sec hold | |
| |   Bridge Double Leg: 2 x 10 | |
| |   Bridge Single Leg: 2 x 10 | |
| |   Single Leg Dead Lift: 2 x 10 | |
| |   Standing Trunk flexed for hip extension: 2 x 10 | |
| |   Lateral stepping with loop: 3 laps | |
| |   Monster walk with loop: 3 laps | |
| |   Sumo walk : 2 laps | |
| |   Lateral lunges : 2 x 10 | |
| GP:97112 | Neuromuscular Re-Education | 2 |
| |   Rows 3 x 10 | |
| |   Shoulder IR/ER 3 x 10 | |
| |   Prone W/s: 3 x 10 | |
| |   S/L half moon slide YTB : 2 x 10 | |
| |   Bear plank : 1 min hold | |
| |   Standing marches with YTB : 2 x 10 | |
| GP:97140 | Manual Therapy | 1 |
| |   MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |
| |   Shotgun technique | |
| |   Contract/relax right hip flexor: 3 sec hold x 5 reps | |
| |   Clinician resisted hip flexion motion | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|

‖| webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 05/07/2024

| | | |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended Interferential IFC over Lower Back with MHP | *1* |
| GP:NORCM | NO RCM BILLING | *1* |

*CPT copyright 2023 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 04/24/24: Patient exhibited a good response to session today. Modification to activities to length and activate glutes and hamstrings region. Decreased c/o discomfort/pain along right adductor region.

**Rehab Potential:** Good

**Short Term Goals:**

1: (2 Weeks) | Patient to be independent with initial HEP. |

2: (2 Weeks) | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |

3: (4 Weeks) | Pt will have increase in core muscle power by 1-2 grades |

**Long Term Goals:**

1: (8 Weeks) | Pt will have increase in Core muscle strength 4+/5 |

## Plan

**Instructions:** Progressing Patient Next Visit
Continue PT POC.

Mansi R Dayani
License #1384772
*Initiated by Mansi R Dayani on May 7, 2024 at 4:00 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on May 7, 2024 at 4:47 pm*

**ꞮꞮꞮ webpt**

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

### Daily Note /
### Billing Sheet



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Daily Note:** 05/02/2024
**Injury/Onset/Change of Status Date:** 11/02/2023  New Injury
**Diagnosis:**  ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Visit No.:** 10
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:**  Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report.  Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:**  Independent
  **Mobility: Walking & Moving Around:**  Independent
  **Carrying, Moving & Handling Objects:**  Independent
**Current Functional Limitations:**
  **Self Care:**  Difficulty secondary to pain
  **Mobility: Walking & Moving Around:**  Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:**  Difficulty secondary to pain
**Aggravating Factors:**  Standing, Walking
**Home Health Care:**  No
**Medical History:**  No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
|  | UBE: 4 +4 |  |
|  | Hamstring Stretch : 3 x 30 sec hold |  |
|  | Knee flexed hamstrings Stretch: 3 x 30 sec hold |  |
|  | Median Hamstrings stretch: 3 x 30 sec hold |  |
|  | Quads/Thomas Stretch: 3 x 30 sec hold |  |
|  | Piriformis Stretch : 3 x 30 sec hold |  |
|  | Kneeling knee flexion Stretch: 3 x 30 sec hold |  |
|  | Bridge Double Leg: 2 x 10 |  |
|  | Bridge Single Leg: 2 x 10 |  |
|  | Single Leg Dead Lift: 2 x 10 |  |
|  | Standing Trunk flexed for hip extension: 2 x 10 |  |
|  | Lateral stepping with loop: 3 laps |  |
|  | Monster walk with loop: 3 laps |  |
|  | Sumo walk : 2 laps |  |
|  | Lateral lunges : 2 x 10 |  |
| GP:97112 | Neuromuscular Re-Education | 2 |
|  | Rows 3 x 10 |  |
|  | Shoulder IR/ER 3 x 10 |  |
|  | Prone W/s: 3 x 10 |  |
|  | S/L half moon slide YTB : 2 x 10 |  |
|  | Bear plank : 1 min hold |  |
|  | Standing marches with YTB : 2 x 10 |  |
| GP:97140 | Manual Therapy | 1 |
|  | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, |  |
|  | Shotgun technique |  |
|  | Contract/relax right hip flexor: 3 sec hold x 5 reps |  |
|  | Clinician resisted hip flexion motion |  |

| CPT® Code | Untimed Codes | Units |
|---|---|---|

‖ webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 05/02/2024

## Daily Note / Billing Sheet

| | | |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended Interferential IFC over Lower Back with MHP | *1* |
| GP:NORCM | NO RCM BILLING | *1* |

*CPT copyright 2023 American Medical Association. All rights reserved.*

Objective Findings | 5-2-24: Patient showed good tolerance to standing activities with no reproduction of pain symptoms. Demonstrated better independence with all exercises. Patient will benefit to continue standing activities to promote functional strength.

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 04/24/24: Patient exhibited a good response to session today. Modification to activities to length and activate glutes and hamstrings region. Decreased c/o discomfort/pain along right adductor region.

**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks) | Patient to be independent with initial HEP. |
2: (2 Weeks) | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks) | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks) | Pt will have increase in Core muscle strength 4+/5 |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
  Continue PT POC.

_____
Ernest Janrae Mangabat Lucas
License #2178154
*Initiated by Ernest Janrae Mangabat Lucas on May 2, 2024 at 5:49 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on May 4, 2024 at 9:00 am*

||| webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D:
Strain of muscle, fascia and tendon of lower back, subsequent
encounter

**Date of Daily Note:** 05/01/2024
**Injury/Onset/Change of Status Date:** 11/02/2023  New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of
muscle, fascia and tendon of lower back, subsequent encounter
**Visit No.:** 10
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report.  Patient stated less pain after injections along his spine but hip flexor and adductors bother him
the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Independent
  **Mobility: Walking & Moving Around:** Independent
  **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
  **Self Care:** Difficulty secondary to pain
  **Mobility: Walking & Moving Around:** Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 3 |
| | UBE: 4 +4 | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Knee flexed hamstrings Stretch: 3 x 30 sec hold | |
| | Median Hamstrings stretch: 3 x 30 sec hold | |
| | Quads/Thomas Stretch: 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Bridge w/ red loop: 3 x 10 | |
| | Bridge w/ hip abducted: 3x10 | |
| | Single Leg Dead Lift: 2 x 10 | |
| | Standing Trunk flexed for hip extension: 2 x 10 | |
| | Lateral stepping with loop: 3 laps | |
| | Monster walk with loop: 3 laps | |
| GP:97112 | Neuromuscular Re-Education | 1 |
| | Rows 3 x 10 | |
| | Shoulder IR/ER 3 x 10 | |
| | Windmills 5#: 3x10 | |
| | Single leg ball tosses again wall: 30 reps | |
| GP:97140 | Manual Therapy | 1 |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |
| | Shotgun technique | |
| | Contract/relax right hip flexor: 3 sec hold x 5 reps | |
| | Clinician resisted hip flexion motion | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended | 1 |
| | Interferential | |
| | IFC over Lower Back with MHP | |
| GP:NORCM | NO RCM BILLING | 1 |

||| webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 05/01/2024

*CPT copyright 2023 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 05/01/24: Patient exhibited decrease tightness along QL and hip flexor, improved hamstrings range, good single leg stability on both stable and unstable surfaces.
**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks)  | Patient to be independent with initial HEP. |
2: (2 Weeks)  | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
 Continue PT POC.

*Ruben Gavia*

Ruben Gavia
License #2084128
*Initiated by Ruben Gavia on May 1, 2024 at 6:34 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on May 4, 2024 at 8:34 am*

||| webpt

PL00034

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Daily Note:** 04/25/2024
**Injury/Onset/Change of Status Date:** 11/02/2023 New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Visit No.:** 9
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:**  Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report.  Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:**  Independent
  **Mobility: Walking & Moving Around:**  Independent
  **Carrying, Moving & Handling Objects:**  Independent
**Current Functional Limitations:**
  **Self Care:**  Difficulty secondary to pain
  **Mobility: Walking & Moving Around:**  Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:**  Difficulty secondary to pain
**Aggravating Factors:**  Standing, Walking
**Home Health Care:**  No
**Medical History:**  No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 3 |
| | UBE: 4 +4 | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Knee flexed hamstrings Stretch: 3 x 30 sec hold | |
| | Median Hamstrings stretch: 3 x 30 sec hold | |
| | Quads/Thomas Stretch: 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Kneeling knee flexion Stretch: 3 x 30 sec hold | |
| | Bridge Double Leg: 2 x 10 | |
| | Bridge Single Leg: 2 x 10 | |
| | Single Leg Dead Lift: 2 x 10 | |
| | Standing Trunk flexed for hip extension: 2 x 10 | |
| | Lateral stepping with loop: 3 laps | |
| | Monster walk with loop: 3 laps | |
| GP:97112 | Neuromuscular Re-Education | 1 |
| | Rows 3 x 10 | |
| | Shoulder IR/ER 3 x 10 | |
| | Prone W/s: 3 x 10 | |
| GP:97140 | Manual Therapy | 1 |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |
| | Shotgun technique | |
| | Contract/relax right hip flexor: 3 sec hold x 5 reps | |
| | Clinician resisted hip flexion motion | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended | 1 |
| | Interferential | |
| | IFC over Lower Back with MHP | |
| GP:NORCM | NO RCM BILLING | 1 |

||| webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 04/25/2024

*CPT copyright 2023 American Medical Association. All rights reserved.*

Objective Findings

4-25-24: Patient showed good response to manual therapy with reduced pain symptoms during LE strengthening. Required min-mod tactile cues for form correction. Patient will benefit to continue these exercises to promote independence with ADLs.

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 04/24/24: Patient exhibited a good response to session today. Modification to activities to length and activate glutes and hamstrings region. Decreased c/o discomfort/pain along right adductor region.

**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks)  | Patient to be independent with initial HEP. |
2: (2 Weeks)  | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
  Continue PT POC.

_____
Ernest Janrae Mangabat Lucas
License #2178154
*Initiated by Ernest Janrae Mangabat Lucas on April 25, 2024 at 5:17 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on April 26, 2024 at 11:40 am*

||| webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076



### Daily Note / Billing Sheet

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Daily Note:** 04/24/2024
**Injury/Onset/Change of Status Date:** 11/02/2023 New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter
**Visit No.:** 8
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report. Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Independent
  **Mobility: Walking & Moving Around:** Independent
  **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
  **Self Care:** Difficulty secondary to pain
  **Mobility: Walking & Moving Around:** Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 3 |
| |   UBE: 4 +4 | |
| |   Hamstring Stretch : 3 x 30 sec hold | |
| |   Knee flexed hamstrings Stretch: 3 x 30 sec hold | |
| |   Median Hamstrings stretch: 3 x 30 sec hold | |
| |   Quads/Thomas Stretch: 3 x 30 sec hold | |
| |   Piriformis Stretch : 3 x 30 sec hold | |
| |   Kneeling knee flexion Stretch: 3 x 30 sec hold | |
| |   Bridge Double Leg: 2 x 10 | |
| |   Bridge Single Leg: 2 x 10 | |
| |   Single Leg Dead Lift: 2 x 10 | |
| |   Standing Trunk flexed for hip extension: 2 x 10 | |
| |   Lateral stepping with loop: 3 laps | |
| |   Monster walk with loop: 3 laps | |
| GP:97112 | Neuromuscular Re-Education | 1 |
| |   Rows 3 x 10 | |
| |   Shoulder IR/ER 3 x 10 | |
| |   Prone W/s: 3 x 10 | |
| GP:97140 | Manual Therapy | 1 |
| |   MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended | 1 |
| |   Interferential | |
| |   IFC over Lower Back with MHP | |
| GP:NORCM | NO RCM BILLING | 1 |

*CPT copyright 2023 American Medical Association. All rights reserved.*

## Assessment

||| webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 04/24/2024

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 04/24/24: Patient exhibited a good response to session today.  Modification to activities to length and activate glutes and hamstrings region.  Decreased c/o discomfort/pain along right adductor region.

**Rehab Potential:** Good

**Short Term Goals:**

1: (2 Weeks)  | Patient to be independent with initial HEP. |

2: (2 Weeks)  | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |

3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |

**Long Term Goals:**

1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Continue PT POC.

*Ruben Gavia*

Ruben Gavia
License #2084128
*Initiated by Ruben Gavia on April 24, 2024 at 5:05 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on April 25, 2024 at 12:09 pm*

‖ webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

## Daily Note / Billing Sheet



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Daily Note:** 04/23/2024
**Injury/Onset/Change of Status Date:** 11/02/2023 New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter
**Visit No.:** 7
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness 04/10/24: Pending MRI report. Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Independent
  **Mobility: Walking & Moving Around:** Independent
  **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
  **Self Care:** Difficulty secondary to pain
  **Mobility: Walking & Moving Around:** Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 3 |
| | UBE: 4 +4 | |
| | Wand shoulder flexion, extension, and abduction 3 x 10 | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Upper Trapes Stretch :3 x 30 sec hold | |
| | Levator Scapulae Stretch : 3 x 30 sec hold | |
| | Ball squeeze for hip adduction isometrics 2 x 10 | |
| | Bridges : 2 x 10 reps w/ ball | |
| GP:97112 | Neuromuscular Re-Education | 1 |
| | Rows 3 x 10 | |
| | Shoulder IR/ER 3 x 10 | |
| | Dead bugs : 2 x 10 reps | |
| GP:97140 | Manual Therapy | 1 |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended | 1 |
| | Interferential | |
| | IFC over Lower Back with MHP | |
| GP:NORCM | NO RCM BILLING | 1 |

*CPT copyright 2023 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 04/10/24: Patient exhibited good tolerance to all exercises except hip adductor stretch and adductor strengthening. Good response to manual therapy to relief hip adductor discomfort/pain after application.
**Rehab Potential:** Good
**Short Term Goals:**



**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 04/23/2024

1: (2 Weeks) | Patient to be independent with initial HEP. |
2: (2 Weeks) | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks) | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks) | Pt will have increase in Core muscle strength 4+/5 |

## Plan

**Instructions:** Progressing Patient Next Visit
    Continue PT POC.

Mansi R Dayani
License #1384772
*Initiated by Mansi R Dayani on April 23, 2024 at 4:38 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on April 24, 2024 at 8:25 am*

PL00040

||| webpt



**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

## Daily Note / Billing Sheet

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Daily Note:** 04/18/2024
**Injury/Onset/Change of Status Date:** 11/02/2023  New Injury
**Diagnosis:**  ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Visit No.:** 5
**Insurance Name:** LOP KANNER & PINTALUGA

### Subjective

**Current Complaints / Gains:**  Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report.  Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Self Care:**  Independent
   **Mobility: Walking & Moving Around:**  Independent
   **Carrying, Moving & Handling Objects:**  Independent
**Current Functional Limitations:**
   **Self Care:**  Difficulty secondary to pain
   **Mobility: Walking & Moving Around:**  Difficulty secondary to pain
   **Carrying, Moving & Handling Objects:**  Difficulty secondary to pain
**Aggravating Factors:**  Standing, Walking
**Home Health Care:**  No
**Medical History:**  No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?**  No

### Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 3 |
| | UBE | |
| | Wand shoulder flexion, extension, and abduction 3 x 10 | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Upper Trapes Stretch :3 x 30 sec hold | |
| | Levator Scapulae Stretch : 3 x 30 sec hold | |
| | Ball squeeze for hip adduction isometrics 2 x 10 | |
| | Bridges : 2 x 10 reps w/ ball | |
| GP:97112 | Neuromuscular Re-Education | 1 |
| | Rows 3 x 10 | |
| | Shoulder IR/ER 3 x 10 | |
| GP:97140 | Manual Therapy | 1 |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended | 1 |
| | Interferential | |
| | IFC over Lower Back with MHP | |
| GP:NORCM | NO RCM BILLING | 1 |

*CPT copyright 2023 American Medical Association.  All rights reserved.*

### Assessment

**Assessment/Diagnosis:**  Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 04/10/24: Patient exhibited good tolerance to all exercises except hip adductor stretch and adductor strengthening. Good response to manual therapy to relief hip adductor discomfort/pain after application.
**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks)  | Patient to be independent with initial HEP. |



**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 04/18/2024

2: (2 Weeks)  | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |

## Plan

**Instructions:** Progressing Patient Next Visit
  Continue PT POC.

*Mansi R Dayani*

Mansi R Dayani
License #1384772
*Initiated by Mansi R Dayani on April 18, 2024 at 5:53 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on April 21, 2024 at 8:40 am*

||| webpt

PL00042

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D:
Strain of muscle, fascia and tendon of lower back, subsequent
encounter

**Date of Daily Note:** 04/17/2024
**Injury/Onset/Change of Status Date:** 11/02/2023  New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of
muscle, fascia and tendon of lower back, subsequent encounter
**Visit No.:** 5
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
04/10/24: Pending MRI report.  Patient stated less pain after injections along his spine but hip flexor and adductors bother him
the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Independent
  **Mobility: Walking & Moving Around:** Independent
  **Carrying, Moving & Handling Objects:** Independent
Current Functional Limitations:
  **Self Care:** Difficulty secondary to pain
  **Mobility: Walking & Moving Around:** Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | *2* |
| | UBE | |
| | Wand shoulder flexion, extension, and abduction 3 x 10 | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Upper Trapes Stretch :3 x 30 sec hold | |
| | Levator Scapulae Stretch : 3 x 30 sec hold | |
| | Ball squeeze for hip adduction isometrics 2 x 10 | |
| | Bridges : 2 x 10 reps w/ ball | |
| GP:97112 | Neuromuscular Re-Education | *1* |
| | Rows 3 x 10 | |
| | Shoulder IR/ER 3 x 10 | |
| GP:97140 | Manual Therapy | *1* |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended | *1* |
| | Interferential | |
| | IFC over Lower Back with MHP | |
| GP:NORCM | NO RCM BILLING | *1* |

*CPT copyright 2023 American Medical Association.  All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear
end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has
" Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine.
04/17/24: Improved tolerance to stretches.  Decreased c/o tightness along right hip flexor and less tenderness along right
adductors.
**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks)  | Patient to be independent with initial HEP. |

|||webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 04/17/2024

2: (2 Weeks)  | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
  Continue PT POC.

*Ruben Gavia*

Ruben Gavia
License #2084128
*Initiated by Ruben Gavia on April 17, 2024 at 4:39 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on April 19, 2024 at 1:45 pm*

**ılı webpt**

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

### Daily Note /
### Billing Sheet



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Daily Note:** 04/16/2024
**Injury/Onset/Change of Status Date:** 11/02/2023 New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Visit No.:** 4
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness 04/10/24: Pending MRI report. Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
   **Self Care:** Independent
   **Mobility: Walking & Moving Around:** Independent
   **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
   **Self Care:** Difficulty secondary to pain
   **Mobility: Walking & Moving Around:** Difficulty secondary to pain
   **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| | UBE | |
| | Wand shoulder flexion, extension, and abduction 3 x 10 | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Upper Trapes Stretch :3 x 30 sec hold | |
| | Levator Scapulae Stretch : 3 x 30 sec hold | |
| | Ball squeeze for hip adduction isometrics 2 x 10 | |
| | Bridges : 2 x 10 reps w/ ball | |
| GP:97112 | Neuromuscular Re-Education | 1 |
| | Rows 3 x 10 | |
| | Shoulder IR/ER 3 x 10 | |
| GP:97140 | Manual Therapy | 1 |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended | 1 |
| | Interferential | |
| | IFC over Lower Back with MHP | |
| GP:NORCM | NO RCM BILLING | 1 |

*CPT copyright 2023 American Medical Association. All rights reserved.*

Objective Findings          4-16-24: Patient demonstrated better engagement of hip flexors during strengthening activities. Showed good tolerance to sit-stand activity with no increase in pain symptoms. Patient will benefit to continue these exercises to promote lumbar stability.

