UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| **RAUL RODRIGUEZ HERNANDEZ**<br>*Plaintiff* | §<br>§<br>§<br>§ |  |
| vs. | §<br>§<br>§ | Cause No. **4:25-cv-05601** |
| **ANDREW COOK AND**<br>**JOHN DOE COMPANY**<br>*Defendants* | §<br>§<br>§ |  |

## PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES

NOW COMES, **RAUL RODRIGUEZ HERNANDEZ** and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Raul Rodriguez Hernandez
   5847 San Felipe Street, Suite 2050
   Houston, Texas 77057
   281-500-5607
   Plaintiff

2. John Doe Company
   Defendant

3. Andrew Cook
   4400 Post Oak Parkway, Suite 1000
   Houston, Texas 77027
   713-403-8379
   Defendant

4. Stephanie M. Krueger
   Luis del Villar
   Eric Charles Helm
   Thompson, Coe, Cousins & Irons, LLP
   4400 Post Oak Parkway, Suite 1000
   Houston, Texas 77027
   713-403-8379
   Counsel for Defendant Andrew Cook

5. Eric Gorajec
   ESIS on behalf of Chubb Group of Insurance Companies
   P.O. Box 5128

Scranton, PA 18505-0560
Defendant's Insurance Company

Respectfully submitted,

**KANNER & PINTALUGA**

By: */s/ Cephus Richard, III*
    **CEPHUS RICHARD, III**
    State Bar No. 24095194
    5847 San Felipe Street, Suite 2050
    Houston, Texas 77057
    Telephone: (281-500-5607
    Facsimile: (888) 400-1117
    Email: crichardiii@kpattorney.com
    E-Service: txpleadings1@kpattorney.com

**COUNSEL FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am a member of the firm of Kanner & Pintaluga, attorneys for the Plaintiff herein, and that I have provided a copy of the foregoing to all counsel of record as reflected below on this 11th day of February 2026.

*Via Email: skrueger@thompsoncoe.com*
*Via Email: ldelVillar@thompsoncoe.com*
*Via Email: ehelm@thompsoncoe.com*
Stephanie M. Krueger
Luis del Villar
Eric Charles Helm
THOMPSON, COE, COUSINS & IRONS, LLP.
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027.

_____
Cephus Richard, III