UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAUL RODRIGUEZ-HERNANDEZ, *Plaintiff* | § § § | |
| VS. | § § | CAUSE NO. 4:25-cv-05601 |
| ANDREW COOK AND JOHN DOE COMPANY, *Defendants.* | § § § | |

### DEFENDANT ANDREW COOK'S CERTIFICATE OF INTERESTED PARTIES

NOW COMES Defendant ANDREW COOK ("Cook") and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Raul Rodriguez Hernandez
   5847 San Felipe Street, Suite 2050
   Houston, Texas 77057
   281-500-5607

2. John Doe Company
   Identity Unknown
   Named by Plaintiff
   City and state of residence or principal place of business has not been identified.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

Date: February 20, 2026.          By:   */s/ Eric Charles Helm*
                                         **STEPHANIE M. KRUEGER**
                                         Southern District Bar No. 2665224
                                         State Bar No. 24078581
                                         skrueger@thompsoncoe.com
                                         4400 Post Oak Parkway, Suite 1000
                                         Houston, Texas 77027
                                         Tel.: (713) 403-8210
                                         Fax: (713) 403-8299

        **LUIS DEL VILLAR**
        Southern District Bar No. 3867843
        State Bar No. 24118366
        ldelvillar@thompsoncoe.com
        Houston, Texas 77056
        4400 Post Oak Parkway, Suite 1000
        Houston, Texas 77027
        Tel.: (713) 403-8210
        Fax: (713) 403-8299
        **ERIC CHARLES HELM**
        Southern District Bar No. 3927385
        State Bar No. 24143656
        ehelm@thompsoncoe.com
        Houston, Texas 77056
        4400 Post Oak Parkway, Suite 1000
        Houston, Texas 77027
        Tel.: (713) 403-8241
        Fax: (713) 403-8299

        **ATTORNEYS FOR ANDREW COOK**

## CERTIFICATE OF SERVICE

    I certify that on February 20, 2026, a true and correct copy of the foregoing document was served upon all known counsel of record by E-Service pursuant to the Federal Rules of Civil Procedure

        */s/ Eric Charles Helm*
        ERIC CHARLES HELM