# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Raul Rodriguez-Hernandez
    Plaintiff

v.

John Doe Company, et al.
    Defendant

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 4:25-cv-05601_____

## PROPOSED SCHEDULING AND
## DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

1.  July 10, 2026

    **MOTIONS TO ADD NEW PARTIES**
    The attorney causing the addition of new parties will provide copies of this Order to new parties.

2.  July 10, 2026

    **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
    Parties filing motions after this deadline must show good cause.

    **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**

3a. September 10, 2026

    The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3b. October 10, 2026

    The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4.  November 1, 2026

    **MEDIATION**
    Mediation or other form of dispute resolution must be completed by this deadline.

5.  December 9, 2026

    **COMPLETION OF DISCOVERY**
    Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

6.  <u>January 9, 2027</u>          **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
No motion may be filed after this date except for good cause.

7.  <u>10 days before Docket Call</u>   **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

8.  <u>To be set by Court</u>         **DOCKET CALL**
Docket Call will be held at 8:30 a.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

9   Additional orders relating to disclosures, discovery, or pretrial motions:

Depositions: Each side may take up to 15 depositions, given the number of parties, treating physicians, and institutional witnesses anticipated in this case.

ESI Protocol: The parties should confer and submit an agreed ESI protocol within 21 days of entry of the DCO governing the production of electronically stored information, including vehicle rental records, institutional communications, and insurance claim documentation.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

Other: _____

_____

Signed on_____, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge