United States District Court
Southern District of Texas

**ENTERED**

March 25, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAUL RODRIGUEZ-HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05601 |
| | § | |
| JOHN DOE COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON March 26, 2026 at 8:45 AM**

      Appearances:      Waived

The following rulings were made:

    The parties submitted as agreed scheduling order which the Court adopts.

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

    It is so ORDERED.

    SIGNED on March 25, 2026, at Houston, Texas.

                  Kenneth M. Hoyt
                  United States District Judge