**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RAUL RODRIGUEZ HERNANDEZ** | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | **Cause No. 4:25-cv-05601** |
| | § | |
| | § | |
| **ANDREW COOK AND** | § | |
| **JOHN DOE COMPANY** | § | |
| *Defendants* | § | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**COMES NOW,** Plaintiff, Raul Rodriguez Hernandez, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a)(2), hereby files this Motion for Leave to Amend Complaint to Substitute Patry Defendant John Doe Company, and as grounds therefore states the following:

1.      This is an action for personal injuries arising out of an automobile accident which occurred on or about November 2, 2023.

2.      On August 5, 2025, Plaintiff filed his Complaint. Defendant Andrew Cook has been served.

3.      This case was removed to this Court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

4.      At the time of filing the Complaint, the identities of the employer and/or principal of Defendant Andrew Cook were unknown and was named JOHN DOE COMPANY.

5.      Through investigative methods, Plaintiff discovered the names of Defendant Andrew Cook's employer and/or principal are AMERICAN SAINT HILL ORGANIZATION and CHURCH OF SCIENTOLOGY INTERNATIONAL.

6.      Plaintiff seeks to add AMERICAN SAINT HILL ORGANIZATION and CHURCH OF SCIENTOLOGY INTERNATIONAL as Defendants in this matter and remove JOHN DOE COMPANY.

7.      Plaintiff's Motion for Leave to File Amended Complaint will not prejudice Defendant at the early stage in litigation by filing an Amended Complaint. Discovery is in its infancy, no depositions have been taken, and this case is not yet set for trial.

8.      Plaintiff's motion has been made in good faith, not for the purpose of delay, and is within the time frame permitted by the Court's Scheduling and Docket Control Order which subjects motions for leave to amend pleadings and motions to add parties to the deadline of July 10, 2026.

9.      An Amended Complaint is attached to this Motion as **Exhibit A**, which the Plaintiff asks this Court to deem filed as of the date of the entry of the order granting this motion.

        **WHEREFORE**, Plaintiff requests this Honorable Court enter an Order GRANTING Plaintiff's Motion for Leave to File Amended Complaint, and for any and all other relief this Court deems just and proper.

                                        Respectfully submitted,

                                        **KANNER & PINTALUGA**

                                        By: */s/ Cephus Richard, III*
                                            **CEPHUS RICHARD, III**
                                            State Bar No. 24095194
                                            5847 San Felipe Street, Suite 2050
                                            Houston, Texas 77057
                                            Telephone: (281) 500-5607
                                            Facsimile: (888) 400-1117
                                            Email: crichardiii@kpattorney.com
                                            E-Service: txpleadings1@kpattorney.com

                                        **COUNSEL FOR PLAINTIFF**

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am a member of the Firm of Kanner & Pintaluga, attorneys for the Plaintiff herein, and that I have provided a copy of the foregoing to all counsel of record as reflected below on this 17th day of June 2026.

***Via Email: skrueger@thompsoncoe.com***
***Via Email: ldelVillar@thompsoncoe.com***
***Via Email: ehelm@thompsoncoe.com***
Stephanie M. Krueger
Luis del Villar
Eric Charles Helm
THOMPSON, COE, COUSINS & IRONS, LLP.
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027.

*/s/ Cephus Richard, III*
Cephus Richard, III

3