**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RAUL RODRIGUEZ HERNANDEZ** | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | Cause No.  **4:25-cv-05601** |
| | § | |
| | § | |
| **ANDREW COOK AND** | § | |
| **JOHN DOE COMPANY** | § | |
| *Defendants* | § | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to File Amended Complaint, and the Court having reviewed the pleading and being otherwise duly advised it is hereby:

**ORDERED and ADJUDGED THAT** Plaintiff's Motion for Leave to File Amended Complaint is hereby **GRANTED**. The Defendant served shall have fourteen (14) days from the date of service of the Amended Complaint to file an answer. Defendants, AMERICAN SAINT HILL ORGANIZATION and CHURCH OF SCIENTOLOGY INTERNATIONAL, shall have twenty-one (21) days from date of service of the Amended Complaint to file an answer.

**SIGNED** on _____.

 

_____
Kenneth M. Hoyt
United States District Judge