**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RAUL RODRIGUEZ HERNANDEZ** | § | |
| *Plaintiff* | § | |
| | § | |
| **vs.** | § | **Cause No.  4:25-cv-05601** |
| | § | |
| | § | |
| | § | |
| **ANDREW COOK AND** | § | |
| **JOHN DOE COMPANY** | § | |
| *Defendants* | § | |

## PLAINTIFF'S AMENDED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**COMES NOW,** Plaintiff, Raul Rodriguez Hernandez, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a)(2), hereby files this Amended Motion for Leave to Amend Complaint to Substitute Party Defendant John Doe Company, and as grounds therefore states the following:

1.      This is an action for personal injuries arising out of an automobile accident which occurred on or about November 2, 2023.

2.      On August 5, 2025, Plaintiff filed his Complaint. Defendant Andrew Cook has been served.

3.      This case was removed to this Court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).

4.      At the time of filing the Complaint, the identities of the employer and/or principal of Defendant Andrew Cook were unknown and was named JOHN DOE COMPANY.

5.      Through opening discovery, Plaintiff discovered the name of Defendant Andrew Cook's employer and/or principal as AMERICAN SAINT HILL ORGANIZATION.

6.      Plaintiff seeks to add AMERICAN SAINT HILL ORGANIZATION as Defendant in this matter and replace JOHN DOE COMPANY.

7.      Plaintiff's Motion for Leave to File Amended Complaint will not prejudice Defendant at the early stage in litigation by filing an Amended Complaint. Discovery is in its infancy, no depositions have been taken, and this case is not yet set for trial.

8.      Plaintiff's motion has been made in good faith, not for the purpose of delay, and is within the time frame permitted by the Court's Scheduling and Docket Control Order which subjects motions for leave to amend pleadings and motions to add parties to the deadline of July 10, 2026.

9.      Counsel for the parties have agreed that American Saint Hill Organization should be added in place of John Doe Company.

10.     An Amended Complaint is attached to this Motion as **Exhibit A**, which the Plaintiff asks this Court to deem filed as of the date of the entry of the order granting this motion.

**WHEREFORE**, Plaintiff requests this Honorable Court enter an Order GRANTING Plaintiff's Motion for Leave to File Amended Complaint, and for any and all other relief this Court deems just and proper.

Respectfully submitted,

**KANNER & PINTALUGA**

By: */s/ Cephus Richard, III*
    **CEPHUS RICHARD, III**
    State Bar No. 24095194
    5847 San Felipe Street, Suite 2050
    Houston, Texas 77057
    Telephone: (281) 500-5607
    Facsimile: (888) 400-1117
    Email: crichardiii@kpattorney.com
    E-Service: txpleadings1@kpattorney.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a member of the Firm of Kanner & Pintaluga, attorneys for the Plaintiff herein, and that I have provided a copy of the foregoing to all counsel of record as reflected below on this 8th day of July 2026.

*Via Email: skrueger@thompsoncoe.com*
*Via Email: ldelVillar@thompsoncoe.com*
*Via Email: ehelm@thompsoncoe.com*
Stephanie M. Krueger
Luis del Villar
Eric Charles Helm
THOMPSON, COE, COUSINS & IRONS, LLP.
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027.

*/s/ Cephus Richard, III*
Cephus Richard, III