United States District Court
Southern District of Texas
**ENTERED**
July 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAUL RODRIGUEZ-HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05601 |
| | § | |
| JOHN DOE COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the plaintiff's motion for leave to file an amended complaint to add American Saint Hill Organization as defendant in this matter and replace JOHN Doe Company (Dkt. No. 16).

After having reviewed the motion, and good cause having been shown, the Court determines that the plaintiff's motion should be GRANTED. *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires."). Accordingly, it is, therefore,

**ORDERED** that the plaintiff's motion for leave to file an amended complaint is **GRANTED**.

It is FURTHER **ORDERED** that the clerk is directed to file the plaintiff's First Amended Complaint, attached as Exhibit "A" to his motion for leave, as of the date of this Order.

It is so ORDERED.

SIGNED on July 13, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1