**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Raul Rodriguez−Hernandez | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action 4:25−cv−05601 |
| | § | |
| | § | |
| American Saint Hill Organization , et al. | § | |

# Notice of Reassignment

This case is reassigned to the docket of United States District Judge Angela V Colmenero pursuant to Special Order No. H−2026−2.

Magistrate Judge referrals, court settings before the Magistrate Judge, and deadlines in scheduling orders remain in effect. Court settings before the former District Judge are canceled.

Date: October 27, 2026

Nathan Ochsner, Clerk