## Assessment

||| webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/03/1987
**Document Date:** 04/16/2024

## Daily Note /
## Billing Sheet

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 04/10/24: Patient exhibited good tolerance to all exercises except hip adductor stretch and adductor strengthening. Good response to manual therapy to relief hip adductor discomfort/pain after application.

**Rehab Potential:** Good

**Short Term Goals:**

1: (2 Weeks)  | Patient to be independent with initial HEP. |

2: (2 Weeks)  | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |

3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |

**Long Term Goals:**

1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |

Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Continue PT POC.

_____
Ernest Janrae Mangabat Lucas
License #2178154
*Initiated by Ernest Janrae Mangabat Lucas on April 16, 2024 at 6:44 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on April 17, 2024 at 1:19 pm*

|ıl webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

# Daily Note /
# Billing Sheet



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/04/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Daily Note:** 04/10/2024
**Injury/Onset/Change of Status Date:** 11/02/2023 New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter
**Visit No.:** 2
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness 04/10/24: Pending MRI report. Patient stated less pain after injections along his spine but hip flexor and adductors bother him the most.
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Independent
  **Mobility: Walking & Moving Around:** Independent
  **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
  **Self Care:** Difficulty secondary to pain
  **Mobility: Walking & Moving Around:** Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | *2* |
| | UBE | |
| | Wand shoulder flexion, extension, and abduction 3 x 10 | |
| | Hamstring Stretch : 3 x 30 sec hold | |
| | Piriformis Stretch : 3 x 30 sec hold | |
| | Upper Trapes Stretch :3 x 30 sec hold | |
| | Levator Scapulae Stretch : 3 x 30 sec hold | |
| | Ball squeeze for hip adduction isometrics 2 x 10 | |
| | Bridges : 2 x 10 reps w/ ball | |
| GP:97112 | Neuromuscular Re-Education | *1* |
| | Rows 3 x 10 | |
| | Shoulder IR/ER 3 x 10 | |
| GP:97140 | Manual Therapy | *1* |
| | MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended | *1* |
| | Interferential | |
| | IFC over Lower Back with MHP | |
| GP:NORCM | NO RCM BILLING | *1* |

*CPT copyright 2023 American Medical Association.  All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine. 04/10/24: Patient exhibited good tolerance to all exercises except hip adductor stretch and adductor strengthening. Good response to manual therapy to relief hip adductor discomfort/pain after application.
**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks)  | Patient to be independent with initial HEP. |

||| webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/04/1987
**Document Date:** 04/10/2024

---

2: (2 Weeks) | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks) | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks) | Pt will have increase in Core muscle strength 4+/5 |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

## Plan

**Instructions:** Progressing Patient Next Visit
Continue PT POC.

*Ruben Gavia*

Ruben Gavia
License #2084128
*Initiated by Ruben Gavia on April 10, 2024 at 11:28 am*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on April 10, 2024 at 3:33 pm*

‖ webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076



## Daily Note /
## Billing Sheet

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/04/1987
**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Daily Note:** 04/09/2024
**Injury/Onset/Change of Status Date:** 11/02/2023  New Injury
**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Visit No.:** 2
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Independent
  **Mobility: Walking & Moving Around:** Independent
  **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
  **Self Care:** Difficulty secondary to pain
  **Mobility: Walking & Moving Around:** Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 3 |
| |   Hamstring Stretch : 3 x 30 sec hold | |
| |   Piriformis Stretch : 3 x 30 sec hold | |
| |   Upper Trapes Stretch :3 x 30 sec hold | |
| |   Levator Scapulae Stretch : 3 x 30 sec hold | |
| |   SAQ : 2 x 10 reps | |
| |   LAQ : 2 x 10 reps | |
| |   Ball squeeze : 2 x 10 reps | |
| GP:97112 | Neuromuscular Re-Education | 1 |
| |   Clamshells with RTB : 2 x 10 reps | |
| |   Bridges : 2 x 10 reps | |
| |   SLR + PPT : 2 x 10 reps | |
| |   Cervical isometrics : 2 x 10 reps (3 sec hold, F/E/Side bending) | |
| GP:97140 | Manual Therapy | 1 |
| |   MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, and hip adductors | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:G0283 | E-Stim Medicare Non-Wound Unattended | 1 |
| |   Interferential | |
| |   IFC over Lower Back with MHP | |
| GP:NORCM | NO RCM BILLING | 1 |

CPT copyright 2023 American Medical Association.  All rights reserved.

| Objective Findings | 4-9-24: Patient completed LE strengthening with reduced pain symptoms when properly engaging glute complex. Required min-mod tactile cues for form correction. Patient showed good response to MFR with reduced pain symptoms during exercises. |
|---|---|

## Assessment

ǁ webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/04/1987
**Document Date:** 04/09/2024

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine.
**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks)  | Patient to be independent with initial HEP. |
2: (2 Weeks)  | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |
Documentation and services listed above were reviewed and approved by the therapist supervising treatment and deemed to be medically indicated and necessary.

| Plan |
| --- |

**Instructions:**  Progressing Patient Next Visit

_____
Ernest Janrae Mangabat Lucas
License #2178154
*Initiated by Ernest Janrae Mangabat Lucas on April 9, 2024 at 7:13 pm*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on April 10, 2024 at 3:24 pm*

||| webpt.

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

# Physical Therapy
# Initial
# Examination



| | |
|---|---|
| **Patient Name:** RODRIGUEZ, RAUL | **Date of Initial Examination:** 04/08/2024 |
| **Date of Birth:** 08/04/1987 | **Injury/Onset/Change of Status Date:** 11/02/2023 New Injury, MVA |
| **Referring Physician(s):** TECHY, FERNANDO MD | **Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter |
| **Visit No.:** 1 | **Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter |

## Subjective

**History of Present Condition/Mechanism of Injury:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities.
**Primary Concern/Chief Complaint:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Independent
  **Mobility: Walking & Moving Around:** Independent
  **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
  **Self Care:** Difficulty secondary to pain
  **Mobility: Walking & Moving Around:** Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Pain Location:** Neck pain
  **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 9
  **Pain Description:** Dull/Achy
**Pain Location:** Knee pain
  **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 9
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking
**General Health:** Good
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent          Yes

### Outcome Measurement Tools

**Spine**
Neck Disability Index Questionnaire
Total Score:                              36
Total %:                                 72%
Modified Oswestry Low Back Pain          60% disability

### Observation

**Standing Posture**    Muscular Asymmetry

**Gait**               Normal

‖ webpt.

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Physical Therapy
Initial
Examination**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/04/1987
**Document Date:** 04/08/2024

## Range of Motion

**Cervical AROM**

| | |
|---|---|
| Forward Bending | 20% |
| Backward Bending | 15% |
| Right Rotation | 20% |
| Left Rotation | 15% |
| Right Side Bending | 20% |
| Left Side Bending | 15% |
| Cervical AROM Comments | L > R |

**Lumbar AROM**

| | |
|---|---|
| Forward Bending | 35° |
| Backward Bending | 20° |
| Right Rotation | 15% |
| Left Rotation | 10% |
| Right Side Bending | 10% |
| Left Side Bending | 15% |
| Lumbar AROM Comments | EXT>FLEXION, L>R |

## Strength

**Gross Muscle Tests Upper**

**Cervical**

| | | |
|---|---|---|
| Cervical Flexion | 4-/5 | |
| Cervical Extension | 4-/5 | |
| | **Right** | **Left** |
| Cervical Sidebending | 4-/5 | 4-/5 |
| Cervical Rotation | 4-/5 | 4-/5 |

**Gross Muscle Tests Trunk**

| | | |
|---|---|---|
| Upper Abdominals | 4-/5 | |
| Lower Abdominals | 4-/5 | |
| | **Right** | **Left** |
| Obliques | 4-/5 | 4-/5 |
| Trunk Extensors | 4-/5 | 4-/5 |

## Neuro-Vascular

| | **Right** | **Left** |
|---|---|---|
| Lasegue's SLR | Negative | Negative |
| | **Right** | **Left** |
| Quadrant Testing | Negative | Negative |

## Special Tests

**Flexibility**

| | **Right** | **Left** |
|---|---|---|
| Thomas Test | Positive for Iliopsoas | Positive for Iliopsoas |
| 90/90 Hamstring Flexibility | 0 ° | 0 ° |

## Palpation

||| webpt.

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Physical Therapy
Initial
Examination**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/04/1987
**Document Date:** 04/08/2024

**Palpation**
Palpable tenderness or increased muscular tone noted.

| | |
|---|---|
| Right Quadratus Lumborum | Voluntary muscle holding (guarding) |
| Left Quadratus Lumborum | Voluntary muscle holding (guarding) |
| Right Sacral Multifidii | Voluntary muscle holding (guarding) |
| Left Sacral Multifidii | Voluntary muscle holding (guarding) |
| Right Gluteus Maximus | Voluntary muscle holding (guarding) |
| Left Gluteus Maximus | Voluntary muscle holding (guarding) |

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Short Term Goals:**
1: (2 Weeks) | Patient to be independent with initial HEP.
2: (2 Weeks) | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes.
3: (4 Weeks) | Pt will have increase in core muscle power by 1-2 grades
**Long Term Goals:**
1: (8 Weeks) | Pt will have increase in Core muscle strength 4+/5

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**

**webpt**

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Physical Therapy
Initial
Examination**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/04/1987
**Document Date:** 04/08/2024

Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Patient Education, Self Care

**Modalities**
Electrical Stimulation, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)816-3528.

Please sign and return: Fax#: (713)814-9076

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

*Mansi R Dayani*

Mansi R Dayani
License #1384772
*Initiated by Mansi R Dayani on April 8, 2024 at 6:41 pm*

_____
F. TECHY, MD
Date:_____    Time:_____

*Ajay Patel*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on April 9, 2024 at 8:45 am*

||| webpt

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

# Daily Note /
# Billing Sheet



**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/04/1987

**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Daily Note:** 04/08/2024
**Injury/Onset/Change of Status Date:** 11/02/2023 New Injury, MVA

**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter
**Visit No.:** 1
**Insurance Name:** LOP KANNER & PINTALUGA

## Subjective

**Current Complaints / Gains:** Difficulty with prolonged sitting, sleeping and turning in bed, c/o neck morning stiffness
**Before the injury/onset/change of status date, the patient was able to perform the following activities:**
  **Self Care:** Independent
  **Mobility: Walking & Moving Around:** Independent
  **Carrying, Moving & Handling Objects:** Independent
**Current Functional Limitations:**
  **Self Care:** Difficulty secondary to pain
  **Mobility: Walking & Moving Around:** Difficulty secondary to pain
  **Carrying, Moving & Handling Objects:** Difficulty secondary to pain
**Pain Location:** Neck pain
  **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 9
  **Pain Description:** Dull/Achy
**Pain Location:** Knee pain
  **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 9
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking
**Home Health Care:** No
**Medical History:** No Known Significant PMH To Affect Treatment
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| GP:97110 | Therapeutic Exercise | 2 |
| |   Hamstring Stretch : 3 x 30 sec hold | |
| |   Piriformis Stretch : 3 x 30 sec hold | |
| |   Upper Trapes Stretch :3 x 30 sec hold | |
| |   Levator Scapulae Stretch : 3 x 30 sec hold | |
| |   Bridges : 3 x 10 reps | |
| GP:97140 | Manual Therapy | 1 |
| |   MFR over cervical paraspinals, thoracic paraspinals, lumbar paraspinals, | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| GP:97161 | PT Evaluation: Low Complexity | 1 |
| GP:G0283 | E-Stim Medicare Non-Wound Unattended | 1 |
| |   Interferential | |
| |   IFC over Lower Back with MHP | |
| GP:NORCM | NO RCM BILLING | 1 |

*CPT copyright 2023 American Medical Association.  All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine.
**Rehab Potential:** Good
**Short Term Goals:**
1: (2 Weeks) | Patient to be independent with initial HEP. |
2: (2 Weeks) | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |

**webpt**

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076

**Daily Note /
Billing Sheet**

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/04/1987
**Document Date:** 04/08/2024

3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |

## Plan

**Instructions:** Progressing Patient Next Visit

*Mansi R Dayani*

Mansi R Dayani
License #1384772
*Initiated by Mansi R Dayani on April 9, 2024 at 3:45 am*

Ajay Patel
License #1370987
*Electronically Signed by Ajay Patel on April 9, 2024 at 8:45 am*

||| webpt

PL00056

**Advance Therapy - Richmond**
18502 W Bellfort St Ste 118
Richmond, TX 77407-9003
Phone: (281)816-3528
Fax: (713)814-9076



# Plan of Care

**Patient Name:** RODRIGUEZ, RAUL
**Date of Birth:** 08/04/1987

**Referring Physician(s):** TECHY, FERNANDO MD

**Date of Original Eval:** 04/08/2024
**Treatment Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter

**Date of Plan of Care:** 04/08/2024
**Injury/Onset/Change of Status Date:** 11/02/2023  New Injury, MVA

**Diagnosis:** ICD10: M54.2: Cervicalgia, S39.012D: Strain of muscle, fascia and tendon of lower back, subsequent encounter
**Visit No.:** 1

## Assessment

**Assessment/Diagnosis:** Patient reported neck, mid-back and lower back pain since MVA- where he got hit by car from his rear end. He is personal trainer- and it impaired his mobility and can't do all such aggressive activities. Patient mentioned he has " Spinal fracture" as well after MVA. On IE, lack of strength in scapular and lower paraspinals. TTP over T4-T5-T6 spine.
**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Short Term Goals:**
1: (2 Weeks)  | Patient to be independent with initial HEP. |
2: (2 Weeks)  | Patient to demonstrate improved cervical and lumbar AROM by 10 degrees in all planes. |
3: (4 Weeks)  | Pt will have increase in core muscle power by 1-2 grades |
**Long Term Goals:**
1: (8 Weeks)  | Pt will have increase in Core muscle strength 4+/5 |

## Plan

**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**

Therapeutic Exercises, Therapeutic Activity, Neuromuscular Rehabilitation, Manual Therapy, Patient Education, Self Care

**Modalities**

Electrical Stimulation, Hot Packs

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (281)816-3528.

Please sign and return: Fax#: (713)814-9076

I certify the need for these services furnished under this plan of treatment and while under my care.

Physician/Non-Physician Practitioner (NPP) Signature:

*Mansi R Dayani*

Mansi R Dayani
License #1384772
*Initiated by Mansi R Dayani on April 8, 2024 at 6:41 pm*

_____
                          F. TECHY, MD
Date:_____    Time:_____

*Ajay Patel signature*

Ajay Patel
License #1370987
*Electronically Co-Signed by Ajay Patel on April 9, 2024 at 8:45 am*

||| webpt

PL00057

# Patient Outcomes

**Report Date: 4/9/2024**

## RAUL RODRIGUEZ                                                    72  OF  100

| | | | |
|---|---|---|---|
| **Patient ID:** 14545941 | | **Questionnaire Type:** | Initial Eval |
| **Case Key:** 57305424 | | **Area:** | Neck |
| **Visit Date:** 4/8/2024 | | **Clinician:** | Patel, Ajay |
| **Entry Date:** 4/9/2024 | | **Clinic:** | Advance Therapy - Richmond |
| **ICD Code:** M542 - Cervicalgia | | **Referral Source:** | TECHY, FERNANDO |
| **Gender:** M | | | Other |
| **Date of Birth:** 8/4/1987 | | **Litigation:** No | **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | **Pain Level** | 8 | **8** | (0 to 10) |
| | **Pain Intensity** | The pain is very severe at the moment. | **4** | (0 to 5) |
| | **Personal Care (washing, dressing, etc.)** | I can look after myself normally but it causes extra pain. | **1** | (0 to 5) |
| | **Lifting** | I cannot lift or carry anything at all. | **5** | (0 to 5) |
| | **Headache** | I have moderate headaches which come frequently. | **3** | (0 to 5) |
| | **Recreation** | I can't do any recreational activities at all. | **5** | (0 to 5) |
| | **Reading** | I cannot read at all because of neck pain. | **5** | (0 to 5) |
| | **Work** | I can't do any work at all. | **5** | (0 to 5) |
| | **Sleeping** | My sleep is moderately disturbed (2-3 hr sleep loss). | **3** | (0 to 5) |
| | **Concentration** | I can concentrate fully when I want with slight difficulty. | **1** | (0 to 5) |
| | **Driving** | I can hardly drive my car at all because of severe neck pain. | **4** | (0 to 5) |

 Powered by **WebPT**

**Page 1 of 1**

## AFFIDAVIT OF BILLING RECORDS

Records Pertaining To: _____ Rodriguez, Raul _____

Type of Records: Any and all itemized billing records pertaining to the examination and/or treatment of _____ Rodriguez, Raul _____ from _____ 04/08/2024 _____ to the present.

Before me, the undersigned authority, personally appeared *Natalia Chavez*, who, being duly sworn deposed as follows:

My name is *Natalia Chavez*, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am a custodian of records for *Advance Physical Therapy* and I am familiar with the manner in which these records are created and maintained by virtue of my duties and responsibilities. Attached to this affidavit are __6__ pages of records that provide an itemized statement of the service and the charges for the service that *Advance Physical Therapy* provided to _____ Rodriguez, Raul _____ from _____ 04/08/2024 _____ to the present. The attached records are a part of this affidavit.

The records were made at or near the time of each act, event, condition, opinion, or diagnosis set forth. The records were made by, or from information transmitted by, persons with knowledge of the matters set forth. The records were kept in the course of regularly conducted business activity. It is the regular practice of the business activity to make the records. The records are the original or an exact duplicate of the original.

The services provide were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $_____ 0 (Zero) _____ and the amount currently unpaid but which *Advance Physical Therapy* has a right to be paid after any adjustments and credits is $_____ 34,410 _____.

_____
AFFIANT (Custodian of Records)

_____

SWORN TO AND SUBSCRIBED before me on the _____ 25th _____ day of _____ Sept _____, 20 __25__.

_____
NOTARY PUBLIC, STATE OF *Texas*

Notary's Printed Name: *Sarah Ali*
My Commission Expires: *01 - 08 - 2029*

SARAH WAHID ALI
NOTARY PUBLIC, STATE OF TEXAS
ID# 135223817
COMM. EXP. 01-08-2029

**Advance Physical Therapy**
18502 W Bellfort Rd, Ste 118
Richmond, TX 77407

Phone : 281-816-3528

Email : rohan@advancephysicaltherapy.com

**ADVANCE**
PHYSICAL THERAPY

# INVOICE

Invoice Date :   11-15-24
Invoice No   :   RI - 040824 To 111524

**BILL TO :**
Rodriguez, Raul

| DOS | SERVICE | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|------|---------|-------------|------|------------|--------|
| 04-08-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 04-08-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 04-08-24 | 97161 | Physical therapy evaluation- low complexity | 1 | $ 300.00 | $ 300.00 |
| 04-08-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 04-09-24 | 97110 | Therapeutic procedure, exercises | 3 | $ 140.00 | $ 420.00 |
| 04-09-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 04-09-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 04-09-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 04-10-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 04-10-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 04-10-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 04-10-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 04-16-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 04-16-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 04-16-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 04-16-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 04-17-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 04-17-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 04-17-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 04-17-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 04-18-24 | 97110 | Therapeutic procedure, exercises | 3 | $ 140.00 | $ 420.00 |
| 04-18-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 04-18-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 04-18-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 04-23-24 | 97110 | Therapeutic procedure, exercises | 3 | $ 140.00 | $ 420.00 |
| 04-23-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 04-23-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 04-23-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 04-24-24 | 97110 | Therapeutic procedure, exercises | 3 | $ 140.00 | $ 420.00 |
| 04-24-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 04-24-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 04-24-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 04-25-24 | 97110 | Therapeutic procedure, exercises | 3 | $ 140.00 | $ 420.00 |
| 04-25-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 04-25-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 04-25-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 05-01-24 | 97110 | Therapeutic procedure, exercises | 3 | $ 140.00 | $ 420.00 |
| 05-01-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 05-01-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |



**Advance Physical Therapy**
18502 W Bellfort Rd, Ste 118
Richmond, TX 77407

Phone : 281-816-3528

Email : rohan@advancephysicaltherapy.com

# INVOICE

Invoice Date :   11-15-24

Invoice No   :   RI - 040824 To 111524

**BILL TO :**
Rodriguez, Raul

| DOS | SERVICE | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 05-01-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 05-02-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 05-02-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 05-02-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 05-02-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 05-07-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 05-07-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 05-07-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 05-07-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 05-08-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 05-08-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 05-08-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 05-08-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 05-14-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 05-14-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 05-14-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 05-14-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 05-15-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 05-15-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 05-15-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 05-15-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 05-16-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 05-16-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 05-16-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 05-16-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 05-21-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 05-21-24 | 97161 | Physical therapy evaluation- low complexity | 1 | $ 300.00 | $ 300.00 |
| 05-21-24 | 97530 | Therapeutic activities, direct | 1 | $ 140.00 | $ 140.00 |
| 05-21-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 05-21-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 05-21-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 05-21-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 05-21-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 05-22-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 05-22-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 05-22-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 05-22-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 05-23-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |

PL00061

**Advance Physical Therapy**
18502 W Bellfort Rd, Ste 118
Richmond, TX 77407

Phone : 281-816-3528

Email : rohan@advancephysicaltherapy.com



# INVOICE

Invoice Date :  11-15-24
Invoice No   :   RI - 040824 To 111524

**BILL TO :**
Rodriguez, Raul

| DOS | SERVICE | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 05-23-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 05-23-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 05-23-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 06-05-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 06-05-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 06-05-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 06-05-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 06-06-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 06-06-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 06-06-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 06-06-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 06-24-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 06-24-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 06-24-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 06-24-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 06-26-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 06-26-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 06-26-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 06-26-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 07-01-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 07-01-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 07-01-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 07-01-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 07-02-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 07-02-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 07-02-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 07-02-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 07-05-24 | 97110 | Therapeutic procedure, exercises | 3 | $ 140.00 | $ 420.00 |
| 07-05-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 07-05-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 07-15-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 07-15-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 07-15-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 07-15-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 07-30-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 07-30-24 | 97112 | Neuro re ed | 1 | $ 140.00 | $ 140.00 |
| 07-30-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 07-30-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |

PL00062

**Advance Physical Therapy**

18502 W Bellfort Rd, Ste 118
Richmond, TX 77407

Phone : 281-816-3528

Email : rohan@advancephysicaltherapy.com



# INVOICE

Invoice Date :  11-15-24

Invoice No   :   RI - 040824 To 111524

**BILL TO :**
Rodriguez, Raul

| DOS | SERVICE | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|------|---------|-------------|------|------------|--------|
| 07-31-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 07-31-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 07-31-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 07-31-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 08-05-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 08-05-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 08-05-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 08-05-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 08-06-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 08-06-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 08-06-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 08-06-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 08-14-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 08-14-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 08-14-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 08-14-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 08-26-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 08-26-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 08-26-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 08-26-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 08-27-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 08-27-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 08-27-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 08-27-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 09-03-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 09-03-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 09-03-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 09-03-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 09-10-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 09-10-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 09-10-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 09-10-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 09-12-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 09-12-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 09-12-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 09-12-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 09-24-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 09-24-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |

PL00063

**Advance Physical Therapy**
18502 W Bellfort Rd, Ste 118
Richmond, TX 77407

Phone : 281-816-3528

Email : rohan@advancephysicaltherapy.com



# INVOICE

Invoice Date :  11-15-24
Invoice No   :   RI - 040824 To 111524

**BILL TO :**
Rodriguez, Raul

| DOS | SERVICE | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|---------|---------|------------------------------|------|------------|-----------|
| 09-24-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 09-24-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 09-30-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 09-30-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 09-30-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 09-30-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 10-02-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 10-02-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 10-02-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 10-02-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 10-09-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 10-09-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 10-09-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 10-09-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 10-18-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 10-18-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 10-18-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 10-18-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 10-23-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 10-23-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 10-23-24 | 97140 | Manual therapy techniques | 1 | $ 140.00 | $ 140.00 |
| 10-23-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 10-28-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 10-28-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 10-28-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 10-30-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 10-30-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 10-30-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 11-07-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 11-07-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 11-07-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 11-11-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 11-11-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 11-11-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |
| 11-15-24 | 97110 | Therapeutic procedure, exercises | 2 | $ 140.00 | $ 280.00 |
| 11-15-24 | 97112 | Neuro re ed | 2 | $ 140.00 | $ 280.00 |
| 11-15-24 | G0283 | Estim no woundcare mcare | 1 | $ 50.00 | $ 50.00 |

PL00064

**Advance Physical Therapy**
18502 W Bellfort Rd, Ste 118
Richmond, TX 77407

Phone : 281-816-3528

Email : rohan@advancephysicaltherapy.com

**ADVANCE**
PHYSICAL THERAPY

# INVOICE

Invoice Date :   11-15-24

Invoice No    :   RI - 040824 To 111524

**BILL TO :**
Rodriguez, Raul

| DOS | SERVICE | DESCRIPTION | UNIT | UNIT PRICE | AMOUNT |
|-----|---------|-------------|------|-----------|--------|
|     |         |             |      | Total     | $   34,410.00 |

PL00065

**MEDICAL RECORDS AFFIDAVIT**

THE STATE OF TEXAS                    §

COUNTY OF Fort Bend                   §
                                      §

RECORDS PERTAINING TO:  Patient Name: Raul Rodriguez

      BEFORE ME, the undersigned authority personally appeared, Ashley Cruz (NAME OF AFFIANT) who, being by me duly sworn, and deposed as follows:

      My name is Ashley Cruz (NAME OF AFFIANT).  I am over eighteen (18) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

      I am the custodian of the records of Pro Spine and Joint [medical provider].  Attached hereto are 8 pages of medical records from Pro Spine and Joint [medical provider]. These said 8 pages of medical records are kept by Pro Spine and Joint [medical provider] in the regular course of business, and it was the regular course of business of Pro Spine and Joint [medical provider] for an employee or representative of Pro Spine and Joint [medical provider], with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.  The records attached hereto are the original or exact duplicates of the original. The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.


AFFIANT

SWORN TO AND SUBSCRIBED before me the 8th day of August, 2025.

Angela Rae Warren
Notary Public in and for The State of Texas
My Commission Expires: 4-11-26

ANGELA RAE WARREN
Notary Public, State of Texas
Comm. Expires 04-11-2026
Notary ID 133699826

RAUL RODRIGUEZ
Patient ID: 135461456     DOB: 08/04/1987     Sex: M     Account No.: DOI 11/02/2023
Encounter ID: 295602351     Encounter Date: 11/27/2023
Encounter Type: Office Visit

SUBJECTIVE:

| | |
|---|---|
| Chief Complaint: | Neck, Mid Back, Low Back |
| History Of Present Illness: | A 36-year-old male presents with complaints and diminished function of neck, mid back and low back. The patient's |
| | symptoms began on or about 11/02/2023 following a car accident. The patient states he was the driver who was rear ended. |
| | The patient states there was no loss of consciousness. The patient states the airbags did not deploy. Cervical, thoracic, and lumbar spine pain has been present since the accident. Pain is moderate in intensity and interferes with his daily activities. He has tried physical therapy and oral medication. Pain is persistent. Cervical spine pain radiates into bilateral shoulder/posterior arm, thoracic spine pain radiates to posterior ribcage, lumbar spine pain radiates into buttocks and posterior thighs. |
| Onset Date: | 11/02/2023 |
| Medical History: | None |
| Surgical History: | None |
| Allergies: | No known allergies |
| Review of System: | **Constitutional:** No general complaints, no weight change, or poor appetite. |
| | **Head:** No headaches |
| | **Neck:** Neck pain to shoulders |
| | **Eyes:** No blurred or double vision |
| | **Ears:** No hearing issues or trauma to ears |
| | **Nose:** No nose injuries |
| | **Mouth:** No dental problems |
| | **Throat:** No complaints |
| | **Cardiovascular:** No chest pain or no palpations |
| | **Respiratory:** No shortness of breath, no cough |
| | **Gastrointestinal:** Abdomen non-tender to palpation, no visible herniations |
| | **Genitourinary:** No urinary complaints |
| | **Musculoskeletal:** Neck pain and low back pain |
| | **Integumentary(Skin and/or Breast):** No skin lesions |
| | **Neurological:** Tingling to shoulders and buttocks |
| | **Psychiatric:** Normal mood and affect |
| | **Endocrine:** No know problems |
| | **Hematologic/Lymphatic:** No know problems |
| | **Allergic/Immunologic:** No know problems |

OBJECTIVE:

| | |
|---|---|
| Physical Exam: | **Constitutional:** Within normal limits |
| | **Neck:** See muscuuloskeletal |
| | **Musculoskeletal:** Musculoskeletal: Musculoskeletal: Pain with facet loading |
| | at the cervical, thoracic, and lumbar spine. MS 5/5 for shoulders and 5/5 for the rest of the upper extremities. Full ROM Upper extremities. MS 5/5 for proximal musculature and 5/5 for the rest. Reflexes normal in all four extremities |
| | **Extremities:** See musculoskeletal |

RAUL RODRIGUEZ
Patient ID: 135461456     DOB: 08/04/1987     Sex: M     Account No.: DOI 11/02/2023
Encounter ID: 295602351     Encounter Date: 11/27/2023
Encounter Type: Office Visit

**Neurological/Psychiatric:** See musculoskeletal.

ASSESSMENT:
Diagnosis:               ICD-10 Codes:
                            1)M542; Cervicalgia
                            2)M546; Pain in thoracic spine
                            3)M5450; Low back pain, unspecified
                            4)M5412; Radiculopathy, cervical region
                            5)M5414; Radiculopathy, thoracic region
                            6)M5416; Radiculopathy, lumbar region
                            7)M47816; Spondylosis without myelopathy or radiculopathy, lumbar region
                            8)M47812; Spondylosis without myelopathy or radiculopathy, cervical region
                            9)M5414; Radiculopathy, thoracic region

PLAN:
Procedures:              1) 99204; Comprehensive (New Patient)
Care Plan:               Will order cervical, thoracic, and lumbar MRI. Pt to follow up after imaging.

[Electronically Signed] - Date: 5/23/2024 10:45:10 AM

[Provider]: FERNANDO TECHY

RAUL RODRIGUEZ
Patient ID: 135461456    DOB: 08/04/1987    Sex: M    Account No.: DOI 11/02/2023
Encounter ID: 302596738    Encounter Date: 12/18/2023
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Neck, Mid Back, Low Back |
| History Of Present Illness: | A 36-year-old male presents with complaints and diminished function of neck, mid back and low back. The patent's symptoms began on or about 11/02/2023 following a car accident. The patient states he was the driver who was rear ended. |
| | The patient states there was no loss of consciousness. The patient states the airbags did not deploy.  Cervical, thoracic, and lumbar spine pain has been present since the accident. Pain is moderate in intensity and interferes with his daily activities. He has tried physical therapy and oral medication. Pain is persistent. Cervical spine pain radiates into bilateral shoulder/posterior arm, thoracic spine pain radiates to posterior ribcage, lumbar spine pain radiates into buttocks and posterior thighs. Patient would like to review imaging results. |
| Onset Date: | 11/02/2023 |
| Medical History: | None |
| Surgical History: | None |
| Allergies: | No known allergies |
| Review of System: | **Constitutional:** No general complaints, no weight change, or poor appetite. |
| | **Head:** No headaches |
| | **Neck:** Neck pain to shoulders |
| | **Eyes:** No blurred or double vision |
| | **Ears:** No hearing issues or trauma to ears |
| | **Nose:** No nose injuries |
| | **Mouth:** No dental problems |
| | **Throat:** No complaints |
| | **Cardiovascular:** No chest pain or no palpations |
| | **Respiratory:** No shortness of breath, no cough |
| | **Gastrointestinal:** Abdomen non-tender to palpation, no visible herniations |
| | **Genitourinary:** No urinary complaints |
| | **Musculoskeletal:** Neck pain and low back pain |
| | **Integumentary(Skin and/or Breast):** No skin lesions |
| | **Neurological:** Tingling to shoulders and buttocks |
| | **Psychiatric:** Normal mood and affect |
| | **Endocrine:** No know problems |
| | **Hematologic/Lymphatic:** No know problems |
| | **Allergic/Immunologic:** No know problems |

**OBJECTIVE:**

| | |
|---|---|
| Physical Exam: | **Constitutional:** Within normal limits |
| | **Neck:** See muscuuloskeletal |
| | **Musculoskeletal:** Musculoskeletal: Musculoskeletal: Pain with facet loading |
| | at the cervical, thoracic, and lumbar spine. MS 5/5 for shoulders and 5/5 for the rest of the upper extremities. Full ROM Upper extremities. MS 5/5 for proximal musculature and 5/5 for the rest. Reflexes normal in all four extremities |
| | **Extremities:** See musculoskeletal |
| | **Neurological/Psychiatric:** See musculoskeletal. |

RAUL RODRIGUEZ
Patient ID: 135461456        DOB: 08/04/1987        Sex: M    Account No.: DOI 11/02/2023
Encounter ID: 302596738     Encounter Date: 12/18/2023
Encounter Type: Office Visit

Imaging:                    MRI of cervical spine reviewed: herniated disc at C3-C4, C5-C6, and C6-C7. C5-C6 central foraminal stenosis
                           MRI thoracic spine reviewed: reveals herniated disc at T4-T5, T5-T6, and T6-T7
                           MRI lumbar spine reviewed: herniated disc at L1-L2 with lateral recess foraminal stenosis.

ASSESSMENT:
Diagnosis:                 ICD-10 Codes:
                               1) M542; Cervicalgia
                               2) M546; Pain in thoracic spine
                               3) M5450; Low back pain, unspecified
                               4) M5412; Radiculopathy, cervical region
                               5) M5414; Radiculopathy, thoracic region
                               6) M5416; Radiculopathy, lumbar region
                               7) M47816; Spondylosis without myelopathy or radiculopathy, lumbar region
                               8) M47812; Spondylosis without myelopathy or radiculopathy, cervical region
                               9) M5414; Radiculopathy, thoracic region

PLAN:
Procedures:                1) 99214; Comprehensive (Established patient)
Care Plan:                 Based on my clinical evaluation and my review of the available prior medical records, medical history, post-accident medical condition as per documented on medical records, diagnostic studies, photographs of event and or injuries and any other documents available, it is my impression, within reasonable degree of medical certainty that all the patient's symptoms are a direct result of the injuries sustained as a consequence of the accident. These injuries are permanent within a reasonable degree of medical certainty and a direct result of the reported accident. All traumatic spinal and soft tissue injuries affect the integrity of the patient's structure and their ability to function in their everyday life. Patient subjective complaints were consistent with the objective findings obtained through the physical examination. Patient's prognosis is currently guarded due to the severity of the injuries sustained and the associated complicating factors. This prognosis will be updated during future visits accordingly to the patient response to the treatment of these injuries.

                           The patient has been to therapy and has persistent and severe pain. At this point, my recommendation is to proceed with bilateral medial branch blocks at C3-C4, C5-C6, and C6-C7 In conjunction with bilateral medial branch blocks at T4-T7 and T12-L3. The risk and benefits of the above procedures were discussed with the patient in great detail and length. We will proceed accordingly.

Patient Instructions:      Patient should remain as active as tolerated and continue strengthening exercises and any other symptoms relieving modalities, including pain medication, anti-inflammatories and muscle relaxants. The patient has these medications available already.

                           The patient is to proceed with recommended procedure, continue with current conservative care, and follow up two weeks after procedure.

[Electronically Signed] - Date: 5/29/2024 11:32:04 AM

[Provider]: FERNANDO TECHY

RAUL RODRIGUEZ
Patient ID: 135461456     DOB: 08/04/1987     Sex: M     Account No.: DOI 11/02/2023
Encounter ID: 298823029     Encounter Date: 03/28/2024
Encounter Type: Office Visit

**SUBJECTIVE:**

| | |
|---|---|
| Chief Complaint: | Neck, Mid Back, Low Back |
| History Of Present Illness: | Mr. Raul Rodriguez presents to clinic status post bilateral medial branch blocks at C3-C4, C5-C7, T4-T7, and T12-L3. Patient reports significant relief following injections; however, pain has since returned to pre-procedure levels. The patient's symptoms began on or about 11/02/2023 following a car accident. The patient states he was the driver who was rear ended. The patient states there was no loss of consciousness. The patient states the airbags did not deploy. Cervical, thoracic, and lumbar spine pain has been present since the accident. Pain is moderate in intensity and interferes with his daily activities. He has tried physical therapy and oral medication. Pain is persistent. Cervical spine pain radiates into bilateral shoulder/posterior arm, thoracic spine pain radiates to posterior ribcage, lumbar spine pain radiates into buttocks and posterior thighs. |
| Onset Date: | 11/02/2023 |
| Medical History: | None |
| Surgical History: | None |
| Allergies: | No known allergies |
| Review of System: | **Constitutional:** No general complaints, no weight change, or poor appetite. |
| | **Head:** No headaches |
| | **Neck:** Neck pain to shoulders |
| | **Eyes:** No blurred or double vision |
| | **Ears:** No hearing issues or trauma to ears |
| | **Nose:** No nose injuries |
| | **Mouth:** No dental problems |
| | **Throat:** No complaints |
| | **Cardiovascular:** No chest pain or no palpations |
| | **Respiratory:** No shortness of breath, no cough |
| | **Gastrointestinal:** Abdomen non-tender to palpation, no visible herniations |
| | **Genitourinary:** No urinary complaints |
| | **Musculoskeletal:** Neck pain and low back pain |
| | **Integumentary(Skin and/or Breast):** No skin lesions |
| | **Neurological:** Tingling to shoulders and buttocks |
| | **Psychiatric:** Normal mood and affect |
| | **Endocrine:** No know problems |
| | **Hematologic/Lymphatic:** No know problems |
| | **Allergic/Immunologic:** No know problems |

**OBJECTIVE:**

| | |
|---|---|
| Physical Exam: | **Constitutional:** Within normal limits |
| | **Neck:** See musculoskeletal |
| | **Musculoskeletal:** Musculoskeletal: Musculoskeletal: Pain with facet loading at the cervical, thoracic, and lumbar spine. MS 5/5 for shoulders and 5/5 for the rest of the upper extremities. Full ROM Upper extremities. MS 5/5 for proximal musculature and 5/5 for the rest. Reflexes normal in all four extremities |
| | **Extremities:** See musculoskeletal |
| | **Neurological/Psychiatric:** See musculoskeletal. |

RAUL RODRIGUEZ
**Patient ID:** 135461456       **DOB:** 08/04/1987       **Sex:** M     **Account No.:** DOI 11/02/2023
**Encounter ID:** 298823029     **Encounter Date:** 03/28/2024
**Encounter Type:** Office Visit

**Imaging:**                   MRI of cervical spine reviewed: herniated disc at C3-C4, C5-C6, and C6-C7. C5-C6 central foraminal stenosis
                               MRI thoracic spine reviewed: reveals herniated disc at T4-T5, T5-T6, and T6-T7
                               MRI lumbar spine reviewed: herniated disc at L1-L2 with lateral recess foraminal stenosis.

**ASSESSMENT:**

**Diagnosis:**                 ICD-10 Codes:
                                   1) M542; Cervicalgia
                                   2) M546; Pain in thoracic spine
                                   3) M5450; Low back pain, unspecified
                                   4) M5412; Radiculopathy, cervical region
                                   5) M5414; Radiculopathy, thoracic region
                                   6) M5416; Radiculopathy, lumbar region
                                   7) M47816; Spondylosis without myelopathy or radiculopathy, lumbar region
                                   8) M47812; Spondylosis without myelopathy or radiculopathy, cervical region
                                   9) M5414; Radiculopathy, thoracic region

**PLAN:**

**Procedures:**                1) 99214; Comprehensive (Established patient)

**Care Plan:**                 The patient has been to therapy and has persistent and severe pain. Patient received great temporary relief after
                               undergoing medial branch blocks. At this point, my recommendation is to proceed with bilateral rhizotomies at
                               C3-C4, C5-C7, T4-T7, and T12-L3. The risk and benefits of the above procedures were discussed with the
                               patient in great detail and length. We will proceed accordingly.

**Patient Instructions:**      Patient should remain as active as tolerated and continue strengthening exercises and any other symptoms
                               relieving modalities, including pain medication, anti-inflammatories and muscle relaxants. The patient has these
                               medications available already.

                               The patient is to proceed with recommended procedures, continue with current conservative care, and follow up
                               two weeks after procedures.

[Electronically Signed] - Date: 4/2/2024 7:41:07 PM

[Provider]: FERNANDO TECHY

PL00072

**RAUL RODRIGUEZ**
**Patient ID:** 135461456     **DOB:** 08/04/1987     **Sex:** M   **Account No.:** DOI 11/02/2023
**Encounter ID:** 298823029   **Encounter Date:** 03/28/2024
**Encounter Type:** Office Visit

Addendums:

    **5/31/2024 10:02:04 AM**

    Comments:

       · The correct encounter date is 03/25/2024.

_____ Date: _____

## AFFIDAVIT CONCERNING COST AND NECESSITY OF SERVICES

THE STATE OF TEXAS            §
                             §
COUNTY OF _Fort Bend_         §

RE:    Patient Name: _Raul Rodriguez_

    BEFORE ME, the undersigned authority, personally appeared, _Ashley Cruz_ (NAME OF AFFIANT) who, being by me duly sworn, deposed as follows:

    My name is _Ashley Cruz_ (NAME OF AFFIANT). I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

    I am a custodian of records for _Pro Spine and Joint_ [medical provider]. Attached to this affidavit are records that provide an itemized statement of the service(s) and the charge(s) for the service(s) that _Pro Spine and Joint_ [medical provider] provided to _Raul Rodriguez_ [patient name] on the following dates: _11/27/2023 - 3/25/2024_ The attached records are a part of this affidavit.

    The attached records are kept by _Pro Spine and Joint_ [medical provider] in the regular course of business, and it was the regular course of business of _Pro Spine and Joint_ [medical provider] for an employee or representative of _Pro Spine and Joint_ [medical provider] with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

    The total amount paid for the services was $ _0_ and the amount currently unpaid but which _Pro Spine and Joint_ [medical provider] has a right to be paid after any adjustments or credits is $ _38,405.00_.

    These charges are reasonable and customary for like or similar services rendered in the vicinity, reasonable and customary charges at the facility where these charges were incurred, and the services were necessary.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me the _8th_ day of _August_, 2025.

_____
Notary Public in and for The State of Texas
My Commission Expires: _4-11-26_

ANGELA RAE WARREN
Notary Public, State of Texas
Comm. Expires 04-11-2026
Notary ID 133699826

**Visit Statement**

**HOUSTON PRO SPINE AND JOINT**
**3720 WESTHEIMER RD  STE 600**
**HOUSTON, TX 77027**

**RODRIGUEZ, RAUL A**
**302 COBIA DR**
**KATY, TX 77494**

**Statement Date: 5/29/2024**

**Tax ID: 921606917**

**Insurance: KANNER AND PINTALUGA    Subscriber ID:**
**Patient Name: RODRIGUEZ, RAUL A    DOB: 08/04/1987**

**Visit Information:**

**Provider: TECHY, FERNANDO    Signature: _____**

| Diagnosis Code | Diagnosis Description |
|---|---|
| S1980XA | Other specified injuries of unspecified part of neck, initial encounter |
| M542 | Cervicalgia |
| S134XXA | Sprain of ligaments of cervical spine, initial encounter |
| M546 | Pain in thoracic spine |
| S233XXA | Sprain of ligaments of thoracic spine, initial encounter |
| M5414 | Radiculopathy, thoracic region |
| M5450 | Low back pain, unspecified |
| S335XXA | Sprain of ligaments of lumbar spine, initial encounter |
| M5416 | Radiculopathy, lumbar region |

| Procedure Code | Procedure Description |
|---|---|
| 99205 | COMPREHENSIVE -NEW PATIENT 60MIN |

**Billing Information:**

| Date of Service | Procedure | POS | Units | Charge | Ins Payment | Pt Payment | Adjustment | Reference | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 11/27/2023 | 99205 | 11 | 1 | $1,600.00 | $0.00 | $0.00 | $0.00 | | $1,600.00 |
| | | | | | | | | **Balance Due:** | **$1,600.00** |

**Provider Notes:**

**Visit Statement**

**HOUSTON PRO SPINE AND JOINT**
**3720 WESTHEIMER RD  STE 600**
**HOUSTON, TX 77027**

**RODRIGUEZ, RAUL A**
**302 COBIA DR**
**KATY, TX 77494**

**Statement Date: 5/29/2024**                                                                                         **Tax ID: 921606917**
**Insurance: KANNER AND PINTALUGA    Subscriber ID:**
**Patient Name: RODRIGUEZ, RAUL A    DOB: 08/04/1987**

**Visit Information:**                                         **Provider: TECHY, FERNANDO   Signature: _____**

| Diagnosis Code | Diagnosis Description |
|---|---|
| S1980XA | Other specified injuries of unspecified part of neck, initial encounter |
| M542 | Cervicalgia |
| S134XXA | Sprain of ligaments of cervical spine, initial encounter |
| M5412 | Radiculopathy, cervical region |
| M5020 | Other cervical disc displacement, unspecified cervical region |
| M5010 | Cervical disc disorder with radiculopathy, unspecified cervical region |
| M546 | Pain in thoracic spine |
| S233XXA | Sprain of ligaments of thoracic spine, initial encounter |
| M5414 | Radiculopathy, thoracic region |
| M5124 | Other intervertebral disc displacement, thoracic region |
| M5450 | Low back pain, unspecified |
| S335XXA | Sprain of ligaments of lumbar spine, initial encounter |

| Procedure Code | Procedure Description |
|---|---|
| 99214 | Comprehensive (Established patient) |

**Billing Information:**

| Date of Service | Procedure | POS | Units | Charge | Ins Payment | Pt Payment | Adjustment | Reference | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12/18/2023 | 99214 | 11 | 1 | $650.00 | $0.00 | $0.00 | $0.00 | | $650.00 |
| | | | | | | | | **Balance Due:** | **$650.00** |

**Provider Notes:**

|  |
|---|
|  |

**PROCEDURES**
**16929 Southwest Fwy #100**
**Sugar Land TX 77479**

**Visit Statement**

**RODRIGUEZ, RAUL A**
**302 COBIA DR**
**KATY, TX 77494**

**Statement Date: 5/29/2024**

**Tax ID: 921606917**

**Insurance: KANNER AND PINTALUGA   Subscriber ID:**
**Patient Name: RODRIGUEZ, RAUL A   DOB: 08/04/1987**

**Visit Information:**

Provider: TECHY, FERNANDO   Signature: _____

| Diagnosis Code | Diagnosis Description |
|---|---|
| M542 | Cervicalgia |
| M546 | Pain in thoracic spine |
| M5450 | Low back pain, unspecified |

| Procedure Code | Procedure Description |
|---|---|
| 64490 | INJ. CERVICAL/THORACIC SINGLE LEVEL |
| 64491 | INJ. CERVICAL/THORACIC SECOND LEVEL |
| 64492 | INJ. CERVICAL/THORACIC THIRD & ADDTL LEVELS |
| 64492 | INJ. CERVICAL/THORACIC THIRD & ADDTL LEVELS |
| 64492 | INJ. CERVICAL/THORACIC THIRD & ADDTL LEVELS |
| 64492 | INJ. CERVICAL/THORACIC THIRD & ADDTL LEVELS |
| 64492 | INJ. CERVICAL/THORACIC THIRD & ADDTL LEVELS |
| 64493 | Injection(s), diagnostic or therapeutic agent, par |
| 64494 | Injection(s), diagnostic or therapeutic agent, par |

**Billing Information:**

| Date of Service | Procedure | POS | Units | Charge | Ins Payment | Pt Payment | Adjustment | Reference | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/04/2024 | 64490 | 24 | 1 | $5,490.00 | $0.00 | $0.00 | $0.00 | | $5,490.00 |
| 03/04/2024 | 64491 | 24 | 1 | $3,500.00 | $0.00 | $0.00 | $0.00 | | $3,500.00 |
| 03/04/2024 | 64492 | 24 | 1 | $3,500.00 | $0.00 | $0.00 | $0.00 | | $3,500.00 |
| 03/04/2024 | 64492 | 24 | 1 | $3,500.00 | $0.00 | $0.00 | $0.00 | | $3,500.00 |
| 03/04/2024 | 64492 | 24 | 1 | $3,500.00 | $0.00 | $0.00 | $0.00 | | $3,500.00 |
| 03/04/2024 | 64492 | 24 | 1 | $3,500.00 | $0.00 | $0.00 | $0.00 | | $3,500.00 |
| 03/04/2024 | 64493 | 24 | 1 | $5,515.00 | $0.00 | $0.00 | $0.00 | | $5,515.00 |
| 03/04/2024 | 64494 | 24 | 1 | $3,500.00 | $0.00 | $0.00 | $0.00 | | $3,500.00 |
| | | | | | | | | **Balance Due:** | **$35,505.00** |

**Provider Notes:**

**Visit Statement**

**HOUSTON PRO SPINE AND JOINT**
**3720 WESTHEIMER RD  STE 600**
**HOUSTON, TX 77027**

**RODRIGUEZ, RAUL A**
**302 COBIA DR**
**KATY, TX 77494**

**Statement Date: 5/29/2024**

**Tax ID: 921606917**

**Insurance: KANNER AND PINTALUGA     Subscriber ID:**
**Patient Name: RODRIGUEZ, RAUL A     DOB: 08/04/1987**

**Provider: TECHY, FERNANDO   Signature: _____**

**Visit Information:**

| Diagnosis Code | Diagnosis Description |
|---|---|
| S1980XD | Other specified injuries of unspecified part of neck, subsequent encounter |
| M542 | Cervicalgia |
| S134XXD | Sprain of ligaments of cervical spine, subsequent encounter |
| M546 | Pain in thoracic spine |
| S233XXD | Sprain of ligaments of thoracic spine, subsequent encounter |
| M5414 | Radiculopathy, thoracic region |
| M5450 | Low back pain, unspecified |
| S335XXD | Sprain of ligaments of lumbar spine, subsequent encounter |
| M5416 | Radiculopathy, lumbar region |

| Procedure Code | Procedure Description |
|---|---|
| 99214 | Comprehensive (Established patient) |

**Billing Information:**

| Date of Service | Procedure | POS | Units | Charge | Ins Payment | Pt Payment | Adjustment | Reference | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 03/25/2024 | 99214 | 11 | 1 | $650.00 | $0.00 | $0.00 | $0.00 | | $650.00 |
| | | | | | | | | **Balance Due:** | **$650.00** |

**Provider Notes:**

## MEDICAL RECORDS AFFIDAVIT

THE STATE OF TEXAS                    §
                                      §
COUNTY OF _Harris_                    §

RECORDS PERTAINING TO: Patient Name: _Raul Rodriguez_

BEFORE ME, the undersigned authority personally appeared, _Joce Umas_
(NAME OF AFFIANT) who, being by me duly sworn, and deposed as follows:

My name is _Joce    Umas_ (NAME OF AFFIANT). I am over
eighteen (18) years of age, of sound mind, capable of making this affidavit, and personally
acquainted with the facts herein stated:

I am the custodian of the records of _WDb  Imaging_
[medical provider]. Attached hereto are _0_ pages of medical records from
_WDb  Imaging_ [medical provider]. These said _____ pages of
medical records are kept by _WDb  Imaging_ [medical provider]
in the regular course of business, and it was the regular course of business of
_WDb  Imaging_ [medical provider] for an employee or
representative of _WDb  Imaging_ [medical provider], with
knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to
transmit information thereof to be included in such record; and the record was made at or near the
time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates
of the original. The services provided were necessary and the amount charged for the services was
reasonable at the time and place that the services were provided.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me the _10th_ day of _August_, 2025.

_____
Notary Public in and for The State of Texas
My Commission Expires: _1-7-29_

IRIS MUNOZ
Notary ID #132846456
My Commission Expires
January 7, 2029

PL00079

**WDG Imaging**

Phone: **(713) 465-6500**
Fax: **(713) 465-6511**

*AMERICAN COLLEGE OF RADIOLOGY ACCREDITED FACILITY*

| | | |
|---|---|---|
| **PATIENT NAME:** RODRIGUEZ HERNANDEZ, RAUL | **DOB:** 08/04/1987 | **DATE:** 12/12/2023 |
| **REF PHYSICIAN:** F. TECHY | **PAGE 1** | **CHART NO:** KM2991 |

### MRI CERVICAL SPINE

**CLINICAL HISTORY:** Pain.

**TECHNIQUE:** MRI of the cervical spine is performed without contrast.

**FINDINGS:**
There is straightening of the cervical spine. The cervical vertebral bodies normally align. Vertebral body heights are maintained. The vertebral bodies themselves display normal signal throughout the cervical segment.

The spinal cord itself displays normal signal throughout the cervical segment. The cervicomedullary junction is normal in appearance. The spinal cord itself displays normal signal throughout the cervical segment.

C2/3:
This level is normal.

C3/4:
Advanced loss of disc signal, mild loss of disc height. There is a 3-4 mm central protrusion/herniation. The anterior CSF space is effaced. The spinal cord is contacted and partially compressed. The spinal canal itself is stenotic at 9 mm.

C4/5:
This level is normal.

C5/6:
Advanced loss of disc signal, mild loss of disc height. There is a 3-4 mm central to slightly left-sided protrusion/herniation. The anterior CSF space is effaced. The spinal cord is contacted and partially compressed centrally and to the left of midline. The spinal canal itself is stenotic at 8 mm. There is moderately severe compromise of the left lateral recess and central left neural foramen. This likely results in left-sided C6 symptoms. The herniated disc material is somewhat hyperintense on T2 sequences.

C6/7:
Moderately advanced loss of disc signal. There is a 3 mm central protrusion/herniation. The anterior

1065 Gessner Rd, Ste 100    6671 SW Freeway, Ste 105    15925 Lexington Blvd, Ste A    23531 Kingsland Blvd, Ste 100
Houston, TX 77055         Houston, TX 77074         Sugar Land, TX 77479         Katy, TX 77494

PL00080

**RODRIGUEZ HERNANDEZ, RAUL**
**MRI CERVICAL SPINE**

**Page 2 of 2**
CSF space is partially effaced.  The spinal canal itself is borderline stenotic at 1 cm.  There is partial compromise of the neural foramina bilaterally.

C7/T1:
This level is normal.

**IMPRESSION:**
1.  **There is moderate spinal canal stenosis at the C5/6 level.  The spinal canal is 8 mm.  There is moderately severe compromise of the left lateral recess and central left neural foramen.  This likely results in left-sided C6 symptoms.  This is all due primarily to moderately large slightly left-sided protrusion/herniation.  The herniated disc material is somewhat hyperintense on T2 sequence, suggestive of acute herniation.**
2.  **There is spinal canal stenosis at the C3/4 level and borderline stenosis at C6/7 as described above.  The spinal canal is 9-10 mm as described above.  This is due primarily to 3 mm of herniated disc material.  The anterior CSF space is partially effaced to effaced as detailed above.**
3.  **For complete detail with level-by-level description of all disc pathology, please see above.**

Thank you for your referral and for allowing us to participate in the care of your patient.  Please contact our office should you have further questions or need further imaging.

*C Wri*

Electronically verified by Chris Wright, MD 12-13-2023 at 11:17 AM (GMT -6)
Board Certified Radiologist and Fellowship trained in Neuroradiology

CW/kb   DD:  12/12/2023 12:42 DT: 12/13/2023 10:29  NOW#:  P258109

**WDG Imaging**

Phone: (713) 465-6500
Fax: (713) 465-6511

*AMERICAN COLLEGE OF RADIOLOGY ACCREDITED FACILITY*

| PATIENT NAME: RODRIGUEZ HERNANDEZ, RAUL | DOB: 08/04/1987 | DATE: 12/12/2023 |
|---|---|---|
| REF PHYSICIAN: F. TECHY | PAGE 1 | CHART NO: KM2991 |

### MRI LUMBAR SPINE

**CLINICAL HISTORY:** Pain.

**TECHNIQUE:** MRI of the lumbar spine is performed without contrast.

**FINDINGS:**
The lumbar vertebral bodies normally align. Vertebral body heights are maintained. The vertebral bodies themselves display normal signal throughout the lumbar segment. The conus medullaris is normal in appearance. It terminates at the L1/2 level.

L1/2:
Mild loss of disc signal. There is a moderately large slightly left-sided protrusion/herniation. The herniated disc material extends approximately 4-5 mm posterior to the articular margin to the left of midline. The herniated disc material extends approximately 7 mm above this level. There is moderately severe compromise of the left lateral recess as well as central left neural foramen. This likely results in symptoms at the L2 and L1 level. The herniated disc material is hyperintense on T2 sequence, suggestive of acute herniation. The spinal canal itself is borderline stenotic at 1 cm centrally.

L2/3:
This level is normal.

L3/4:
This level is normal.

L4/5:
This level is normal.

L5/S1:
This level is normal.

**RODRIGUEZ HERNANDEZ, RAUL**
**MRI LUMBAR SPINE**

**Page 2 of 2**

**IMPRESSION:**
1.  **There is a moderately large slightly left-sided protrusion/herniation at the L1/2 level.  The spinal canal is borderline stenotic at 1 cm.  There is moderately severe compromise of the left lateral recess.  There is moderate compromise of the left neural foramen.  This is all due to herniated disc material as described above.  This likely results in L2 and L1 symptoms on the left.  The herniated disc material is hyperintense on T2 sequence, suggestive of acute herniation.**

Thank you for your referral and for allowing us to participate in the care of your patient.  Please contact our office should you have further questions or need further imaging.

*C Wright*

Electronically verified by Chris Wright, MD 12-13-2023 at 11:16 AM (GMT -6)
Board Certified Radiologist and Fellowship trained in Neuroradiology

CW/kb   DD:  12/12/2023 12:42 DT: 12/13/2023 10:24  NOW#:  N1268171

**WDG Imaging**

Phone: **(713) 465-6500**
Fax: **(713) 465-6511**

*AMERICAN COLLEGE OF RADIOLOGY ACCREDITED FACILITY*

| | | |
|---|---|---|
| **PATIENT NAME:** RODRIGUEZ HERNANDEZ, RAUL | **DOB:** 08/04/1987 | **DATE:** 12/12/2023 |
| **REF PHYSICIAN:** F. TECHY | **PAGE 1** | **CHART NO:** KM2991 |

### MRI THORACIC SPINE

**CLINICAL HISTORY:** Pain.

**TECHNIQUE:** MRI of the thoracic spine is performed without contrast.

**FINDINGS:**
The thoracic vertebral bodies normally align. Vertebral body heights are maintained. The vertebral bodies themselves display normal signal throughout the thoracic segment.

The spinal cord itself displays normal signal throughout the thoracic segment.

Once again noted is disc protrusion/herniation at the upper lumbar level L1/2 described in the patient's MRI of the lumbar spine report the same date.

The anterior thecal sac is contacted and partially effaced centrally and just to the right of midline at the T4/5 level. This is due to 1-2 mm of herniated disc material lateralizing to the right.

The anterior thecal sac is contacted and partially effaced centrally and just to the left of midline at the T5/6 and T6/7 levels. This is due to 1-2 mm of herniated disc material lateralizing to the left. This is seen best on the axial T2 images.

**IMPRESSION:**
1.  **The anterior CSF space is partially effaced at the T4/5, T5/6 and T6/7 levels. This is**

**RODRIGUEZ HERNANDEZ, RAUL**
**MRI THORACIC SPINE**

**Page 2 of 2**

Thank you for your referral and for allowing us to participate in the care of your patient.  Please contact our office should you have further questions or need further imaging.

*C Wri*

Electronically verified by Chris Wright, MD 12-13-2023 at 11:17 AM (GMT -6)
Board Certified Radiologist and Fellowship trained in Neuroradiology

CW/kb   DD:  12/12/2023 12:42 DT: 12/13/2023 10:36  NOW#:  P258110

1065 Gessner Rd, Ste 100     6671 SW Freeway, Ste 105     15925 Lexington Blvd, Ste A     23531 Kingsland Blvd, Ste 100
Houston, TX 77055          Houston, TX 77074          Sugar Land, TX 77479          Katy, TX 77494

PL00085

## AFFIDAVIT CONCERNING COST AND NECESSITY OF SERVICES

**THE STATE OF TEXAS** §
§
**COUNTY OF** Harris §

RE:  Patient Name: Raul Rodriguez

BEFORE ME, the undersigned authority, personally appeared, Joer Limar (NAME OF AFFIANT) who, being by me duly sworn, deposed as follows:

My name is Joce Limas (NAME OF AFFIANT). I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for WDA Imaging [medical provider]. Attached to this affidavit are records that provide an itemized statement of the service(s) and the charge(s) for the service(s) that WDA Imaging [medical provider] provided to Raul Rodriguez [patient name] on the following dates: 12/2/2022. The attached records are a part of this affidavit.

The attached records are kept by WDA Imaging [medical provider] in the regular course of business, and it was the regular course of business of WDA Imaging [medical provider] for an employee or representative of WDA Imaging [medical provider] with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The total amount paid for the services was $0.00 and the amount currently unpaid but which WDA Imaging [medical provider] has a right to be paid after any adjustments or credits is $12,000.00.

These charges are reasonable and customary for like or similar services rendered in the vicinity, reasonable and customary charges at the facility where these charges were incurred, and the services were necessary.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me the 16th day of August, 2025.

```
IRIS MUNOZ
Notary ID #132846456
My Commission Expires
January 7, 2029
```

_____
Notary Public in and for The State of Texas
My Commission Expires: 1.7.29

PL00086



KANNER  PINTALUGA

TX

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

| 1. MEDICARE    MEDICAID    TRICARE    CHAMPVA    GROUP HEALTH PLAN    FECA BLK LUNG    OTHER | 1a. INSURED'S I.D. NUMBER    (For Program in Item 1) |
|---|---|
| ☐ (Medicare#)  ☐ (Medicaid#)  ☐ (ID#/DoD#)  ☐ (Member ID#)  ☐ (ID#)  ☒ (ID#) | |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE     SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| RODRIGUEZ, RAUL | 08 04 1987   M ☒   F ☐ | RODRIGUEZ, RAUL |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 302 COBIA DR | Self ☒  Spouse ☐  Child ☐  Other ☐ | 302 COBIA DR |

| CITY | STATE | 8. RESERVED FOR NUCC USE | CITY | STATE |
|---|---|---|---|---|
| HOUSTON | TX | | HOUSTON | TX |

| ZIP CODE | TELEPHONE (Include Area Code) | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|
| 77094 | (   ) | 77094 | (   ) |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH     SEX |
|---|---|---|
| | ☐ YES  ☒ NO | 08 04 1987   M ☒   F ☐ |

| b. RESERVED FOR NUCC USE | b. AUTO ACCIDENT?     PLACE (State) | b. OTHER CLAIM ID (Designated by NUCC) |
|---|---|---|
| | ☐ YES  ☒ NO | |

| c. RESERVED FOR NUCC USE | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | ☐ YES  ☒ NO | KANNER  PINTALUGA |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. CLAIM CODES (Designated by NUCC) | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| | | ☐ YES  ☒ NO    If yes, complete items 9, 9a, and 9d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE          DATE   12/12/23

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described above.

SIGNED   SIGNATURE ON FILE

| 14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)   QUAL. 431 | 15. OTHER DATE   QUAL. | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION   FROM       TO |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE   DN  FERNANDO TECHY | 17a.       17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES   FROM       TO |
|---|---|---|

| 19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)   ZZ261QR0200X | 20. OUTSIDE LAB?  ☐ YES  ☒ NO    $ CHARGES |
|---|---|

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  Relate A-L to service line below (24E)   ICD Ind. 0

| A. M5412 | B. M5414 | C. M5416 | D. |
| E. | F. | G. | H. |
| I. | J. | K. | L. |

22. RESUBMISSION CODE          ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | |
| 12 | 12 | 23 | 12 | 12 | 23 | 11 | | 72141 | A B C | 4000 00 | 1 | | NPI | 1598467722 |
| 12 | 12 | 23 | 12 | 12 | 23 | 11 | | 72148 | A B C | 4000 00 | 1 | | NPI | 1598467722 |
| 12 | 12 | 23 | 12 | 12 | 23 | 11 | | 72146 | A B C | 4000 00 | 1 | | NPI | 1598467722 |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |
| | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER   SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. Rsvd for NUCC Use |
|---|---|---|---|---|---|
| 922258457   ☒ | RODRA000   3343 | ☐ YES  ☒ NO | $ 1200000 | $ | |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH #  (713 )4656500 |
|---|---|---|
| SIGNATURE ON FILE | WDG IMAGINGKATY | WDG IMAGING |
| | 23531 KINGSLAND BLVD | 1065 GESSNER RD |
| SIGNED  05/01/23   DATE | KATY TX 77494 | HOUSTON TX 77055 |
| | a.       b. NPI | a. 1598467722   b. |

PL00087

# PLANTIFF RAUL RODRIGUEZ HERNANDEZ'S MEDICAL AND BILLING RECORDS WITHOUT AFFIDAVIT

**FIRST SURGICAL HOSPITAL**
**4801 BISSONNET**
**BELLAIRE, TX 77401**
**PHONE 713-275-1111, FAX 713-275-1105**

**OPERATIVE REPORT**

**PATIENT NAME:**      RODRIGUEZHERNANDEZ, RAUL
**DATE OF SURGERY:**   03/04/24
**PATIENT MRN#:**      164130001
**DATE OF BIRTH:**     08/04/1987
**PHYSICIAN:**         Fernando Techy, M.D.

**PREOPERATIVE DIAGNOSES:**  Cervicothoracic pain and lumbar spine pain.

**POSTOPERATIVE DIAGNOSES:**  Cervicothoracic pain and lumbar spine pain.

**PROCEDURE PERFORMED:**  C3-4 and C5 to C7 medial branch block bilateral; in the thoracic spine, T4 to T7 medial branch block bilateral; and in the thoracolumbar spine, T12 to L3 bilateral medial branch block.

**SURGEON:**  Fernando Techy, M.D.

**ANESTHESIA:**  Conscious sedation.

**COMPLICATIONS:**  None.

**BLOOD LOSS:**  None.

**INDICATIONS FOR PROCEDURE:**  See H and P.

**DESCRIPTION OF PROCEDURE:**  The patient was seen in the preoperative area, brought to the operating room, prepped in the sterile usual fashion.  Local anesthesia was applied, placed under conscious sedation.  C-arm was brought in.  Spinal needles were inserted on the lateral aspect of the facet joint of C3-4, C5 to C7, T4 to T7, and T12 to L3 performing the medial branch block at those levels.  Then, 1 mL of a solution concentrated of 40 mg of Kenalog and 1 mL of 1% lidocaine was injected into each joint.  Performed medial branch blocks.  Needles were removed. Sterile dressing applied.  No complications.

RE:  RODRIGUEZHERNANDEZ, RAUL
OPERATIVE REPORT
PAGE 2


The patient was brought back safely to PACU.

Electronically signed on 3/7/2024 9:07:40 AM

_____          _____
Fernando Techy, M.D.                                                 Date
FT/SN/snkocdmt201/FST-507038743-a
D:  03/05/24 10:15 P CST
T:  03/05/24 11:51 P CST

| 03/11/2024 | **First Surgical Hospital** | Page: 1 |
|---|---|---|
| 14:42 | **Itemized Bill** | |

**Application Code: HIM**                                              **User Login Name: vgonzalez**

Episode No: 16413-0001                    **Patient Name: RODRIGUEZHERNANDEZ, RAUL**

| Billed | Charge Date | Charge Code | Description | Rev Code | Procedure Code | Qty | Amount |
|---|---|---|---|---|---|---|---|
| **Department: ANES-Anesthesia** | | | | | | | |
| B | 03/04/24 | 3040005 | MAC ANESTHESIA 1ST HOUR | 370 | | 1.0 | 12,114.14 |
| | | | | | **Total:** | **1.0** | **12,114.14** |
| **Department: CS -Central Supply** | | | | | | | |
| B | 03/04/24 | 260715 | APPLICATOR CHLORAPREP ORANGE 10.5ML | 272 | | 1.0 | 35.59 |
| B | 03/04/24 | 30480 | GLOVE,SURGICAL,LATEX,BIOGEL,PF,8 | 272 | | 1.0 | 0.00 |
| B | 03/04/24 | 305064 | MBO-SYRINGE,BLUNT FILL,10ML,18GX 1.5",LL | 272 | | 3.0 | 0.00 |
| B | 03/04/24 | 31145934 | MARKER,SKIN,W/RULER,FINE TIP (BULK) | 272 | | 1.0 | 14.04 |
| B | 03/04/24 | 405180 | NEEDLE,25GX3.5",BLUE HUB,STRL,SINGLE USE | 272 | | 9.0 | 70.83 |
| B | 03/04/24 | DYND80000 | CUP,MEDICINE,GRAD,PLASTIC,1OZ | 272 | | 1.0 | 0.00 |
| B | 03/04/24 | NON25660 | BANDAGE,ADHESIVE,FABRIC,1"X3",STRL,LF | 272 | | 6.0 | 0.00 |
| | | | | | **Total:** | **22.0** | **120.46** |
| **Department: IV -IV Therapy** | | | | | | | |
| B | 03/04/24 | 3880008 | FLUID LR 1000ML. 2B2324X | 250 | | 1.0 | 25.20 |
| | | | | | **Total:** | **1.0** | **25.20** |
| **Department: PACU-Post Anesthesia Care Unit** | | | | | | | |
| B | 03/04/24 | 3390001 | PACU 1ST 15MIN | 710 | | 1.0 | 3,963.41 |
| B | 03/04/24 | 3390002 | PACU ADDITIONAL EVERY 15 MIN | 710 | | 2.0 | 1,559.38 |
| | | | | | **Total:** | **3.0** | **5,522.79** |
| **Department: PHAR-Pharmacy** | | | | | | | |
| B | 03/04/24 | 3420062 | FENTANYL 50MCG/ML 2ML - C2 | 250 | | 1.0 | 6.05 |
| B | 03/04/24 | 3420111 | MIDAZOLAM 1MG/ ML 2ML C4 | 250 | J2250 | 1.0 | 5.00 |
| | | | | | **Total:** | **2.0** | **11.05** |
| **Department: SUR -Surgery** | | | | | | | |
| B | 03/04/24 | 64490 | NJX DX/THER AGT PVRT FACET JT CRV/THRC 1 | 360 | 64490 | 1.0 | 10,868.00 |
| B | 03/04/24 | 64491 | NJX DX/THER AGT PVRT FACET JT CRV/THRC 2 | 360 | 64491 | 1.0 | 23,773.10 |
| B | 03/04/24 | 64492 | NJX DX/THER AGT PVRT FACET JT CRV/THRC 3 | 360 | 64492 | 1.0 | 7,541.00 |
| B | 03/04/24 | 64492 | NJX DX/THER AGT PVRT FACET JT CRV/THRC 3 | 360 | 64492 | 1.0 | 7,541.00 |
| B | 03/04/24 | 64492 | NJX DX/THER AGT PVRT FACET JT CRV/THRC 3 | 360 | 64492 | 1.0 | 7,541.00 |
| B | 03/04/24 | 64492 | NJX DX/THER AGT PVRT FACET JT CRV/THRC 3 | 360 | 64492 | 1.0 | 7,541.00 |
| B | 03/04/24 | 64492 | NJX DX/THER AGT PVRT FACET JT CRV/THRC 3 | 360 | 64492 | 1.0 | 7,541.00 |
| B | 03/04/24 | 64493 | NJX DX/THER AGT PVRT FACET JT LMBR/SAC 1 | 360 | 64493 | 1.0 | 23,773.10 |
| B | 03/04/24 | 64494 | NJX DX/THER AGT PVRT FACET JT LMBR/SAC 2 | 360 | 64494 | 1.0 | 23,773.10 |
| | | | | | **Total:** | **9.0** | **119,892.30** |
| | | | | | **Grand Total:** | **38.0** | **137,685.94** |

PL00091

**RODRIGUEZ HERNANDEZ, RAUL 08/04/87 #247853**



\* 7502857w13131    A-FormLett

\*\*Please review and update the information below to the best of your ability.\*\*

| Patient Registration |
|---|

11/08/2023 03:25 PM

| CURRENT PATIENT INFORMATION -- PLEASE PRINT | Guarantor Information (to whom statements are sent) |
|---|---|

Last Name: **RODRIGUEZ HERNANDEZ**
First Name: **RAUL**
Middle Name:
Address: **302 COBIA DR #9328**
City: **KATY** State: **TX**
Zip: **77494**
Home Phone: **(346) 276-5981**
Work Phone:
Mobile Phone:
Sex: **M**
Date of Birth: **08/04/1987 36yo**
Social Security No.:**3780**
Patient email: **rodriguez.cr7@gmail.com**
Required by government mandate [although you may refuse]
Language: **English**
Race: **White**
Ethnicity: **Hispanic or Latino/Spanish**
Marital Status: **S**

Name: **RAUL RODRIGUEZ HERNANDEZ**
Address: **302 COBIA DR #9328**
**KATY, TX  77494**

Date of Birth: **08/04/1987**
Social Security No.: **827703780**
Phone: (      ) _____ - _____

| Emergency Contact Information |
|---|

Name: **ANA HERNANDEZ**
Relationship: **PARENT**
Phone: **(346) 531-6883**

| Employer information |
|---|

Employer:
Address:
Phone:

| Hospital Visit Information |
|---|

Visit ID: **390003**
Check In Date: **11/07/2023 10:16**
Discharge Date: **11/07/202312:00**
Admission Type: **Emergency**
Discharge Status: **Discharged to home or self care (routine discharge)**

Admitting Provider: **SABAHI, MAJID**
Attending Provider: **Sabahi_Majid_MD**
Referring Provider:
Operating Provider:

Level of Care:

| Primary Insurance Information | Secondary Insurance Information |
|---|---|

Visit Insurance: **SP 2207 [397288] 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**
Insurance Plan Name:
Last Name:
First Name:
Middle Name:
Insurance ID/Cert #:
Group/Policy #:
Date of Birth: Sex (please circle): **M** or **F**
Employer Name:
Patient's relationship to policy holder:
Case Policy:

Insurance Plan Name:
Last Name:
First Name.:
Middle Name:
Insurance ID/Cert #:
Group/Policy #:
Date of Birth: Sex (please circle): **M** or **F**
Employer Name:
Patient's relationship to policy holder:

**To the best of my knowledge the above information is complete and accurate.**

**Signed**_____**Date**_____

RODRIGUEZ HERNANDEZ, RAUL 08/04/87 #247853



**RODRIGUEZ HERNANDEZ, RAUL**
SEX: MALE  AGE:36     VISIT ID: 390003
MRN: 247853           DOB: 08/04/1987
DR. SABAHI, MAJID     DOS: 11/07/2023

* 6502361w13131    A-FormLett

**\*\*Please review and update the information below to the best of your ability.\*\***

## Patient Registration

11/07/2023 10:39 AM

| CURRENT PATIENT INFORMATION -- PLEASE PRINT | Guarantor Information (to whom statements are sent) |
|---|---|
| Last Name: **RODRIGUEZ HERNANDEZ** | Name: **RAUL RODRIGUEZ HERNANDEZ** |
| First Name: **RAUL** | Address: **302 COBIA DR #9328** |
| Middle Name: | **KATY, TX  77494** |
| Address: **302 COBIA DR #9328** | |
| City: **KATY** State: **TX** | Date of Birth: **08/04/1987** |
| Zip: **77494** | Social Security No.: **827703780** |
| Home Phone: **(346) 276-5981** | Phone: (   ) _____ - _____ |

Work Phone:
Mobile Phone:
Sex: **M**
Date of Birth: **08/04/1987 36yo**
Social Security No.:**3780**
Patient email: **rodriguez.cr7@gmail.com**
Required by government mandate [although you may refuse]
Language: **English**
Race: **White**
Ethnicity: **Hispanic or Latino/Spanish**
Marital Status: **S**

### Emergency Contact Information
Name: **ANA HERNANDEZ**
Relationship: **PARENT**
Phone: **(346) 531-6883**

### Employer information
Employer:
Address:
Phone:

## Hospital Visit Information

| | |
|---|---|
| Visit ID: 390003 | Admitting Provider: **SABAHI, MAJID** |
| Check In Date: **11/07/2023 10:16** | Attending Provider: **Sabahi_Majid_MD** |
| Discharge Date: | Referring Provider: |
| Admission Type: **Emergency** | Operating Provider: |
| Discharge Status: | Level of Care: |

## Primary Insurance Information / Secondary Insurance Information

| Primary Insurance Information | Secondary Insurance Information |
|---|---|
| Visit Insurance: **SP 2207 [397288] 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** | |
| Insurance Plan Name: | Insurance Plan Name: |
| Last Name: | Last Name: |
| First Name: | First Name.: |
| Middle Name: | Middle Name: |
| Insurance ID/Cert #: | Insurance ID/Cert #: |
| Group/Policy #: | Group/Policy #: |
| Date of Birth: Sex (please circle): **M** or **F** | Date of Birth: Sex (please circle): **M** or **F** |
| Employer Name: | Employer Name: |
| Patient's relationship to policy holder: | Patient's relationship to policy holder: |
| Case Policy: | |

**To the best of my knowledge the above information is complete and accurate.**

Signed_____Date____11/07/2023_____

## CONSENT TO TREAT

I am presenting myself for admission to River Oaks Hospital & Clinics inpatient/outpatient for care and treatment and I voluntarily consent to the rendering of such care, including diagnostic procedures and medical treatment by authorized agents and employees of the hospital, its medical staff, or other designees, as may be deemed necessary or beneficial for my care. I understand that testing for infectious conditions such as Human Immunodeficiency Virus (HIV) may be included. This consent is valid during the course of my admission unless revoked by me. I understand that my consent may be revoked verbally or in writing. I acknowledge that no guarantees have been made to me regarding the effect of such care or treatment of my condition.

PATIENT'S INITIALS

## HOSPITAL AND EMERGENCY MEDICAL SERVICES LIEN

**RIVER OAKS HOSPITAL & CLINICS WILL PLACE A LIEN FOR THE BILLED CHARGES WITH THE HARRIS COUNTY CLERK FOR ALL EMERGENCY ROOM VISITS RESULTING FROM AN ACCIDENT. THE LIEN WILL ATTACH TO ANY CAUSE OF ACTION OR CLAIM THAT YOU MAY HAVE AGAINST ANOTHER PERSON FOR YOUR INJURIES. THE LIEN WILL NOT ATTACH TO ANY REAL PROPERTY OWNED BY YOU.**

PATIENT'S SIGNATURE

11/07/2023 @ 10:42 AM

## PHYSICIAN BILLING

Physicians providing care during this encounter, including radiologist, pathologists, anesthesiologist, surgeons, emergency physicians, or other independent practitioners, will bill independently of the hospital for their services.

PATIENT'S INITIALS

## ADVANCE DIRECTIVE ACKNOWLEDGEMENT

1. I have been given written materials about my right to accept or refuse medical treatment.
2. I have been informed of my rights to formulate advance directives.
3. I understand that I am **not** required to have an advance directive in order to receive medical treatment.

PATIENT'S INITIALS

**I have** executed an advance directive.

○ Yes  ● No

A copy of the advance directive was obtained at admission.

○ Yes  ● No

I understand it is my responsibility to provide the Hospital with a copy of my advance directive, and understand that until I provide this document, the Hospital may not be able to honor my wishes.

● Yes  ○ No

IF NO COPY OF PATIENT'S ADVANCE DIRECTIVE IS AVAILABLE, WHAT IS PATIENT'S INTENT (USE PATIENT'S OR HEALTHCARE SURROGATE'S OWN WORDS)?

**I would** like assistance regarding advance directives.

○ Yes  ● No

IF NO COPY, WHO IS THE AGENT?

---

RIVER OAKS
**HOSPITAL ✚ CLINICS**
ADH

## Conditions of Admission Form

FORM # ADHE 72  Revised 01/2016

page 1 of 2

**RODRIGUEZ HERNANDEZ, RAUL**

**SEX:** MALE  **AGE:** 36  **VISIT ID:** 390003
**MRN:** 247853  **DOB:** 08/04/1987
**DR.** SABAHI, MAJID  **DOS:** 11/07/2023

## CONSENT TO USE AND DISCLOSE INFORMATION

In accordance with the Health Insurance Portability and Accountability Act and the privacy regulation promulgated there under, I hereby agree and consent to the use and disclosure of my health information for the purposes of treatment, payment, and healthcare operations. I understand that as part of my healthcare, this hospital originates and maintains health records describing my health history, symptoms, examinations, test results, diagnosis, treatment, and any plans for further care or treatment. The health records will be retained for a period of 10 years beyond the most recent date of service. I understand that this information serves as:

1. A basis for planning my care and treatment;
2. A means of communication among the many health professionals who contribute to my care;
3. A source of information for applying my diagnosis and surgical information to my bill;
4. A means by which a third party payor can verify that services billed were actually provided and may be used as a tool for routine healthcare operations such as assessing quality and reviewing the competence of healthcare professionals.

I understand and have been provided with a Notice of Privacy Practices, which provides a more complete description of protected health information, its uses and appropriate disclosures. I understand that I have the right to review the notice prior to signing this consent.

I understand that I have the right to object to the use of my health information for directory purposes. I understand that I have the right to request restrictions as to how my health information may be used or disclosed to carry out treatment, payment, or healthcare operations, and that the hospital is not required to agree to the restrictions requested.

I understand and consent that records generated as a result of my healthcare treatment and/or admission to the Hospital for treatment, or for one whom the undersigned has legal responsibility or authority to execute this consent form for, or by a third party payor who may provide payments to the Hospital for charges incurred for the services rendered to me, I expressly authorize the Hospital to release such records to such payor or to any person or organization authorized by law to review these records for any lawful purpose.

I realize that during the course of my care at the Hospital, or my follow-up, it may be necessary for the Hospital, or my attending physician(s), to make available to other healthcare providers including referring facilities and physicians, copies of my medical record(s) or information relating to my care.

**PATIENT'S INITIALS:** RR

## PERSONAL VALUABLES

It is understood and agreed that the Hospital is not responsible for the safe keeping of money and valuables. I have been encouraged to send all money and valuables home with family or trusted friends. The Hospital is not liable for the loss or damage to any money, jewelry, or other articles of value.

**PATIENT'S INITIALS:** RR

## ACKNOWLEDGMENT OF RECEIPT OF INFORMATION

I have received the following information:

1. Patient's Rights and Responsibilities
2. Notice of Privacy Practices

**PATIENT'S INITIALS:** RR

## ACKNOWLEDGEMENT AND RECEIPT OF SIGNATURES

The undersigned certifies that I have read the foregoing, and I have, or my duly authorized agent, accepts the above terms and I am executing this document. All Guarantors certify that they have read the foregoing and accepted its terms.

**PATIENT OR LEGAL REPRESENTATIVE SIGNATURE**

11/07/2023 @ 10:42 AM

RELATIONSHIP TO PATIENT

Self

**WITNESS SIGNATURE**

11/07/2023 @ 10:36 AM

WITNESS PRINTED NAME

Maria T

---

### RIVER OAKS HOSPITAL ✚ CLINICS

**Conditions of Admission Form**

FORM # ADHE 72  Revised 01/2016

page 2 of 2

**RODRIGUEZ HERNANDEZ, RAUL**

SEX: MALE  AGE:36       VISIT ID: 390003

MRN: 247853           DOB: 08/04/1987

DR. SABAHI, MAJID      DOS: 11/07/2023

**Disclosure of Public Health Information**

| PATIENT LAST NAME | PATIENT FIRST NAME | DATE OF BIRTH |
|---|---|---|
| Rodriguez Hernandez | Raul | 08/04/1987 |

Please indicate the name and contact information of any individuals to whom you would like for River Oaks Hospital & Clinics (ROHC) or your physician to speak with freely about your care.

| Name | Relationship | Phone Number |
|---|---|---|
| Ana Hernandez | Mother | (346) 531-6883 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Additionally, you will be given the opportunity to specify what information, if any, you would like to have restricted from release. These are two different items of information that you will need to provide regarding your protected health information. Please consider both requests as extremely important information to be restricted.

You may change either of these requests verbally or in writing at any time, by letting your healthcare provider (nurse of physician) know that you wish to make a change.

By completing and signing this form you have indicated that you are allowing ROHC and physicians involved in your care to communicate as directed with the individuals listed above.

**PATIENT OR LEGAL REPRESENTATIVE SIGNATURE**

11/07/2023 @ 10:43 AM

RELATIONSHIP TO PATIENT

Self

---

RIVER OAKS
HOSPITAL ✦ CLINICS
A DH

**Disclosure of Protected Health Information**

FORM # ADHE 124 Revised 01/2016

**RODRIGUEZ HERNANDEZ, RAUL**
SEX: MALE  AGE: 36        VISIT ID: 390003
MRN: 247853              DOB: 08/04/1987
DR. SABAHI, MAJID        DOS: 11/07/2023

# Patient Discharge Instructions

AD Hospital East, LLC
4200 Twelve Oaks Place, HOUSTON, TX 77027-6812
Phone: (713) 980-7906 | Fax: (713) 600-1786

| Name | DOB | Home Phone | ID |
|------|-----|-----------|-----|
| Raul Rodriguez Hernandez | 08-04-1987 | (346) 276-5981 | 247853 |

Dear Raul Rodriguez Hernandez,
Below is a summary of your hospital visit. If you have any questions about the care you received, please call AD Hospital East, LLC at (713) 980-7906.

## Your Visit Details

**Admitted On:** None recorded

**Admit Attending:** Majid Sabahi, MD

**Admitted For:** None recorded

**Discharged On:** None recorded

**Discharge Attending:** Majid Sabahi, MD

**Discharged With:**
shoulder joint pain; backache; motor vehicle accident victim; low back pain

## Discharge Instructions

### Patient Instructions

He has to be seen by his primary care in 3 to 5 days
1. The examination and treatment that you have received has been on emergency basis only and is not intended as an effort to provide complete medical care. It is impossible to recognize and treat all elements of an illness or injury in a single ER visit.
2. Thank you for allowing us to provide emergent medical care to you or your family member. We considered the privilege to have safe you during your illness or injury.
3. If you have received a prescription, please fill it today and follow the instructions carefully.
4.Return to the ER for worsening symptoms or if you have any concern about consistent symptoms
5.Follow-up with your family doctor in ASAP.
- Your x-rays and scans did not show any major injuries, no fractures or dislocations. This is great news. However, I think you have what is called whiplash injury.
- As we discussed, from the symptoms you describe, the mechanism of injury of the accident and what I see on physical exam, I suspect you have what is called a whiplash injury
- This type of injury is caused by sudden movement of spine; this causes spasms of the muscles and stretching of the ligaments holding the spine leading to pain with movement and stiffness as you described. These pains can go from the back of your head to the tail bone.
- Typically, the pain of a whiplash injury is not too bad in the beginning, gets worse in the first 3-4 days, persists for several days, and then gets better over the next week or two
- Another type of injury is a strain. A strain is pain due to stretching of muscles and ligaments.
- You also have contusions, which are basically deep bruises of the soft tissues under the skin.

AD Hospital East, LLC | 4200 Twelve Oaks Place, HOUSTON, TX 77027-6812 | Phone: (713) 980-7906 | Fax: (713) 600-1786

| Name | DOB | Home Phone | ID |
|---|---|---|---|
| Raul Rodriguez Hernandez | 08-04-1987 | (346) 276-5981 | 247853 |

- Fortunately, all the nerve and muscle functions seem to be normal on the physical exam. This is good.
- The treatment will consist of pain medicines and anti-inflammatories. Take them regularly to help reduce the pain and spasms.
- Naproxen 250 mg PLUS Tylenol 500 mg (2 tablets) every 8 hrs, as needed for pain. This combination is safe and effective
-- I am adding a muscle relaxant called Methocarbamol, it will help reduce the spasm of your muscles and help with the pain.
- Ice packs also help! They reduce pain and inflammation on the sore areas. You can apply ice packs for 10-15 minutes, 2-3 times per day.
- Heat also works; apply some heating pads on the sore areas. 10-15 minutes of a heating pad, 2-3 times per day will be very soothing to your back
- For extra pain relief, let's also add the Lidocaine patches. These patches are very useful because they release numbing medicine throughout the day. So after you shower in the morning, apply a patch (or two) on the sore areas of your back, leave it there for 24 hrs until the next morning when you shower and replace them. They are over-the-counter and you don't need prescription.

The name is Salonpas patches, they come in 2 sizes, pick the one that best covers the sore area.
- Stay active! But avoid activities that aggravate the pain.
- It is important to have a follow up visit to make sure things are going well, your pain is improving and there is no need for further imaging or interventions. You can follow in our office. The number to call for an appointment is 713-795-4884
- If at any point you develop new symptoms or have any questions, you can call us or just come back.

Entered by Sabahi_Majid_MD 11:57, 11-07-2023

## Medications

*Medication reconciliation did not occur, please consult your PCP for further information.*

Medications listed under **Start** are new medications you are being given.

| Start These Medications | | | |
|---|---|---|---|
| Name | Instructions | Last Taken | Take Next |
| methocarbamol 750 mg tablet | Take 1 tablet 3 times a day by oral route for 5 days. | | |

## Education

Refer to the following educational materials for more information about your diagnoses, medications, and other important information:

- acute low back pain: exercises
- joint pain: care instructions
- motor vehicle accident: care instructions
- shoulder sprain: care instructions

AD Hospital East, LLC | 4200 Twelve Oaks Place, HOUSTON, TX 77027-6812 | Phone: (713) 980-7906 | Fax: (713) 600-1786

| Name | DOB | Home Phone | ID |
|------|-----|------------|-----|
| Raul Rodriguez Hernandez | 08-04-1987 | (346) 276-5981 | 247853 |

**Patient's Signature** X _____     **Date** 11/07/2023

**Nurse's Signature** _____     **Date**

# RIVER OAKS
## HOSPITAL & CLINICS
### Advanced Diagnostics Healthcare System

Accession: 4589124NT13131

Advanced River Oaks Hospital
4200 Twelve Oaks Place , HOUSTON , TX , 77024

Patient Name: Rodriguez Hernandez, Raul                      DOB: 08/04/1987
MRN: 247853                                                  Gender: M
SS: 827703780                                                Age: 36
Ordering Physician: Sabahi, Majid
Exam Date: 11/07/2023 10:38 AM
Exam Type: XR THORACIC SPINE 2 VWS(72070)
External Notes:

Clinical Reason: mva

**EXAM:**
CR Thoracic Spine, 3  View.

**CLINICAL HISTORY:**
back pain s/p mva

**COMPARISON:**
None provided.

**FINDINGS:**

**BONES:**
No acute fracture or aggressive appearing osseous lesion.

**ALIGNMENT:**
Alignment is within normal limits. No significant scoliosis.

**DISCS / DEGENERATIVE CHANGES:**
The disc spaces are preserved. No significant degenerative changes.

**SOFT TISSUES:**
The paraspinal soft tissue lines are unremarkable. The visualized lungs are clear.

**MISCELLANEOUS:**
Visualization of the upper thoracic spine is limited on the lateral view by overlying structures.

**IMPRESSION:**

No acute thoracic spine osseous abnormality.

Electronically signed on Nov 7, 2023 11:28:57 AM CST by:
Eric Appelt

Electronically signed by Appelt, Eric M.D.                          11/07/2023 11:30 AM



Accession: 4589124NT13131

**Advanced River Oaks Hospital**
4200 Twelve Oaks Place , HOUSTON , TX , 77024

Patient Name: Rodriguez Hernandez, Raul                          DOB: 08/04/1987
MRN: 247853                                                                   Gender: M
SS: 827703780                                                               Age: 36
Ordering Physician: Sabahi, Majid
Exam Date: 11/07/2023 10:38 AM
Exam Type: XR THORACIC SPINE 2 VWS(72070)
External Notes:

Clinical Reason: mva

* 4589124NT13131 * Rodriguez Hernandez, Raul * 08/04/1987 * 827703780 *  M *



## RIVER OAKS
### HOSPITAL & CLINICS
Advanced Diagnostics Healthcare System

Accession: 4589128NT13131

Advanced River Oaks Hospital
4200 Twelve Oaks Place , HOUSTON , TX , 77024

Patient Name: Rodriguez Hernandez, Raul | DOB: 08/04/1987
MRN: 247853 | Gender: M
SS: 827703780 | Age: 36
Ordering Physician: Sabahi, Majid
Exam Date: 11/07/2023 10:38 AM
Exam Type: XR LUMBAR SPINE 2-3 VIEWS(72100)
External Notes:

Clinical Reason: mva

**EXAM:**
CR Lumbar Spine, 3  View.

**CLINICAL HISTORY:**
MVA The patient is a 36-year-old male, with no past medical history, came to the ER because of bilateral shoulder pain, backache, low back pain, since 5 days ago after his car accident.

**COMPARISON:**
None provided.

**FINDINGS:**

**BONES:**
No acute fracture or aggressive appearing osseous lesion.

**ALIGNMENT:**
Alignment is within normal limits. No significant scoliosis.

**DISCS / DEGENERATIVE CHANGES:**
The disc spaces are preserved. No significant degenerative changes.

**SOFT TISSUES:**
The soft tissues are unremarkable.

**SI JOINTS:**
The sacroiliac joints are unremarkable.

**IMPRESSION:**

No acute lumbar spine abnormality evident.


Electronically signed on Nov 7, 2023 11:29:42 AM CST by:
Eric Appelt



Accession: 4589128NT13131

**Advanced River Oaks Hospital**
4200 Twelve Oaks Place , HOUSTON , TX , 77024

Patient Name: Rodriguez Hernandez, Raul

MRN: 247853

SS: 827703780

Ordering Physician: Sabahi, Majid

Exam Date: 11/07/2023 10:38 AM

Exam Type: XR LUMBAR SPINE 2-3 VIEWS(72100)

External Notes:

DOB: 08/04/1987

Gender: M

Age: 36

Clinical Reason: mva

Electronically signed by Appelt, Eric M.D.                                          11/07/2023 11:31 AM

* 4589128NT13131 * Rodriguez Hernandez, Raul * 08/04/1987 * 827703780 *  M *

# RIVER OAKS
## HOSPITAL & CLINICS
### Advanced Diagnostics Healthcare System

Accession: 4589120NT13131

Advanced River Oaks Hospital
4200 Twelve Oaks Place , HOUSTON , TX , 77024

Patient Name: Rodriguez Hernandez, Raul                    DOB: 08/04/1987
MRN: 247853                                                Gender: M
SS: 827703780                                              Age: 36
Ordering Physician: Sabahi, Majid
Exam Date: 11/07/2023 10:38 AM
Exam Type: XR SHOULDER 2+ VWS LEFT
External Notes:

Clinical Reason: mva

**EXAM:**
CR bilateral Shoulders, 3  View.

**CLINICAL HISTORY:**
MVA The patient is a 36-year-old male, with no past medical history, came to the ER because of bilateral shoulder pain, backache, low back pain, since 5 days ago after his car accident.

**COMPARISON:**
None provided.

**FINDINGS:**

**BONES:**
No acute fracture or aggressive appearing osseous lesion.

**JOINTS:**
No dislocation. No evidence of significant degenerative change.

**SOFT TISSUES:**
The soft tissues are unremarkable.

**VISUALIZED THORAX:**
Unremarkable.

**IMPRESSION:**

No evidence of acute osseous abnormality.

Electronically signed on Nov 7, 2023 11:29:33 AM CST by:
Eric Appelt

---

Electronically signed by Appelt, Eric M.D.                           11/07/2023 11:30 AM



Accession: 4589120NT13131

**Advanced River Oaks Hospital**
**4200 Twelve Oaks Place , HOUSTON , TX , 77024**

Patient Name: Rodriguez Hernandez, Raul                    DOB: 08/04/1987
MRN: 247853                                                 Gender: M
SS: 827703780                                               Age: 36
Ordering Physician: Sabahi, Majid
Exam Date: 11/07/2023 10:38 AM
Exam Type: XR SHOULDER 2+ VWS LEFT
External Notes:

Clinical Reason: mva

\* 4589120NT13131 \* Rodriguez Hernandez, Raul \* 08/04/1987 \* 827703780 \*  M \*

# RIVER OAKS
## HOSPITAL & CLINICS
### Advanced Diagnostics Healthcare System

Accession: 4589116NT13131

**Advanced River Oaks Hospital**
4200 Twelve Oaks Place , HOUSTON , TX , 77024

Patient Name: Rodriguez Hernandez, Raul                    DOB: 08/04/1987
MRN: 247853                                                Gender: M
SS: 827703780                                              Age: 36
Ordering Physician: Sabahi, Majid
Exam Date: 11/07/2023 10:37 AM
Exam Type: XR SHOULDER 2+ VWS RIGHT
External Notes:

Clinical Reason: mva

**VEXAM:**
CR bilateral Shoulders, 3  View.

**CLINICAL HISTORY:**
MVA The patient is a 36-year-old male, with no past medical history, came to the ER because of bilateral shoulder pain, backache, low back pain, since 5 days ago after his car accident.

**COMPARISON:**
None provided.

**FINDINGS:**

**BONES:**
No acute fracture or aggressive appearing osseous lesion.

**JOINTS:**
No dislocation. No evidence of significant degenerative change.

**SOFT TISSUES:**
The soft tissues are unremarkable.

**VISUALIZED THORAX:**
Unremarkable.

**IMPRESSION:**

No evidence of acute osseous abnormality.


Electronically signed on Nov 7, 2023 11:25:26 AM CST by:
Eric Appelt**EXAM:**
CR bilateral Shoulders, 3  View.

**CLINICAL HISTORY:**
MVA The patient is a 36-year-old male, with no past medical history, came to the ER because of bilateral shoulder pain, backache, low back pain, since 5 days ago after his car accident.

PL00106

# RIVER OAKS
## HOSPITAL & CLINICS
### Advanced Diagnostics Healthcare System

Accession: 4589116NT13131

**Advanced River Oaks Hospital**
4200 Twelve Oaks Place , HOUSTON , TX , 77024

Patient Name: Rodriguez Hernandez, Raul                          DOB: 08/04/1987
MRN: 247853                                                       Gender: M
SS: 827703780                                                     Age: 36
Ordering Physician: Sabahi, Majid
Exam Date: 11/07/2023 10:37 AM
Exam Type: XR SHOULDER 2+ VWS RIGHT
External Notes:

Clinical Reason: mva

**COMPARISON:**
None provided.

**FINDINGS:**

**BONES:**
No acute fracture or aggressive appearing osseous lesion.

**JOINTS:**
No dislocation. No evidence of significant degenerative change.

**SOFT TISSUES:**
The soft tissues are unremarkable.

**VISUALIZED THORAX:**
Unremarkable.

**IMPRESSION:**

No evidence of acute osseous abnormality.


Electronically signed on Nov 7, 2023 11:25:26 AM CST by:
Eric Appelt

Electronically signed by Appelt, Eric M.D.                          11/07/2023 11:29 AM

* 4589116NT13131 * Rodriguez Hernandez, Raul * 08/04/1987 * 827703780 *  M *

Hospital and ~~Clinic~~ ~~Emergency~~ ~~Place~~, ~~Houston~~ ~~4-1~~ 6812

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

# ED Provider Assessment

Hospital and ~~4:25-cv-05601~~ace, Document 4-1 681 ~~Filed on 12/16/25 in TXSD~~

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**
Date: 11/07/2023 10:51

## First Contact with Patient

| |
|---|
| None recorded |

## Chief Complaint

| |
|---|
| sp mva pain back, shoulders, headache |

## Precautions

| |
|---|
| None recorded. |

## HPI

| |
|---|
| The patient is a 36-year-old male, with no past medical history, came to the ER because of bilateral shoulder pain, backache, low back pain, since 5 days ago after his car accident.<br>There was no loss of consciousness.<br>He denies any fever, chills, shortness of breath, chest pain, abdominal pain<br>Accident date: 11/02/2023<br>Time: 2100<br>The patient was a restrained driver of a car, involved in rear ended accident<br><br>Airbag deployment: no<br>Damage to the car was mild , ; drivable after the accident. No glass broke<br>No extrication, rollover, or ejection from the vehicle. No fatalities.<br>Pt was ambulatory after the accident<br><br>Nexus C spine criteria score:0 |

## Problems

| |
|---|
| No known problems |

## Home Medications

| |
|---|
| |

**cyclobenzaprine 10 mg tablet**
    Take 1 tablet twice a day by oral route as directed.

**ibuprofen 600 mg tablet**
    Take 1 tablet twice a day by oral route with meals.

## Allergies

| |
|---|
| NKDA |

## Surgical History

| |
|---|
| • Knee Surgery - left |

## Social History

| |
|---|
| **Activities of Daily Living**<br>**Are you able to care for yourself?: Yes**<br>**Public Health and Travel**<br>**Have you been to an area known to be high risk for COVID-19?: No**<br>**In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No**<br>**In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No**<br>**Substance Use**<br>**Do you or have you ever smoked tobacco?: Never smoker**<br>**Which illicit or recreational drugs have you used?: none**<br>**Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes**<br>**Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco**<br>**How much tobacco do you chew?: none**<br>**What is your level of alcohol consumption?: None**<br>**Other**<br>**If patient spent time in Wuhan City, China - Does the patient live in Wuhan City?: No**<br>**In the 14 days before symptom onset, did the patient spend time in Wuhan City, China?: No**<br>**Hard of hearing or deaf in one or both ears?: No**<br>**Legally blind in one or both eyes?: No**<br>**Seat belts used routinely: Yes**<br>**Education and Occupation**<br>**Are you currently employed?: Yes**<br>**What is your occupation?: base ball** |

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**
**Symptomatic Screening - In the last 5 days have you experienced:**
**Fever: No**
**Chills: No**
**Fatigue: No**
**Body aches: No**
**Trouble breathing: No**
**Significant cough: No**
**Significant runny nose: No**
**Significant nasal congestion: No**
**Sore throat: No**
**Felt like you might have Covid: No**
**Gender Identity and LGBTQ Identity**
**Gender identity: Identifies as Male**

## ROS

ROS as noted in the HPI

## Physical Exam

**General: General Appearance: healthy-appearing, well-nourished, and well-developed. Level of Distress: NAD.**

**Eyes, Ears, Nose, Mouth, Throat: Eyes no discharge or pallor and PERRLA, non-injected, and extraocular movements intact. Ears: no lesions on external right ear or external left ear and no hearing loss right ear or left ear. Lips, Teeth, and Gums: no mouth or lip ulcers or bleeding gums and normal dentition. Oropharynx: no erythema or exudates and moist mucous membranes and tonsils not enlarged. Nose: no lesions on external nose, septal deviation, sinus tenderness, or nasal discharge and nares patent.**

**Neck: Neck: no lymphadenopathy or thyroid enlargement and supple, FROM, and trachea midline.**

**Cardiovascular: Heart Auscultation: normal S1 and S2; no murmurs, rubs, or gallops; and RRR. Neck vessels: no carotid bruits. Pulses: normal throughout. Extremities: no edema.**

**Lungs: Auscultation: no wheezing, rales/crackles, or rhonchi and clear.**

**Abdomen: Bowel Sounds: normal. Inspection and Palpation: no guarding, masses, rebound tenderness, or CVA tenderness and soft, non-distended, and non-tender.**

**Neurological: Orientation: to time, place, and person. Motor Strength and Tone: normal tone and motor strength. Sensation normal sensation. Reflexes normal reflexes.**

**Musculoskeletal: Joints, Bones, and Muscles: no joint erythema or edema; no contractures, crepitus, malalignment, petechiae, cyanosis, clubbing, or bony abnormalities; and normal movement of all extremities and tenderness; Bilateral shoulder pain with no restriction range of motion, upper and lower back pain with no restriction to motion. Thoracolumbar Appearance: normal curvature.**

**Skin: Inspection and palpation: warm and dry, no lesions, and good turgor.**

**Psychiatric: Affect appropriate.**

## Vitals

| Intake & Output | 24 Hour Total |
|---|---|
| **Intake** | **0.0mL** |
| **Output** | **0.0mL** |
| **Net Balance** | **0mL** |

## Results

**Xr Shoulder 2+ Vws Left(73030)**

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

| Result date | 11/07/2023 10:38 |
|---|---|
| Abnormal flag | unknown |
| Status | Final |
| Ordering provider | Physician Physician |
| Associated order | Xr Shoulder 2+ Vws Left(73030) |

| Observation | Interpretation |
|---|---|
|  | Accession: 4589120NT13131<br>Advanced River Oaks Hospital<br>4200 Twelve Oaks Place , HOUSTON , TX , 77024<br>Patient Name: Rodriguez Hernandez, Raul<br>DOB: 08/04/1987<br>MRN: 247853<br>Gender: M<br>SS: 827703780<br>Age: 36<br>Ordering Physician: Sabahi, Majid<br>Exam Date: 11/07/2023 10:38 AM<br>Exam Type: XR SHOULDER 2+ VWS LEFT<br>External Notes:<br>Clinical Reason: mva<br><br>EXAM:<br>CR bilateral Shoulders, 3  View.<br><br>CLINICAL HISTORY:<br>MVA The patient is a 36-year-old male, with no past medical history, came<br> to the ER because of bilateral shoulder pain, backache, low back pain, since<br> 5 days ago after his car accident.<br><br>COMPARISON:<br>None provided.<br><br>FINDINGS:<br><br>BONES:<br>No acute fracture or aggressive appearing osseous lesion.<br><br>JOINTS:<br>No dislocation. No evidence of significant degenerative change.<br><br>SOFT TISSUES:<br>The soft tissues are unremarkable.<br><br>VISUALIZED THORAX:<br>Unremarkable.<br><br>IMPRESSION:<br><br>No evidence of acute osseous abnormality.<br><br><br>Electronically signed on Nov 7, 2023 11:29:33 AM CST by:<br>Eric Appelt<br><br><Electronically Signed by ERIC APPELT> 20231107113001 |

Hospital and Clinics, Tatine Family Place, Houston TX 77021 681Z

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

## Xr Lumbar Spine 2-3 Views(72100)

| Result date | **11/07/2023 10:38** |
|---|---|
| Abnormal flag | **unknown** |
| Status | **Final** |
| Ordering provider | **Physician Physician** |
| Associated order | **Xr Lumbar Spine 2-3 Views(72100)** |

| Observation | Interpretation |
|---|---|
| | Accession: 4589128NT13131<br>Advanced River Oaks Hospital<br>4200 Twelve Oaks Place , HOUSTON , TX , 77024<br>Patient Name: Rodriguez Hernandez, Raul<br>DOB: 08/04/1987<br>MRN: 247853<br>Gender: M<br>SS: 827703780<br>Age: 36<br>Ordering Physician: Sabahi, Majid<br>Exam Date: 11/07/2023 10:38 AM<br>Exam Type: XR LUMBAR SPINE 2-3 VIEWS(72100)<br>External Notes:<br>Clinical Reason: mva<br><br>EXAM:<br>CR Lumbar Spine, 3  View.<br><br>CLINICAL HISTORY:<br>MVA The patient is a 36-year-old male, with no past medical history, came<br> to the ER because of bilateral shoulder pain, backache, low back pain, since<br> 5 days ago after his car accident.<br><br>COMPARISON:<br>None provided.<br><br>FINDINGS:<br><br>BONES:<br>No acute fracture or aggressive appearing osseous lesion.<br><br>ALIGNMENT:<br>Alignment is within normal limits. No significant scoliosis.<br><br>DISCS / DEGENERATIVE CHANGES:<br>The disc spaces are preserved. No significant degenerative changes.<br><br>SOFT TISSUES:<br>The soft tissues are unremarkable.<br><br>SI JOINTS:<br>The sacroiliac joints are unremarkable.<br><br>IMPRESSION:<br><br>No acute lumbar spine abnormality evident.<br><br>Electronically signed on Nov 7, 2023 11:29:42 AM CST by:<br>Eric Appelt<br><br><Electronically Signed by ERIC APPELT> 20231107113141 |

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

## Xr Thoracic Spine 2 Vws(72070)

| Result date | **11/07/2023 10:38** |
|---|---|
| Abnormal flag | **unknown** |
| Status | **Final** |
| Ordering provider | **Physician Physician** |
| Associated order | **Xr Thoracic Spine 2 Vws(72070)** |

| Observation | Interpretation |
|---|---|
| | Accession: 4589124NT13131<br>Advanced River Oaks Hospital<br>4200 Twelve Oaks Place , HOUSTON , TX , 77024<br>Patient Name: Rodriguez Hernandez, Raul<br>DOB: 08/04/1987<br>MRN: 247853<br>Gender: M<br>SS: 827703780<br>Age: 36<br>Ordering Physician: Sabahi, Majid<br>Exam Date: 11/07/2023 10:38 AM<br>Exam Type: XR THORACIC SPINE 2 VWS(72070)<br>External Notes:<br>Clinical Reason: mva<br>EXAM:<br>CR Thoracic Spine, 3  View.<br><br>CLINICAL HISTORY:<br>back pain s/p mva<br><br>COMPARISON:<br>None provided.<br><br>FINDINGS:<br><br>BONES:<br>No acute fracture or aggressive appearing osseous lesion.<br><br>ALIGNMENT:<br>Alignment is within normal limits. No significant scoliosis.<br><br>DISCS / DEGENERATIVE CHANGES:<br>The disc spaces are preserved. No significant degenerative changes.<br><br>SOFT TISSUES:<br>The paraspinal soft tissue lines are unremarkable. The visualized lungs are clear.<br><br>MISCELLANEOUS:<br>Visualization of the upper thoracic spine is limited on the lateral view by overlying structures.<br><br>IMPRESSION:<br><br>No acute thoracic spine osseous abnormality.<br><br>Electronically signed on Nov 7, 2023 11:28:57 AM CST by:<br>Eric Appelt<br><br><Electronically Signed by ERIC APPELT> 20231107113031 |

Hospital and ~~Clinic~~ ... place, ... 4-21-681...

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

## Xr Shoulder 2+ Vws Right(73030)

| | |
|---|---|
| Result date | **11/07/2023 10:37** |
| Abnormal flag | **unknown** |
| Status | **Final** |
| Ordering provider | **Physician Physician** |
| Associated order | **Xr Shoulder 2+ Vws Right(73030)** |

| Observation | Interpretation |
|---|---|

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

```
Accession: 4589116NT13131
Advanced River Oaks Hospital
4200 Twelve Oaks Place , HOUSTON , TX , 77024
Patient Name: Rodriguez Hernandez, Raul
DOB: 08/04/1987
MRN: 247853
Gender: M
SS: 827703780
Age: 36
Ordering Physician: Sabahi, Majid
Exam Date: 11/07/2023 10:37 AM
Exam Type: XR SHOULDER 2+ VWS RIGHT
External Notes:
Clinical Reason: mva
VEXAM:
CR bilateral Shoulders, 3  View.

CLINICAL HISTORY:
MVA The patient is a 36-year-old male, with no past medical history, came
 to the ER because of bilateral shoulder pain, backache, low back pain, since
 5 days ago after his car accident.

COMPARISON:
None provided.

FINDINGS:

BONES:
No acute fracture or aggressive appearing osseous lesion.

JOINTS:
No dislocation. No evidence of significant degenerative change.

SOFT TISSUES:
The soft tissues are unremarkable.

VISUALIZED THORAX:
Unremarkable.

IMPRESSION:

No evidence of acute osseous abnormality.


Electronically signed on Nov 7, 2023 11:25:26 AM CST by:
Eric AppeltEXAM:
CR bilateral Shoulders, 3  View.

CLINICAL HISTORY:
MVA The patient is a 36-year-old male, with no past medical history, came
 to the ER because of bilateral shoulder pain, backache, low back pain, since
 5 days ago after his car accident.

COMPARISON:
None provided.

FINDINGS:

BONES:
No acute fracture or aggressive appearing osseous lesion.

JOINTS:
No dislocation. No evidence of significant degenerative change.

SOFT TISSUES:
The soft tissues are unremarkable.

VISUALIZED THORAX:
Unremarkable.

IMPRESSION:

No evidence of acute osseous abnormality.


Electronically signed on Nov 7, 2023 11:25:26 AM CST by:
Eric Appelt

<Electronically Signed by ERIC APPELT> 20231107112925
```

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

## ED Course

**I saw the patient at bedside. He was doing fine. I explained that results of imaging, came back unremarkable, however because of the body ache I am going to prescribe methocarbamol for 5 days and he can take Tylenol/naproxen as needed. He understood and agreed with plan. I am going to discharge the**

11-07-2023 11:56

## Medical Decision Making

**DDX: as below**
**Complexity: I explained that results of imaging, came back unremarkable, however because of the body ache I am going to prescribe methocarbamol for 5 days and he can take Tylenol/naproxen as needed. He understood and agreed with plan. I am going to discharge the**

**Historian was the patient**

**Dispositioning plan:home**
**Risk: Based on my interpretation, HPI, PHE,above imaging results, the risk of worsening patient's condition is low**

## Diagnoses

Created by                    10:51, 11-07-
Sabahi_Majid_MD2023
- **low back pain - Onset: 11/07/2023**
- **motor vehicle accident victim - Onset: 11/07/2023**
- **backache - Onset: 11/07/2023**
- **shoulder joint pain - Onset: 11/07/2023, Bilateral**

Signed by                    11:56, 11-07-
Sabahi_Majid_MD2023

# ED Nursing Initial Assessment Notes

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

## Nursing Assessment

**ED Initial Nursing Assessment**
    **Have you been physically hurt or threatened by someone close?  no**
    **Suicidal/Homicidal Thoughts no homicidal thoughts; no suicidal thoughts**
    **Safety: ID band in place; ID band verified**
    **Mode of arrival: ambulated**
    **Patient Denies: fever; feeling ill; fatigue; chills**
    **Behavioral History tobacco use denies; alcohol use denies; illicit drug us denies**
    **Code Status Code Status Full Code**
    **Patient Reports: Pain in: patient last took pain medicine yesterday**
    **Two or more signs and symptoms present: no (STOP Screening)**

**ED-MVC**
    **HISTORIAN: patient**
    **ARRIVAL MODE car**
    **INJURIES / AREA OF PAIN neck; back; shoulder bilateral**
    **CRASH restrained shoulder belt; air bag deployed; walking at scene; Primary Site of Impact: rear; Type of Impact: direct**
    **GENERAL APPEARANCE no acute distress; alert**
    **FUNCTIONAL / NUTRITIONAL ASSESSMENT independent ADL**

**ER Triage Assessment**
    **COMA SCALE: Eyes: (4) - opens eyes spontaneously**
    **Verbal: (5) - oriented, converses normally**
    **Motor: (6) - obeys commands**

## Problems

**No known problems**

## Surgical History

• **Knee Surgery - left**

## Home Medications

**cyclobenzaprine 10 mg tablet**
Take 1 tablet twice a day by oral route as directed.

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

ibuprofen 600 mg tablet
   Take 1 tablet twice a day by oral route with meals.

## Allergies

| |
|---|
| NKDA |

## Vaccines

| |
|---|
| covid 5/21 |

## Social History

**Activities of Daily Living**
**Are you able to care for yourself?: Yes**
**Public Health and Travel**
**Have you been to an area known to be high risk for COVID-19?: No**
**In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No**
**In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No**
**Substance Use**
**Do you or have you ever smoked tobacco?: Never smoker**
**Which illicit or recreational drugs have you used?: none**
**Do you or have you ever used e-cigarettes or vape?: Never used electronic cigarettes**
**Do you or have you ever used smokeless tobacco?: Never used smokeless tobacco**
**How much tobacco do you chew?: none**
**What is your level of alcohol consumption?: None**
**Other**
**If patient spent time in Wuhan City, China - Does the patient live in Wuhan City?: No**
**In the 14 days before symptom onset, did the patient spend time in Wuhan City, China?: No**
**Hard of hearing or deaf in one or both ears?: No**
**Legally blind in one or both eyes?: No**
**Seat belts used routinely: Yes**
**Education and Occupation**
**Are you currently employed?: Yes**
**What is your occupation?: base ball**
**Symptomatic Screening - In the last 5 days have you experienced:**
**Fever: No**
**Chills: No**
**Fatigue: No**
**Body aches: No**
**Trouble breathing: No**
**Significant cough: No**
**Significant runny nose: No**
**Significant nasal congestion: No**
**Sore throat: No**
**Felt like you might have Covid: No**
**Gender Identity and LGBTQ Identity**
**Gender identity: Identifies as Male**

Created by        10:43, 11-07-
   KennethGabo2023
        |

Signed by        10:47, 11-07-
   KennethGabo2023
        |

# ED Triage Notes

Hospital and Clinic Encounters, by Place, 7/21/6813

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

Hospital and ~~...~~

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**
**Date: 11/07/2023 10:23 (Late entry)**

## Chief Complaint

| sp mva pain back, shoulders, headache |
|---|

## Acuity

| 4 (Semi-Urgent) |
|---|

## Vitals

| Intake & Output | 24 Hour Total |
|---|---|
| **Intake** | **0.0mL** |
| **Output** | **0.0mL** |
| **Net Balance** | **0mL** |
| **Oxygen at arrival: N** | |

## Home Medications

**cyclobenzaprine 10 mg tablet**
Take 1 tablet twice a day by oral route as directed.

**ibuprofen 600 mg tablet**
Take 1 tablet twice a day by oral route with meals.

## Allergies

| NKDA |
|---|

## Nursing Assessment

| Patient came to ER; awake and alert; aox4; ambulatory; no apparent distress noted; sp mva 02 Nov2023; patient was the driver at time of accident; police at the scene but no EMS |
|---|

Hospital and ~~Advanced Diagnostics 4200 Twelve Oaks Place, Houston, TX 77027-6812~~

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

Created by    10:35, 11-07-
KennethGabo2023

Signed by    10:43, 11-07-
KennethGabo2023

---

# Nursing Notes

**Date: 11/07/2023 10:16 to 11/07/2023 12:00**

- KennethGabo
  10:58, 11-07-2023
  patient return from radiology
- KennethGabo
  10:45, 11-07-2023
  patient left for radiology

# Orders

**TX - Advanced Diagnostics ROHC ED (department id: #90) 4200 Twelve Oaks Place HOUSTON, TX 77027-6812 (713) 980-7906**

**RODRIGUEZ HERNANDEZ, Raul**
**36yo M | 08-04-1987 | patient id: #247853 | stay id: #197984 | chart id: #160637**

# Imaging Order

## Date Ordered: 11/07/2023 10:37:22

Order xr shoulder 2+ vws right(73030) once mva now
    Accession ID: 4589116NT13131
    CPOE order by Majid Sabahi, MD
**Entered by msabahi 2023-11-07 10:37**
**Signed by msabahi 2023-11-07 10:37**
Printed: 11/08/2023 15:26:45 by Stacey Loyd

---

**TX - Advanced Diagnostics ROHC ED (department id: #90) 4200 Twelve Oaks Place HOUSTON, TX 77027-6812 (713) 980-7906**

**RODRIGUEZ HERNANDEZ, Raul**
**36yo M | 08-04-1987 | patient id: #247853 | stay id: #197984 | chart id: #160637**

# Imaging Order

## Date Ordered: 11/07/2023 10:37:22

Order xr shoulder 2+ vws left(73030) once mva now
    Accession ID: 4589120NT13131
    CPOE order by Majid Sabahi, MD
**Entered by msabahi 2023-11-07 10:37**
**Signed by msabahi 2023-11-07 10:37**
Printed: 11/08/2023 15:26:45 by Stacey Loyd

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

---

TX - Advanced Diagnostics ROHC ED (department id: #90) 4200 Twelve Oaks Place HOUSTON, TX 77027-6812 (713) 980-7906

---

**RODRIGUEZ HERNANDEZ, Raul**
**36yo M | 08-04-1987 | patient id: #247853 | stay id: #197984 | chart id: #160637**

# Imaging Order

## Date Ordered: 11/07/2023 10:37:22

Order xr thoracic spine 2 vws(72070) once mva now
Accession ID: 4589124NT13131
CPOE order by Majid Sabahi, MD
Entered by msabahi 2023-11-07 10:37
Signed by msabahi 2023-11-07 10:37
Printed: 11/08/2023 15:26:45 by Stacey Loyd

---

TX - Advanced Diagnostics ROHC ED (department id: #90) 4200 Twelve Oaks Place HOUSTON, TX 77027-6812 (713) 980-7906

---

**RODRIGUEZ HERNANDEZ, Raul**
**36yo M | 08-04-1987 | patient id: #247853 | stay id: #197984 | chart id: #160637**

# Imaging Order

## Date Ordered: 11/07/2023 10:37:22

Order xr lumbar spine 2-3 views(72100) once mva now
Accession ID: 4589128NT13131
CPOE order by Majid Sabahi, MD
Entered by msabahi 2023-11-07 10:37
Signed by msabahi 2023-11-07 10:37
Printed: 11/08/2023 15:26:45 by Stacey Loyd

---

## Nursing Tasks

# Nursing Tasks - 11/07/2023

---

## Therapy Tasks

# Therapy Tasks - 11/07/2023

---

## Respiratory Tasks

# Respiratory Tasks - 11/07/2023

Hospital and Clinics ▪ [illegible] Place, [illegible] 68112

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

# Medication Administration Record

## Medication Administration Record for 11-07-2023

Exported at 11-08-2023 15:26 by sloyd2
There are no active medications for this patient for the selected time range.

Hospital and Outpatient Chart Face, Document 4-1  6812

RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)

# Discharge Summary

Hospital and Charge Address: 4200 Twelve Oaks Place, Houston, TX 77027-6812

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

# Discharge Summary

## AD Hospital East, LLC
### 4200 Twelve Oaks Place, HOUSTON, TX 77027-6812
### Phone: (713) 980-7906 | Fax: (713) 600-1786



| | | | |
|---|---|---|---|
| **Name** Raul Rodriguez Hernandez | **Sex** M | **Age** 36 years old | **DOB** 08-04-1987 |
| **ID** 247853 | **Race** White | **Ethnicity** Hispanic or Latino/Spanish | **Language** English |
| **Address** 302 Cobia Dr #9328, Katy, TX 77494 | | **Home Phone** (346) 276-5981 | **Work Phone** None recorded |

Below is a summary of the hospital visit for Raul Rodriguez Hernandez. This patient was seen and treated at AD Hospital East, LLC. If you have any questions please contact us at (713) 980-7906.

# Visit Details

**Admitted On:** None recorded

**Admit Attending:** Majid Sabahi, MD

**Admitting Diagnoses:** None recorded

**Admit Service:** None recorded

**PCP:** None recorded

**Pharmacy:**
Sterling Pharmacy:
6609 W Sam Houston Pkwy Ste 98
Houston, TX 77072

**Discharge Signed By:**
Sabahi_Majid_MD

**Discharged On:** 12:00, 11-07-2023

**Discharge Attending:**
Majid Sabahi, MD

**Discharge Diagnoses:**
shoulder joint pain; backache; motor vehicle accident victim; low back pain

**Condition:** None recorded

**Disposition:** home or self care

**Facility:** None recorded

**Discharge Signed On:**
11:57, 11-07-2023

# Visit Summary

## Discharge Diagnoses

RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)

- Shoulder Joint Pain
- Backache
- Motor Vehicle Accident Victim
- Low Back Pain

## Hospital Course

I saw the patient at bedside. He was doing fine. I explained that results of imaging, came back unremarkable, however because of the body ache I am going to prescribe methocarbamol for 5 days and he can take Tylenol/naproxen as needed. He understood and agreed with plan. I am going to discharge the

11-07-2023 11:56

## Consults

None recorded

# Labs and Imaging

## Completed Labs and Imaging

- Xr Shoulder 2+ Vws Right(73030)
- Xr Shoulder 2+ Vws Left(73030)
- Xr Thoracic Spine 2 Vws(72070)
- Xr Lumbar Spine 2-3 Views(72100)

## Pending Labs and Imaging

None recorded

## Discontinued Labs and Imaging

None recorded

# Discharge Vitals

### Intake & Output 24 Hour Total

| Intake | 0.0mL |
|--------|-------|
| Output | 0.0mL |
| Net Balance | 0mL |

Hospital and ~~discharge~~ ~~instructions~~ ~~place, Document 4-1~~ 681-

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

# Discharge Instructions

## Nursing Summary of Care

None recorded

## Patient Goals

None recorded

## Patient Instructions

He has to be seen by his primary care in 3 to 5 days
1. The examination and treatment that you have received has been on emergency basis only and is not intended as an effort to provide complete medical care. It is impossible to recognize and treat all elements of an illness or injury in a single ER visit.
2. Thank you for allowing us to provide emergent medical care to you or your family member. We considered the privilege to have safe you during your illness or injury.
3. If you have received a prescription, please fill it today and follow the instructions carefully.
4.Return to the ER for worsening symptoms or if you have any concern about consistent symptoms
5.Follow-up with your family doctor in ASAP.
- Your x-rays and scans did not show any major injuries, no fractures or dislocations. This is great news. However, I think you have what is called whiplash injury.
- As we discussed, from the symptoms you describe, the mechanism of injury of the accident and what I see on physical exam, I suspect you have what is called a whiplash injury
- This type of injury is caused by sudden movement of spine; this causes spasms of the muscles and stretching of the ligaments holding the spine leading to pain with movement and stiffness as you described. These pains can go from the back of your head to the tail bone.
- Typically, the pain of a whiplash injury is not too bad in the beginning, gets worse in the first 3-4 days, persists for several days, and then gets better over the next week or two
- Another type of injury is a strain. A strain is pain due to stretching of muscles and ligaments.
- You also have contusions, which are basically deep bruises of the soft tissues under the skin.
- Fortunately, all the nerve and muscle functions seem to be normal on the physical exam. This is good.
- The treatment will consist of pain medicines and anti-inflammatories. Take them regularly to help reduce the pain and spasms.

Hospital and Clinics ~ 6720 Bertner Ave, Houston, TX 77030 ~ 713-921-6815

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

- Naproxen250 mg PLUS Tylenol 500 mg (2 tablets) every 8 hrs, as needed for pain. This combination is safe and effective
-- I am adding a muscle relaxant called Methocarbamol, it will help reduce the spasm of your muscles and help with the pain.

- Ice packs also help! They reduce pain and inflammation on the sore areas. You can apply ice packs for 10-15 minutes, 2-3 times per day.
- Heat also works; apply some heating pads on the sore areas. 10-15 minutes of a heating pad, 2-3 times per day will be very soothing to your back
- For extra pain relief, let's also add the Lidocaine patches. These patches are very useful because they release numbing medicine throughout the day. So after you shower in the morning, apply a patch (or two) on the sore areas of your back, leave it there for 24 hrs until the next morning when you shower and replace them. They are over-the-counter and you don´t need prescription.

The name is Salonpas patches, they come in 2 sizes, pick the one that best covers the sore area.
- Stay active! But avoid activities that aggravate the pain.
- It is important to have a follow up visit to make sure things are going well, your pain is improving and there is no need for further imaging or interventions. You can follow in our office. The number to call for an appointment is 713-795-4884
- If at any point you develop new symptoms or have any questions, you can call us or just come back.

Entered by Sabahi_Majid_MD  |  11:57, 11-07-2023

## Allergies

The following allergies have been listed for the patient:

- NKDA

## Medications

*Medication reconciliation has not been completed .*

Medications listed under **Home Medications** are recorded upon start of the visit.

**RODRIGUEZ HERNANDEZ, Raul (id #247853, dob: 08/04/1987)**

| Home Medications | |
|---|---|
| Name | Instructions |
| cyclobenzaprine 10 mg tablet | Take 1 tablet twice a day by oral route as directed. |
| ibuprofen 600 mg tablet | Take 1 tablet twice a day by oral route with meals. |

Medications listed under **Start** are new medications the patient is being given.

| Start These Medications | | | |
|---|---|---|---|
| Name | Instructions | Last Taken | Take Next |
| methocarbamol 750 mg tablet | Take 1 tablet 3 times a day by oral route for 5 days. | | |

| RIVER OAKS HOSPITAL & CLINICS | RIVER OAKS HOSPITAL & CLINICS | 2 | b. MED. REC. # a 1471588V13131 | | 4 TYPE OF BILL 0131 |
|---|---|---|---|---|---|
| 4200 TWELVE OAKS DRIVE | PO BOX 301103 | | CNTL # 1471588V13131 | | |
| HOUSTON TX 770276812 | HOUSTON TX 772301130 | 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM 110723 THROUGH 110723 | 7 | |
| (713) 9807906 | (713) 7901666 | 834121741 | | | |

| 8 PATIENT NAME a 827703780 | 9 PATIENT ADDRESS a 302 COBIA DR #9328 | | | | |
|---|---|---|---|---|---|
| b RODRIGUEZ HERNANDEZ, RAUL | b KATY | | c TX | d 77494 | e US |

| 10 BIRTHDATE | 11 SEX | 12 DATE | ADMISSION 13 HR | 14 TYPE | 15 SRC | 16 DHR | 17 STAT | 18 | 19 | 20 | 21 | CONDITION CODES 22 23 24 25 26 27 28 | 29 ACDT STATE | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08041987 | M | 110723 | 10 | 1 | 1 | 12 | 01 | | | | | | | |

| 31 OCCURRENCE CODE DATE | 32 OCCURRENCE CODE DATE | 33 OCCURRENCE CODE DATE | 34 OCCURRENCE CODE DATE | 35 CODE | OCCURRENCE SPAN FROM THROUGH | 36 CODE | OCCURRENCE SPAN FROM THROUGH | 37 |
|---|---|---|---|---|---|---|---|---|
| a 01 110223 | 11 110223 | | | | | | | a |
| b | | | | | | | | b |

| 38 | | 39 CODE | VALUE CODES AMOUNT | 40 CODE | VALUE CODES AMOUNT | 41 CODE | VALUE CODES AMOUNT |
|---|---|---|---|---|---|---|---|
| RODRIGUEZ HERNANDEZ, RAUL | a | 45 | 21 00 | | | | |
| 302 COBIA DR #9328 | b | | | | | | |
| KATY TX 77494 | c | | | | | | |
| | d | | | | | | |

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS / RATE / HIPPS CODE | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|
| 0320 | Radiology - Diagnostic - | 72100 TC | 110723 | 1 | 1156 00 | | 1 |
| 0320 | Radiology - Diagnostic - | 73030 TC | 110723 | 1 | 801 00 | | 2 |
| 0320 | Radiology - Diagnostic - | 73030 TC | 110723 | 1 | 801 00 | | 3 |
| 0320 | Radiology - Diagnostic - | 72070 TC | 110723 | 1 | 900 18 | | 4 |
| 0450 | Emergency Room - General | 99284 25 | 110723 | 1 | 5450 00 | | 5 |
| | | | | | | | 6 |
| | | | | | | | 7 |
| | | | | | | | 8 |
| | | | | | | | 9 |
| | | | | | | | 10 |
| | | | | | | | 11 |
| | | | | | | | 12 |
| | | | | | | | 13 |
| | | | | | | | 14 |
| | | | | | | | 15 |
| | | | | | | | 16 |
| | | | | | | | 17 |
| | | | | | | | 18 |
| | | | | | | | 19 |
| | | | | | | | 20 |
| | | | | | | | 21 |
| | | | | | | | 22 |
| 0001 | *PAGE* 1 *OF* 1 | *CREATION DATE* 013124 | *TOTALS* ➤ | | 9108 18 | 0 00 | 23 |

| 50 PAYER NAME | 51 HEALTH PLAN ID | 52 REL INFO | 53 ASG BEN. | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 NPI 1528603115 | |
|---|---|---|---|---|---|---|---|
| A RODRIGUEZ HERNANDEZ, RAUL | | Y | Y | 0 00 | 9108 18 | 57 | A |
| B 302 COBIA DR #9328 | | Y | Y | | | OTHER | B |
| C KATY TX 77494 | | | | | | PRV ID | C |

| 58 INSURED'S NAME | 59 P.REL | 60 INSURED'S UNIQUE ID | 61 GROUP NAME | 62 INSURANCE GROUP NO. | |
|---|---|---|---|---|---|
| A RODRIGUEZ HERNANDEZ, RAUL | 18 | 827703780 | | | A |
| B RODRIGUEZ HERNANDEZ, RAUL | 18 | 827703780 | | | B |
| C | | | | | C |

| 63 TREATMENT AUTHORIZATION CODES | 64 DOCUMENT CONTROL NUMBER | 65 EMPLOYER NAME | |
|---|---|---|---|
| A | | | A |
| B | | | B |
| C | | | C |

| 66 DX 0 | M25511 | M25512 | M5450 | M546 | V4940XA | E | F | G | H | 68 |
|---|---|---|---|---|---|---|---|---|---|---|
| | I | J | K | L | M | N | O | P | Q | |

| 69 ADMIT DX M25511 | 70 PATIENT REASON DX a M25511 | b M25511 | c | 71 PPS CODE | 72 ECI V4940XA | b | c | 73 |
|---|---|---|---|---|---|---|---|---|

| 74 | PRINCIPAL PROCEDURE CODE DATE | a. | OTHER PROCEDURE CODE DATE | b. | OTHER PROCEDURE CODE DATE | 75 | 76 ATTENDING NPI 1801391099 | QUAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | LAST SABAHI FIRST MAJID | |
| c. | OTHER PROCEDURE CODE DATE | d. | OTHER PROCEDURE CODE DATE | e. | OTHER PROCEDURE CODE DATE | | 77 OPERATING NPI | QUAL |
| | | | | | | | LAST FIRST | |

| 80 REMARKS | 81CC a B3282N00000X | 78 OTHER NPI | QUAL |
|---|---|---|---|
| | b | LAST FIRST | |
| | c | 79 OTHER NPI | QUAL |
| | PL00130 d | LAST FIRST | |

UB-04 CMS-1450          APPROVED OMB NO. 0938-0997          **NUBC** National Uniform Billing Committee          THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.